MATTHEW C. BARNECK [5249]
ZACHARY E. PETERSON [8502]
KRISTINA H. RUEDAS [14306]
RICHARDS BRANDT MILLER NELSON
*Attorneys for Defendants*
Wells Fargo Center, 15th Floor
299 South Main Street
P.O. Box 2465
Salt Lake City, Utah  84110-2465
Email: matthew-barneck@rbmn.com
        zachary-peterson@rbmn.com
        kristina-ruedas@rbmn.com
Telephone: (801) 531-2000
Fax No.: (801) 532-5506

**IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT**

**IN AND FOR UTAH COUNTY, STATE OF UTAH**

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>    Plaintiffs,<br><br>vs.<br><br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; and JOHN DOES 1-3;<br><br>    Defendants. | **NOTICE OF FILING OF NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**<br><br>Civil No. 190400159<br><br>TIER 3<br><br>Judge Lynn W. Davis |

TO:   THIS HONORABLE COURT AND PLAINTIFFS, SMASH TECHNOLOGY,

LLC and MICHAEL ALEXANDER AND TO THEIR ATTORNEYS OF

RECORD:

Please take notice that on February 15, 2019, Defendants Smash Solutions, LLC and Jerry Ulrich, by and through counsel of record, Zachary E. Peterson, Matthew C. Barneck, and Kristina H. Ruedas of RICHARDS BRANDT MILLER NELSON, removed this action to the United States District Court for the District of Utah, Central Division, pursuant to 28 U.S.C. §§ 1441 and 1446 by filing a Notice of Removal to United States District Court. A copy of the Notice of Removal to the United States District Court is attached hereto as Exhibit A to this Notice. The original of this Notice is filed with the Clerk of the above-entitled court.

DATED this 15th day of February, 2019.

RICHARDS BRANDT MILLER NELSON

*s/ Zachary E. Peterson*
MATTHEW C. BARNECK
ZACHARY E. PETERSON
KRISTINA H. RUEDAS
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of February, 2019, I electronically filed the foregoing **NOTICE OF FILING OF NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** with the Clerk of the Court and notification of such filing was sent to the following:

> Darren G. Reid
> Brandon T. Christensen
> Holland & Hart LLP
> 222 South Main Street, Suite 2200
> Salt Lake City, UT 84101
> dgreid@hollandhart.com
> btchristensen@hollandhart.com
> *Attorneys for Plaintiffs*

*/s/ LaDonna A. Whelchel*

G:\EDSI\DOCS\21981\0002\18N8976.DOC