EXHIBIT B

```
                    4TH DISTRICT COURT - PROVO
                    UTAH COUNTY, STATE OF UTAH


          SMASH TECHNOLOGY LLC vs.  SMASH SOLUTIONS LLC
CASE NUMBER 190400159 Contracts
_____


CURRENT ASSIGNED JUDGE
        LYNN W DAVIS
        Division  8

PARTIES
        Plaintiff -  SMASH TECHNOLOGY LLC
        Represented by: DARREN G REID
        Represented by: BRANDON T CHRISTENSEN
        Plaintiff - MICHAEL ALEXANDER
        Represented by: DARREN G REID
        Represented by: BRANDON T CHRISTENSEN
        Defendant -  SMASH SOLUTIONS LLC
        Defendant - JERRY JJ ULRICH
        Defendant - JOHN DOES 1-3

ACCOUNT SUMMARY
        TOTAL REVENUE  Amount Due:          360.00
                      Amount Paid:          360.00
                           Credit:            0.00
                          Balance:            0.00
        REVENUE DETAIL - TYPE: COMPLAINT - NO AMT S
                       Amount Due:          360.00
                      Amount Paid:          360.00
                   Amount Credit:            0.00
                          Balance:            0.00

PROCEEDINGS
01-28-19 Filed: Complaint for Injunctive and Other Relief
01-28-19 Case filed
01-28-19 Fee Account created       Total Due:         360.00
01-28-19 COMPLAINT - NO AMT S      Payment Received:         360.00
01-28-19 Judge LYNN W DAVIS assigned.
01-28-19 Filed: Return of Electronic Notification
01-28-19 Filed: Motion for Temporary Restraining Order and Preliminary
Printed: 02/12/19 13:59:12          Page 1
```

```
CASE NUMBER 190400159 Contracts
_____
          Injunction
          Filed by: SMASH TECHNOLOGY LLC,
01-28-19 Filed: Return of Electronic Notification
02-05-19 Filed return: Summons on Return to Smash Solutions, LLC upon
         FRANCES HERNANDEZ for
                  Party Served:  SMASH TECHNOLOGY LLC
                  Service Type: Personal
                  Service Date: February 01, 2019
02-05-19 Filed: Return of Electronic Notification
02-07-19 Filed return: Summons on Return (Jerry Ulrich) upon JERRY J.J.
         ULRICH for
                  Party Served: JERRY JJ ULRICH
                  Service Type: Personal
                  Service Date: February 05, 2019
02-07-19 Filed: Return of Electronic Notification
02-12-19 Filed: Request/Notice to Submit for Decision Oral Argument
         Requested
02-12-19 Filed: Return of Electronic Notification
```