GARY L. JOHNSON [4353]
JENNIFER H. MASTROROCCO [11206]
RICHARDS BRANDT MILLER NELSON
Attorneys for Defendants
Wells Fargo Center, 15th Floor
299 South Main Street
P.O. Box 2465
Salt Lake City, Utah 84110-2465
E-Mail:  gary-johnson@rbmn.com
         jennifer-mastrorocco@rbmn.com
Telephone: (801) 531-2000
Fax No.: (801) 532-5506

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHRISTOPHER CASTLE and JAYME CASTLE, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>THOR MOTOR COACH, INC., a Delaware corporation; BLAINE JENSEN RV CENTERS, LLC, a Minnesota limited liability company dba CAMPING WORLD RV SALES – ST. GEORGE,<br><br>Defendants. | **RULE 7.1 CORPORATE DISCLOSURE NOTICE**<br><br><br>Civil No. 4:18-cv-00046-DN<br><br>Judge David Nuffer |

**DEFENDANT BLAINE JENSEN RV CENTERS, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

This Corporate Disclosure Statement is filed on behalf of Blaine Jensen RV Centers, LLC in compliance with the provisions of Rule 7.1 Federal Rules of Civil Procedure.

Blaine Jensen RV Centers, LLC. declares as follows:

Camping World Holdings, Inc. is a publicly held corporation that owns a 10% or more membership interest in CWGS Enterprises, LLC, which is an indirect parent of Blaine Jensen RV Centers, LLC.

DATED this 2nd day of July, 2018.

RICHARDS BRANDT MILLER NELSON

　　/s/ Gary L. Johnson
Gary L. Johnson
Jennifer H. Mastrorocco
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of July, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    Benjamin P. Thomas
    William B. Ingram
    STRONG & HANNI
    102 South 200 East, Ste. 800
    Salt Lake City, UT 84111
    *Attorneys for Plaintiffs*

                                          /s/ Gary L. Johnson

G:\EDSI\DOCS\21798\0001\17N9041.DOCX