MATTHEW C. BARNECK [5249]
ZACHARY E. PETERSON [8502]
KRISTINA H. RUEDAS [14306]
RICHARDS BRANDT MILLER NELSON
*Attorneys for Defendants*
Wells Fargo Center, 15th Floor
299 South Main Street
P.O. Box 2465
Salt Lake City, Utah  84110-2465
Email: matthew-barneck@rbmn.com
       zachary-peterson@rbmn.com
       kristina-ruedas@rbmn.com
Telephone: (801) 531-2000
Fax No.: (801) 532-5506

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; and JOHN DOES 1-3;<br><br>　　　　Defendants. | **ERRATA (REQUEST TO REPLACE DN 2 – NOTICE OF REMOVAL)**<br><br>Civil No. 2:19-cv-00105-DBP<br><br>Magistrate Judge Dustin B. Pead |

　　　　Defendants, Smash Solutions, LLC and Jerry Ulrich, by and through counsel, Matthew C. Barneck, Zachary E. Peterson, and Kristina H. Ruedas of the law firm Richards Brandt Miller Nelson, hereby file this Errata request to replace DN 2 Notice of Removal. The corrected Notice of Removal with exhibits is attached.

DATED this 15th day of February, 2019.

                RICHARDS BRANDT MILLER NELSON

                *s/ Zachary E. Peterson*
                MATTHEW C. BARNECK
                ZACHARY E. PETERSON
                KRISTINA H. RUEDAS
                *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of February, 2019, I electronically filed the foregoing **ERRATA (REQUEST TO REPLACE DN 2 – NOTICE OF REMOVAL)** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>Darren G. Reid
>Brandon T. Christensen
>Holland & Hart LLP
>222 South Main Street, Suite 2200
>Salt Lake City, UT 84101
>dgreid@hollandhart.com
>btchristensen@hollandhart.com
>*Attorneys for Plaintiffs*

>*/s/ Zachary E. Peterson*

G:\EDSI\DOCS\21981\0002\18O1826.DOC