```
                    4TH DISTRICT COURT - PROVO
                    UTAH COUNTY, STATE OF UTAH


            SMASH TECHNOLOGY LLC vs.  SMASH SOLUTIONS LLC

CASE NUMBER 190400159 Contracts
_____


CURRENT ASSIGNED JUDGE
        LYNN W DAVIS
        Division  8

PARTIES
        Plaintiff -  SMASH TECHNOLOGY LLC
        Represented by: DARREN G REID
        Represented by: BRANDON T CHRISTENSEN
        Plaintiff - MICHAEL ALEXANDER
        Represented by: DARREN G REID
        Represented by: BRANDON T CHRISTENSEN
        Defendant -  SMASH SOLUTIONS LLC
        Defendant - JERRY JJ ULRICH
        Defendant - JOHN DOES 1-3

ACCOUNT SUMMARY
        TOTAL REVENUE   Amount Due:          360.00
                       Amount Paid:          360.00
                            Credit:            0.00
                           Balance:            0.00
        REVENUE DETAIL - TYPE: COMPLAINT - NO AMT S
                        Amount Due:          360.00
                       Amount Paid:          360.00
                    Amount Credit:            0.00
                           Balance:            0.00


PROCEEDINGS
01-28-19 Filed: Complaint for Injunctive and Other Relief
01-28-19 Case filed
01-28-19 Fee Account created      Total Due:          360.00
01-28-19 COMPLAINT - NO AMT S     Payment Received:         360.00
01-28-19 Judge LYNN W DAVIS assigned.
01-28-19 Filed: Return of Electronic Notification
01-28-19 Filed: Motion for Temporary Restraining Order and Preliminary
Printed: 02/22/19 11:39:48         Page 1
```

```
CASE NUMBER 190400159 Contracts
_____
           Injunction
           Filed by: SMASH TECHNOLOGY LLC,
01-28-19   Filed: Return of Electronic Notification
02-05-19   Filed return: Summons on Return to Smash Solutions, LLC upon
           FRANCES HERNANDEZ for
                    Party Served:  SMASH TECHNOLOGY LLC
                    Service Type: Personal
                    Service Date: February 01, 2019
02-05-19   Filed: Return of Electronic Notification
02-07-19   Filed return: Summons on Return (Jerry Ulrich) upon JERRY J.J.
           ULRICH for
                    Party Served: JERRY JJ ULRICH
                    Service Type: Personal
                    Service Date: February 05, 2019
02-07-19   Filed: Return of Electronic Notification
02-12-19   Filed: Request/Notice to Submit for Decision Oral Argument
           Requested
02-12-19   Filed: Return of Electronic Notification
02-12-19   Filed: Order (Proposed) Granting Hearing for Plaintiffs Motion
           for Temporary Restraining Order and Preliminary Injunction
02-12-19   Filed: Return of Electronic Notification
02-13-19   Filed order: Order Granting Hearing for Plaintiffs Motion for
           Temporary Restraining Order and Preliminary Injunction
                    Judge LYNN W DAVIS
                    Signed February 13, 2019
02-13-19   Filed: Return of Electronic Notification
02-13-19   Filed return: Return of Service of Order Granting Hearing upon
           FRANCES HERNANDEZ for
                    Party Served:  SMASH SOLUTIONS LLC
                    Service Type: Personal
                    Service Date: February 13, 2019
02-13-19   Filed: Return of Electronic Notification
02-14-19   TEMPORARY RESTRAINING ORDER scheduled on February 19, 2019 at
           09:00 AM in 8th Fl, Courtroom 8A with Judge DAVIS.
02-14-19   Filed: Notice for Case 190400159 CN: Judge   LYNN W DAVIS
02-15-19   Case Disposition is Removed Fed Court
           Disposition Judge is LYNN W DAVIS
02-15-19   Filed: Notice of Filing of Notice of Removal to United States
           District Court
Printed: 02/22/19 11:39:48            Page 2
```

```
CASE NUMBER 190400159 Contracts
_____

02-15-19 Filed: Request/Notice to Submit
02-15-19 Filed: Return of Electronic Notification
02-15-19 TEMPORARY RESTRAINING ORDER Cancelled.
         Reason: Court Ordered
02-15-19 Note: Based on the filing of Notice of Removal to US District
               Court, the TRO scheduled for 2/19/19 is canceled.  I
               notified counsel via email.
02-15-19 Filed: Corrected Notice of Filing of Notice of Removal to
         United States District Court
02-15-19 Filed: Return of Electronic Notification
02-15-19 Filed return: Return of Service of Order Granting Hearing upon
         JERRY ULRICH for
                  Party Served: JERRY JJ ULRICH
                  Service Type: Personal
                  Service Date: February 14, 2019
02-15-19 Filed: Return of Electronic Notification



Printed: 02/22/19 11:39:48          Page 3 (last)
```