# AFFIDAVIT OF SERVICE

| Case: 190400159 | Court: IN THE FOURTH JUDICIAL DISTRICT COURT IN AND FOR UTAH COUNTY, STATE OF UTAH | County: Utah | Job: 3039269 |
|---|---|---|---|
| **Plaintiff / Petitioner:** SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual; | | **Defendant / Respondent:** SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; and JOHN DOES 1-3 | |
| **Received by:** HR Office Solutions Inc | | **For:** Holland & Hart | |
| **To be served upon:** SMASH SOLUTIONS, LLC National Registered Agents, Inc., Registered Agent 160 Greentree Dr., Suite 101 Dover, DE 19904 | | | |

I, Timothy Burke, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** SMASH SOLUTIONS, LLC National Registered Agents, Inc., Registered Agent 160 Greentree Dr., Suite 101 Dover, DE 19904,

**Manner of Service:** Corporate given to Frances Hernandez as Secretary On 2/1/2019 at 3:31 p.m.

**Documents:** summons, complaint and Motion for TRO

**Additional Comments:**
Ms Hernandez is a 32 year old Spanish woman with black hair. She weighs about 180 lbs and her her is about 5ft 4 inches tall

_____
Timothy Burke                Date

HR Office Solutions Inc
49 Representative Ln
Dover, DE 19904
3023593016

Subscribed and sworn to before me by the affiant who is personally known to me.

Deidra Smith
Notary Public
2-4-19
Date          Commission Expires

[Notary Seal: DEIDRA M SMITH, NOTARY PUBLIC, STATE OF DELAWARE, MY COMMISSION EXPIRES 07/10/2020]

Darren G. Reid (11163)
Brandon T. Christensen (16420)
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, Utah  84101
Telephone:  (801) 799-5800
Facsimile:  (801) 799-5700
dgreid@hollandhart.com
btchristensen@hollandhart.com

*Attorneys for Plaintiffs*

## IN THE FOURTH JUDICIAL DISTRICT COURT
## IN AND FOR UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>    Plaintiffs,<br><br>vs.<br><br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; and JOHN DOES 1-3;<br><br>    Defendants. | **SUMMONS**<br><br> Case No. 190400159<br><br>Judge Lynn W. Davis |

**THE STATE OF UTAH TO:    SMASH SOLUTIONS, LLC**

You are summoned and required to answer the Amended Complaint attached hereto. Within thirty (30) days after service of this Summons, you must file your written answer with the Clerk of the Court at the following address:  Fourth Judicial District Court, Utah County, 125 North 100 West, Provo, UT  84601, and you must mail or deliver a copy to Plaintiffs' attorney at

the address listed above.  If you fail to do so, judgment by default may be taken against you for the relief demanded in the Complaint.

DATED this 1st day of February, 2019.

                                 HOLLAND & HART, LLP

                                 /s/ Darren G. Reid
                                 Darren G. Reid
                                 Brandon Christensen
                                 *Attorneys for Plaintiff*

**Serve:**

**SMASH SOLUTIONS, LLC**
**National Registered Agents, Inc., Registered Agent**
**160 Greentree Dr., Suite 101**
**Dover, DE 19904**

11958441_1