*TD's Legal Process*

*&*

*Investigations*

P.O. Box 18118
Salt Lake City, Utah 84118
Office: 964-9393  Fax: 964-9353
Cell: 347-1038

## Return of Service

| ROS# 150305 | HOLLAND & HART LLP | |
|---|---|---|
| Rcvd: 2/01/2019 | 222 so. Main Street ste. 2200 S.L.C., UT 84101 | 799-5800 |
| Attn: Christa | | |

| Case: 190400159 | Civil# | Doc# |
|---|---|---|

**Plaintiff(s)** VS **Defendant(s)**

Smash Technology, LLC, a Nevada limited liability company; and Michael Alexander, an individual

Smash Solutions, LLC a Delaware limited liability company; Jerry Ulrich (JJ), an individual; and John Does 1-3

**Process:** Summons & Complaint - Attached Process below
**To:** Jerry Ulrich (JJ)
The undersigned Person Hereby Certifies:
I am, at the time of service, a duly qualified Process server / Private investigator over 21 years of age and am not a party to the above action being taken. I have endorsed each copy served with the date, time and my signature.

**Title:** Process Server and/or Private Investigator

I Served: Jerry J.J. Ulrich
Date: 2/05/2019     Time: 1620
Address: 14701 S.Nestled Cove Draper, Ut 84020
Phone:        Work:

Todd Oram, Private Investigator - G101060

**Type of Service:** Personally Served

Subscribed and Sworn Before Me This 6th Day of February 2019

Notary public residing in Salt Lake County. My commission expires 02/03/2019  FEB 0 5 2023

LINDA ALVEY
NOTARY PUBLIC - STATE OF UTAH
My Comm. Exp. 02/05/2023
Commission # 704450

Service fee: $15.00   Milage Fee: $63.00   Other Fee: $0.00   Rush Fee: $0.00
Addresses: 1   Attempts: 4   Attempts Charged: 3   Total Mileage: 21

**Total Due:  $ 80.00**

Comments: This is a secured com. #142 on directory. 2/1/19 @ 1847 - can not get in, called just rings; 2/02/19 @ 1346 - unable to get in, called call box just rings; 2/04/19 @ 1715 - secured - waited 30 min. for someone to come or go - no luck;
Attached process; Complaint for Injunctive and other Relief; Motion for Temporary Restraining Order and Preliminary Injunction; Exhibit A

TIME 1620  DATE 2-5-2019
SERVED Jerry JJ Ulrich
RELATIONSHIP Self
ADDRESS 14701 Nestled Loop
Tyler
TD's LEGAL PROCESS LLC    SERVER
964-9303

Darren G. Reid (11163)
Brandon T. Christensen (16420)
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, Utah  84101
Telephone:  (801) 799-5800
Facsimile:  (801) 799-5700
dgreid@hollandhart.com
btchristensen@hollandhart.com

*Attorneys for Plaintiffs*

## IN THE FOURTH JUDICIAL DISTRICT COURT
## IN AND FOR UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; and JOHN DOES 1-3;<br><br>Defendants. | **SUMMONS**<br><br>Case No. 190400159<br><br>Judge Lynn W. Davis |

**THE STATE OF UTAH TO:    JERRY "J.J." ULRICH**

You are summoned and required to answer the Amended Complaint attached hereto.

Within twenty-one (21) days after service of this Summons, you must file your written answer

with the Clerk of the Court at the following address:  Fourth Judicial District Court, Utah

County, 125 North 100 West, Provo, UT  84601, and you must mail or deliver a copy to

Plaintiffs' attorney at the address listed above.  If you fail to do so, judgment by default may be taken against you for the relief demanded in the Complaint.

DATED this 1st day of February, 2019.

HOLLAND & HART, LLP

/s/ Darren G. Reid
Darren G. Reid
Brandon Christensen
*Attorneys for Plaintiff*

Serve:

**JERRY "J.J." ULRICH**
**14701 S. Nestled Cove**
**Draper, UT  84020**

11958473_1

2