Darren G. Reid (11163)
Brandon T. Christensen (16420)
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, Utah  84101
Telephone:  (801) 799-5800
Facsimile:  (801) 799-5700
dgreid@hollandhart.com
btchristensen@hollandhart.com

*Attorneys for Plaintiffs*

## IN THE FOURTH JUDICIAL DISTRICT COURT
## IN AND FOR UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>    Plaintiffs,<br><br>vs.<br><br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; and JOHN DOES 1-3;<br><br>    Defendants. | **REQUEST TO SUBMIT FOR DECISION**<br><br>**[ORAL ARGUMENT REQUESTED]**<br><br>Case No. 190400159<br><br>Judge Lynn W. Davis |

Plaintiffs Smash Technology, LLC and Michael Alexander ("**Plaintiffs**") requests that their *Motion for Temporary Restraining Order and Preliminary Injunction* ("**Motion**") be submitted for decision.  Plaintiffs respectfully request a hearing on the Motion.

Plaintiffs filed their Motion on January 28, 2019.  The Defendants were served with the Motion on February 4, 2019 and February 5, 2019 respectively.  Plaintiffs and their counsel are available February 18-19 and 21-22 if those dates work for the Court's calendar.

DATED this 12th day of February, 2019.

        HOLLAND & HART, LLP

        /s/ Darren G. Reid
        Darren G. Reid
        Brandon Christensen
        *Attorneys for Plaintiff*

12034366_1