The Order of the Court is stated below:
Dated: February 13, 2019                /s/ LYNN W DAVIS
       08:17:10 AM                          District Court Judge



*Proposed Order Prepared by:*
Darren G. Reid (11163)
Brandon T. Christensen (16420)
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, Utah  84101
Telephone:  (801) 799-5800
Facsimile:  (801) 799-5700
dgreid@hollandhart.com
btchristensen@hollandhart.com

*Attorneys for Plaintiffs*

## IN THE FOURTH JUDICIAL DISTRICT COURT
## IN AND FOR UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; and JOHN DOES 1-3;<br><br>Defendants. | **ORDER GRANTING HEARING FOR PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Case No. 190400159<br><br>Judge Lynn W. Davis |

Having received Plaintiffs Smash Technology, LLC and Michael Alexander

("**Plaintiffs**") Motion for Temporary Restraining Order and Preliminary Injunction (the

"**Motion**"), and for good cause otherwise appearing, the Court hereby ORDERS that a hearing

1

will be held on the Motion on February 19, 2019, at 9:00 a.m. in Judge Davis' courtroom 8A located at the Fourth Judicial District Court, 137 North Freedom Blvd.  Provo, UT 84601.

SO ORDERED.

**In accordance with Utah R. Civ. P. 10(e) and Utah State District Courts Efiling Standard No. 4, this Order does not bear the handwritten signature of the Court, but instead displays an electronic signature at the top of the first page of this Order.**