## AFFIDAVIT OF SERVICE

| Case: 190400159 | Court: IN THE FOURTH JUDICIAL DISTRICT COURT IN AND FOR UTAH COUNTY, STATE OF UTAH | County: Utah | Job: 3039350 |
|---|---|---|---|

| Plaintiff / Petitioner: SMASH TECHNOLOGY, LLC, a Nevada limited liability company; AND MICHAEL ALEXANDER, an individual | Defendant / Respondent: SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; and JOHN DOES 1-3 |
|---|---|
| Received by: HR Office Solutions Inc | For: Holland & Hart |

| To be served upon: |
|---|
| SMASH SOLUTIONS, LLC National Registered Agents, Inc., Registered Agent 160 Greentree Dr., Suite 101 Dover, DE 19904 |

I, Gabrielle Jackson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** SMASH SOLUTIONS, LLC National Registered Agents, Inc., Registered Agent 160 Greentree Dr., Suite 101 Dover, DE 19904,

**Manner of Service:** Corporate given to Frances Hernandez as Secretary On 2/13/2019 at 11:55 am

**Documents:** ORDER GRANTING HEARING FOR PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

**Additional Comments:**
Ms. Hernandez is a 32 year old Spanish woman with black hair. She weighs about 180 lbs and her her is about 5ft 4 inches tall

_Gabrielle Jackson_                     02/13/2019

Gabrielle Jackson                     Date

HR Office Solutions Inc
49 Representative Ln
Dover, DE 19904

Subscribed and sworn to before me by the affiant who is personally known to me.

_Deidra Smith_

Notary Public

2-13-19

Date                     Commission Expires

DEIDRA M SMITH
MY COMMISSION
EXPIRES
07/10/2020
NOTARY PUBLIC
STATE OF DELAWARE

The Order of the Court is stated below:
**Dated:** February 13, 2019      */s/*  LYNN W DAVIS
              08:17:10 AM              District Court Judge

*Proposed Order Prepared by:*
Darren G. Reid (11163)
Brandon T. Christensen (16420)
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, Utah  84101
Telephone:  (801) 799-5800
Facsimile:  (801) 799-5700
dgreid@hollandhart.com
btchristensen@hollandhart.com

*Attorneys for Plaintiffs*

---

### IN THE FOURTH JUDICIAL DISTRICT COURT
### IN AND FOR UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>        Plaintiffs,<br><br>vs.<br><br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; and JOHN DOES 1-3;<br><br>        Defendants. | **ORDER GRANTING HEARING FOR PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Case No. 190400159<br><br>Judge Lynn W. Davis |

Having received Plaintiffs Smash Technology, LLC and Michael Alexander

("**Plaintiffs**") Motion for Temporary Restraining Order and Preliminary Injunction (the

"**Motion**"), and for good cause otherwise appearing, the Court hereby ORDERS that a hearing

1

will be held on the Motion on February 19, 2019, at 9:00 a.m. in Judge Davis' courtroom 8A

located at the Fourth Judicial District Court, 137 North Freedom Blvd.  Provo, UT 84601.

SO ORDERED.

**In accordance with Utah R. Civ. P. 10(e) and Utah State District Courts Efiling Standard No. 4, this Order does not bear the handwritten signature of the Court, but instead displays an electronic signature at the top of the first page of this Order.**

2