```
                    4TH DISTRICT COURT - PROVO
                    UTAH COUNTY, STATE OF UTAH
```

| | | |
|---|---|---|
| SMASH TECHNOLOGY LLC    et al. | : | NOTICE OF |
| Plaintiff, | : | TEMPORARY RESTRAINING ORDER |
| VS. | : | Case No: 190400159 CN |
| SMASH SOLUTIONS LLC    et al. | : | Judge:    LYNN W DAVIS |
| Defendant. | : | Date:    February 14, 2019 |

TEMPORARY RESTRAINING ORDER is scheduled.
   Date:  02/19/2019
   Time:  09:00 a.m.
   Location: 8th Fl, Courtroom 8A
             FOURTH DISTRICT COURT
             137 N FREEDOM BLVD
             PROVO, UT  84601
   Before Judge: LYNN W DAVIS

\* The court will provide an interpreter upon request. If you need an interpreter, please notify the court at (801)429-1000 five days before the hearing.

\* El tribunal proveerá un intérprete si lo solicita. Si usted necesita un intérprete, por favor notifique al tribunal llamando al número (801)429-1000 cinco días antes de la audiencia.

Individuals needing special accommodations (including auxiliary communicative aids and services) should call the court at (801)429-1037 three days prior to the hearing. For TTY service, call Utah Relay at 800-346-4128.