IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| Smash Technology et al,<br><br>       Plaintiff,<br><br>vs.<br><br>Jerry Ulrich,<br><br>       Defendant. | ORDER OF RECUSAL<br><br><br>Case No. 2:19-cv-00105-DAK |

I recuse myself in this case, and ask that the appropriate assignment equalization card be drawn by the clerk's office.

DATED this  22nd  day of February, 2019.

BY THE COURT:

Dale A. Kimball
United States District Judge