Case 2:19-cv-00105-TC   Document 14   Filed 02/22/19   PageID.221   Page 1 of 3

MATTHEW C. BARNECK [5249]
ZACHARY E. PETERSON [8502]
KRISTINA H. RUEDAS [14306]
RICHARDS BRANDT MILLER NELSON
*Attorneys for Defendants*
Wells Fargo Center, 15th Floor
299 South Main Street
P.O. Box 2465
Salt Lake City, Utah  84110-2465
Email: matthew-barneck@rbmn.com
       zachary-peterson@rbmn.com
       kristina-ruedas@rbmn.com
Telephone: (801) 531-2000
Fax No.: (801) 532-5506

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; and JOHN DOES 1-3;<br><br>Defendants. | **STIPULATION FOR EXTENSION OF TIME**<br><br><br><br>Civil No. 2:19-cv-00105-TC<br><br>Judge Tena Campbell |

Defendants Smash Solutions, LLC and Jerry Ulrich, through their counsel of record Matthew C. Barneck, Zachary E. Peterson, and Kristina H. Ruedas of RICHARDS BRANDT MILLER NELSON, and Plaintiffs Smash Technology, LLC and Michael Alexander, through their

counsel of record Darren G. Reid and Brandon T. Christensen of HOLLAND & HART LLP, hereby stipulation and agree as follows.

1. The parties have conferred in response to the Court's Order to Propose Schedule (Doc. 8) and also have discussed the current medical condition of Defendant Ulrich.

2. As a result, the parties stipulate that the Defendants may have an extension of time to answer or otherwise respond to the Plaintiffs' Complaint (Doc. 9-1) and also to respond to the Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 10).

3. This extension will remain in place until the parties file a signed Attorney Planning Meeting Report and a stipulated Proposed Scheduling Order or until the parties submit a further written stipulation addressing these deadlines.

DATED this 22nd day of February, 2019.

RICHARDS BRANDT MILLER NELSON

 /s/ Matthew C. Barneck
MATTHEW C. BARNECK
*Attorneys for Defendants*

DATED this 22nd day of February, 2019.

HOLLAND & HART

 /s/ Darren G. Reid
*(Signed w/ permission of Darren G. Reid)*
DARREN G. REID
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on the 22nd day of February, 2019, I electronically filed the foregoing **STIPULATION FOR EXTENSION OF TIME** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

>Darren G. Reid
>Brandon T. Christensen
>Holland & Hart LLP
>222 South Main Street, Suite 2200
>Salt Lake City, UT 84101
>dgreid@hollandhart.com
>btchristensen@hollandhart.com
>*Attorneys for Plaintiffs*

                /s/ Matthew C. Barneck

G:\EDSI\DOCS\21981\0002\18P0615.DOC