# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; and JOHN DOES 1-3;<br><br>Defendants. | **ORDER APPROVING STIPULATION FOR EXTENSION OF TIME**<br><br><br>Civil No. 2:19-cv-00105-TC<br><br>Judge Tena Campbell |

This matter comes before the Court pursuant to the Stipulation for Extension of Time filed by counsel Defendants Smash Solutions, LLC and Jerry Ulrich and Plaintiffs Smash Technology, LLC and Michael Alexander. Based thereon, and for good cause appearing, the Court hereby ORDERS that the extension of time as set forth in the Stipulation is approved.

IT IS SO ORDERED.

DATED this _____ day of February, 2019.

BY THE COURT:

_____
HONORABLE TENA CAMPBELL
UNITED STATES DISTRICT COURT JUDGE

APPROVED AS TO FORM:

HOLLAND & HART

 /s/ Darren G. Reid
*(Signed w/permission of Darren G. Reid)*
DARREN G. REID
BRANDON T. CHRISTENSEN
*Attorneys for Plaintiffs*