MATTHEW C. BARNECK [5249]
ZACHARY E. PETERSON [8502]
KRISTINA H. RUEDAS [14306]
RICHARDS BRANDT MILLER NELSON
*Attorneys for Defendants*
Wells Fargo Center, 15th Floor
299 South Main Street
P.O. Box 2465
Salt Lake City, Utah  84110-2465
Email: matthew-barneck@rbmn.com
        zachary-peterson@rbmn.com
        kristina-ruedas@rbmn.com
Telephone: (801) 531-2000
Fax No.: (801) 532-5506

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>        Plaintiffs,<br><br>vs.<br><br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; and JOHN DOES 1-3;<br><br>        Defendants. | **DEFENDANTS' RULE 38 DEMAND FOR A JURY TRIAL**<br><br>Civil No. 2:19-cv-00105-TC<br><br>Magistrate Judge Tena Campbell |

Defendants, Smash Solutions, LLC and Jerry Ulrich, by and through counsel, Matthew C. Barneck, Zachary E. Peterson, and Kristina H. Ruedas of the law firm RICHARDS BRANDT MILLER NELSON, and pursuant to Rule 38 of the Federal Rules of Civil Procedure, hereby demand a jury trial on all issues so triable.

DATED this 25th day of April, 2019.

                                    RICHARDS BRANDT MILLER NELSON

                                    */s/ Kristina H. Ruedas*
                                    MATTHEW C. BARNECK
                                    ZACHARY E. PETERSON
                                    KRISTINA H. RUEDAS
                                    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 25th day of April, 2019, I electronically filed the foregoing **DEFENDANTS' RULE 38 DEMAND FOR A JURY TRIAL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

> Darren G. Reid
> Brandon T. Christensen
> Holland & Hart LLP
> 222 South Main Street, Suite 2200
> Salt Lake City, UT 84101
> dgreid@hollandhart.com
> btchristensen@hollandhart.com
> *Attorneys for Plaintiffs*

                                              */s/ Peggy Stockton*

G:\EDSI\DOCS\21981\0002\18Y9226.DOC