# Exhibit 6



**Name: Michael Alexander and Smash Technology LLC.**

Attention Accounting Department and All Executive Members Of Smash Technology LLC

This is official notice that Feracode has executed the "Terms Of Termination" section of the Final Feracode Service Agreement signed March 14th, 2018.  The serious delinquency of the payments and final transfer of the Intellectual Property not being completed from JerryUlrich and Smash Solutions have gave us no other option but to exit and terminate this agreement effective immediately. All Intellectual property has been returned to Smash Solutions and Jerry Ulrich as the original provider of the material. This was documented in video and audio recordings in Lehi, UT office during scope meetings. This will be our final communications to<u>accounting@smashtechnology.com</u> and all parties involved with the company. All communications regarding this agreement or any communications with our company will need to be sent to:

**Patricia Garringer-Strickland**
Of Counsel
Lathrop Gage LLP
2345 Grand Blvd., Suite 2200
Kansas City,  MO  64108-2618
Direct: 816.460.5807 | Fax: 816.292.2001

**Place and date:  7984 S 1300 E Sandy, UT 84094 / January, 25th 2019**

SIGNATURE.: _____

Wladimir Ribeiro Junior – CEO



FERACODE USA
7984 S 1300 ESandy, UT 84094