Darren G. Reid (11163)
Brandon T. Christensen (16420)
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, Utah  84101
Telephone:  (801) 799-5800
Facsimile:  (801) 799-5700
dgreid@hollandhart.com
btchristensen@hollandhart.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICTCOURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; and JOHN DOES 1-3;<br><br>Defendants. | **APPENDIX OF EVIDENCE**<br><br>Case No. 2:19-cv-00105-TC<br><br>Judge Tena Campbell |
| SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; and JOHN DOES 1-3;<br><br>Counterclaim Plaintiffs,<br><br>vs.<br><br>SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>Counterclaim Defendants. | |

# APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDATS' MOTION FOR PARTIAL SUMMARY JUDGMENT

| Exhibit | | Description |
|---|---|---|
| **I** | | **Declaration of Michael Alexander** |
| | Ex. A | Faracode Master Services Agreement |
| | Ex. B | Email dated November 6, 2017 |
| | Ex. C | Email dated November 26, 2017 |
| | Ex. D | Email dated November 26, 2017 |
| | Ex. E | Email dated November 27, 2017 |
| | Ex. F | Email dated February 5, 2018 |
| | Ex. G | Email dated February 24, 2018 |
| | Ex. H | Email dated February 28, 2018 |
| | Ex. I | Email dated March 12, 2018 |
| | Ex. J | Email dated March 13, 2018 |
| | Ex. K | Email dated March 12, 2018 |
| | Ex. L | Email dated April 1, 2018 |
| | Ex. M | Email dated October 24, 2018 |
| | Ex. N | Email dated November 4, 2018 |
| | Ex. O | Email dated November 7, 2018 |
| | Ex. P | Email dated November 9, 2018 |
| | Ex. Q | Email dated November 19, 2018 |
| | Ex. R | Email dated November 26, 2018 |
| | Ex. S | Email dated December 2, 2018 |
| | Ex. T | Email dated December 9, 2018 |
| | Ex. U | Email dated December 14, 2018 |
| | Ex. V | Email dated December 19, 2018 |
| | Ex. W | Text Messages |
| **II** | | **Documents** |
| | Ex. 1 | Other Invoices |

| Exhibit | | Description |
|---|---|---|
| | Ex. 2 | Wells Fargo Transaction Receipt |
| | Ex. 3 | America First Wire Transfer Confirmation |
| | Ex. 4 | Feracode Invoices |
| | Ex. 5 | Samuel Potter Invoices |
| **III** | | **Declaration of Darren G. Reid in Support of Rule 56(d) Relief** |

DATED this 21st day of June, 2019.

                        HOLLAND & HART LLP

                        /s/  Darren G. Reid
                        Darren G. Reid
                        Brandon T. Christensen
                        *Attorneys for Plaintiffs*

13143132_v1