-------- Original Message --------
Subject: The Email We Discussed.
From: Jerry Ulrich <jerry.ulrich@smashsolutions.com>
Date: Mon, November 06, 2017 4:43 am
To: Michael Alexander <Michael@MichaelAlexander.me>

Greetings Michael,

Greetings my friend. I pray your cruise is going well this message finds you in good spirits.  I am finally back on my feet and feeling much better from this horrible flu.  I have started and rewritten this email multiple times, because I know the value of what SMASH can bring us both financially and I have to figure out a way for you to believe in it as much as I do.

I know you've assisted in raising funds for the development and I know you would do that to support me. However, what I don't know is if you did it to support me or if you did it because your belief in the development is a strong as my own? In my heart I believe I already have the answer and that's reason why this email has been rewritten several times.

I needed to do some soul-searching because I know what your business experience we can bring this home, however, it will require a huge commitment for both of us. On the other side I believe we will be sitting not as millionaires, but confidently billionaires.

There is no software that competes with Smash anywhere in the marketplace and even if we are not first to market the software has 160,000 registered pre-sign-ups. If we use the following example as a worst-case scenario and we don't sign-up another individual in the first year here would be the results:

- Basic Plan: (Lowest Cost Projections)
    - 160,000 (Pre Sign Ups) x $29.99 (Basic Single User Licence Fee) = $4,798,400.00 x 12 (Months) = $57,580,800.00
    - At a 10 time multiple this would place our evaluation at $575,808,000

- Actual Market Price:
    - 160,000 (Pre Sign Ups) x $49.99 (Average Market Price Per User) = $7,998,400.00 x 12 (Months) = $95,980,800.00
    - At a 10 time multiple this would place our evaluation at $959,808,800.00

We would be nine months in development and the software company is ready to go if we can supply the monthly revenue requirements to keep them paid. That means in less than two years we would be sitting on a billion-dollar company. I know we have had a million challenges and I know any of those mistakes are my own and I take complete accountability for all of them. I know with your business experience and connections combined with the plan that we have developed, we can accomplish this extraordinary ambitious software.  We can clean up the corporate structure using Sterling because I trust him and I know you do as well. I have nearly worked myself into a grave to create this company and software. We now have the means, connections and the timing is right that we can come together and make this happen.

Here's what I'm proposing:

>   I am willing to work into a full partnership with you. Meaning you would on the same equity as I own. We need to clean up the shares in the company infrastructure, however, it should be approximately 29% to 35% each.


EXHIBIT B

I currently have approximately $2.9 million invested to get the product engineered, designed, wire framed, proof of concept completed and ready for the production version to be developed. Instead of asking for you to match what I currently have invested into the company I would like to take a different approach. The reason for this change is because I want you as a partner as I already consider you to be one.

The reason is because I know what you've done for me already with the effort you put forth making this a reality and for no where near the equity position I'm offering now.  I am facing several pressing issues that simply need resolution and we need to get the product started in development. Once the product is in development is easier to raise money because changes will be active and steady. You and I combined, can find the funding. I know this product, market and have a belief deeper than anything I've ever been involved in. Instead of matching what I have been to Smash I would request instead to assist me in the following areas.

Have one note smash that must be paid that is under $50,000 and unfortunately he will not take payments on it.

I have another note that is based on my property that needs approximately $20,000 a month payment to begin as soon as possible but before the end of this month.

The only other obligation is getting the software under development that would take approximately 300K a month commitment, however the first month would probably be 150k.

I realize the China deal could really assist in this, however, I was also hoping that you could assist with these items in two additional areas. The first I was hoping that we could get started with using some of the growth in bitclub network. I know your position on using bitcoin at this time, however, I believe if you can assist in these areas we can look to the bigger picture and profitability from these objectives being hit. The other area, maybe you would be willing to let me keep the Uberfund account  and use it to assist in funding the monthly commitments.

I don't want to have some silly vesting period. I want to lock arms in a partnership and go to work in building the software. The only thing is I would like to make sure we both are financially invested as we move forward.

I believe in our team we can create together and build a product the world needs. Let me know your thoughts on this email and we can begin a conversation.  Either way thank you Michael for the incredible gift you've been my family and me. You are an inspiration and incredible individual.  I have a beginning action plan we can discuss as soon as you're ready to move forward.

**Live This Day With Excellence And Make It An Incredible Day!**

Jerry J Ulrich

Chairman Of The Board | Founder | Chief Visionary Officer - SMASH Solutions
Toll Free: 888-510-5504 | Mobile: 801-381-5111 | Skype: MrJJUlrich