-------- Original Message --------
Subject: [FWD: BitClub: Wallet Transfer, Agreement & Answer]
From: <michael@michaelalexander.me>
Date: Sun, November 26, 2017 11:25 pm
To: "J.J. Ulrich" <mejjulrich@gmail.com>, "Jerry (via" <jerryjulrich@gmail.com>

JJ,

Question? It was my understanding from Las Vegas that you proposed we combine our up to 50/50 income from Uberfund going forward to fund costs for Smash and the new corporate structure with Sterling and nothing else. Not to pay any other costs i.e. call center, staff, etc.

In return I would receive an equal interest to you in Smash and an equal interest in the new entity with both you and Sterling. The timing was good I felt as we just came to the end of seven continuous months of you keeping 100 percent of Uberfund earnings.

We have just reached the end of seven months this Thanksgiving whereby you have received 100 percent of the income totaling approximately 35 bitcoin. We agreed you would only receive 100% for only the first 90 days. Thereafter we were to split the income up to 50/50 with you paying me my share of Uberfund you received during the first 90 days on a loan repayment schedule. The agreement has far exceeded what we agreed and I have received no compensation.

Obviously once the current expenditures we discussed with Sterling are paid the income can be allocated for other things once I am repaid my share. Based upon the current earnings we should be able to cover Sterling and the costs we discussed from December earnings. However we cannot withdraw or transfer any more bitcoin from Uberfund until Sterling is paid.

**Michael Alexander**


EXHIBIT C