-------- Original Message --------
Subject: Re: [FWD: BitClub: Wallet Transfer]
From: Jerry Ulrich <mejjulrich@gmail.com>
Date: Sun, November 26, 2017 11:33 pm
To: Michael Alexander <michael@michaelalexander.me>

I understand the position and this will completely shut me down with the call center and personally. Its the only way I am covering everything right now. I know it has long term income potential on all these items that are working and figured that I would be able to use it until we got to the point of being out of the holes that we are in. I don't generate enough in paid easy to even survive personally however an agreement is an agreement but I need to close everything down tomorrow and ask for one more week to cover the costs that I will have this week. After that I will need to do something else to supplement income until its back to being able to use it and your paid back. I will not transfer anything additional until you say otherwise. You have been more than fare and the team should continue to produce to keep money going in that account. I just need to know when it hits the number you need and I can reallocate things again. I appreciate the time you have giving me to try to get out of this mess. It did extend a lot of the issues that were pending. Let me know your thoughts.

