-------- Original Message --------
Subject: Meeting Follow Up and Personal Message.
From: Jerry Ulrich <jerry.ulrich@smashsolutions.com>
Date: Mon, November 27, 2017 8:41 pm
To: Michael Alexander Michael@MichaelAlexander.me

I am sending you this message to thank you for attending the meeting and wanted to get your thoughts however a more pressing situation needs to be discussed. When you threw me the lifeline with the mining operation I don't know if you have any idea the severe situation I was in and when I first committed to the 90 days to get on my feet I figured we would have had the funding in place so I just went to work know that you override me and if I could build up the systems while struggling out of the issues I figured it would all work out by the time funding came in place with Smash.

When all that went sideways and I sent you the email about partnering I did not want to ask for a big upfront payment, however if you read the email I simple asked to let me keep using and building Uberfund and banked that was going to be in our agreement after it was in the email for Vegas. I want you to know Michael I am grateful more over than anything I can express into words. I know this has taken much longer than I hoped it would take. However, if what your asking for happens; I won't make it to the first week of December because I have been putting everything into staying alive and trying to get this machine turned on. It has cost a lot but I know it will produce a lot. Normally when I put these together its not on borrowed money but on my own funds and now it has placed me in a horrible corner.

I will honor this no matter the costs but I need to be honest with you the costs are heavy for me and I cannot float smash costs nor my own or anything else on my own account. I will let you have it to keep my word, but it means things significantly change in my space and life. I can go over the details but they are not good. I have thrown everything at making this work with the belief that getting it all moving would perform in the future far greater that using these funds short term.

I appreciate whatever your decision is but we will not need to do Smash because the servers will go off this week without me creating more sales and getting access to more funds. I am using everything in my accounts and uber to survive and I am still upside down. Smash has overhead I cannot just turn off and without it being paid through investment or building Smash nor us survives.

I need to know your decision on things because I need to make some massive changes tomorrow and really should have been today. I just thought you should know so you can be informed on what changes with this decision. If need be I can work out another deal if the one in email does not work to use uberfund for longer, if not I can issue you funds from my property on anything that is left after all the parties take what they are going to after it sales. There will be some left and I can assist in getting even but without the use or more funds or me finding a way to build faster I am underwater at this point. Sorry to complain about issues but you need to know the line I have been walking to stay afloat has been very tight. If you wish I will keep the Smash deal and place it up for sale to compensate you that way. I don't know I feel like a begger even talking about this so maybe just keep it the way it is. I will be ok somehow, I just needed you to know. Fly safe and I am sorry for the challenges I have created with this.

**Live This Day With Excellence And Make It An Incredible Day!**

Jerry J Ulrich
Chairman Of The Board | Founder | Chief Visionary Officer - SMASH Solutions

