-------- Original Message --------
Subject: [Scan] 2018-02-06 wire transfer receipt for **$60,000 USD**
From: Michael Alexander <8020247@gmail.com>
Date: Mon, February 05, 2018 10:45 pm
To: Hubby <michael@michaelalexander.me>
Cc: JJ Ulrich <jerry.ulrich@smashsolutions.com>, JJ Ulrich me@jerryulrich.com
_____



EXHIBIT F

Cabang/Branch: IBN

# Aplikasi Kiriman Uang dan Pemindahbukuan
## Transfer and Overbooking Application

**Maybank**

- [ ] Pemindahbukuan / Overbooking
- [x] Swift
- [ ] Kliring/LLG/SKN / Clearing
- [ ] BI-RTGS
- [ ] Wesel / Demand Draft

Tanggal / Date: 06-02-18

**Validasi**

```
SIRI  295  06/02/18 13:24:27  7717  6843  7501  77170247501  77179997501 1.000000
BB 2024102076
                              039 60,000.00            PRAYEKTI SRI HARTATI
Cr 2999999990
                              039 60,000.00            SMASH SOLUTIONS
```

Kiriman Uang/Wesel sah setelah divalidasi atau dibubuhi stempel Teller/Transfer/Demand Draft valid after validation has been printed or time stamped

**Sumber Dana / Source of Fund**
- [ ] Tunai / Cash
- [ ] Cek/BG No. / Cheque/BG No.: 
- [x] Debet Rek. Kami No. / Debit My/Our Acct. No.: 000000 - TT
- [ ] Lain-lain / Others

**Mata Uang & Jumlah Kiriman/Wesel** / Currency & Amount of transfer/Wesel: USD 60,000 (32A)

**Terbilang / Amount in words**: ENAM PULUH RIBU DOLLAR USD

## Pengirim / Remitter

Nama / Name: PRAYEKTI S. HARTATI
Alamat & No.telp / Address & Telp.no: JLN. OTTISTA 3 KOMPLEK 10 NO. 20 JAKARTA TIMUR 13340 / 08119717504 (50)
No. Rek. di Maybank / Acct. no. with Maybank: 2024102076
[x] WNI  [ ] WNA

**Berita / Message**

Tujuan transaksi/purpose(s): BAYAR HUTANG
Sandi tujuan/purpose(s): LHBU    LLD (70) 2

## Bank Penerima / Beneficiary's Bank

Nama Bank / Bank Name: AMERICA FIRST CREDIT UNION
Alamat / Address: 11453 SOUTH PARKWAY PLAZA DRIVE, SOUTH JORDAN, USA
Kota / City: 
Negara / Country: 
Kode Bank / Bank's Code: Swift Code: WFBIUS6S

## Penerima / Beneficiary

Nama / Name: SMASH SOLUTIONS (59)
No. Rek. Penerima / Benef.'s Acct. No.: 7635766 (59)
Alamat / Address: (59)
Kewarganegaraan / Citizenship:
- [ ] WNI / Indonesian
- [ ] WNA / Foreigner

Status:
- [ ] Penduduk / Resident
- [ ] Non Penduduk / Non Resident

Kategori / Category:
- [ ] Perorangan / Personal
- [ ] Perusahaan / Company
- [ ] Pemerintah / Government

No. Identitas / ID No.: (KTP/Passport/KIMS/KITAS/Lainnya)

## Biaya Koresponden / Correspondent Charges
- [x] Beban Pengirim (OUR) / Charged to Sender / Full Amount (71A)
- [ ] Beban Penerima (BEN) / Charged to Beneficiary (71A)

Saya/kami menyetujui dan tunduk pada seluruh ketentuan dan syarat-syarat yang tercantum pada halaman belakang dan menyatakan bahwa semua pernyataan adalah benar / I or We agree and subject to all the terms and conditions stated on the reverse side and declare that all particulars are true.

Pengesahan Bank / Bank's Authorization
Pengirim / Applicant

## Diisi oleh Bank / Bank Use Only

| Kurs / Rate | Jumlah Valuta Asing / Amount In For. Currency | Jumlah Rupiah / Amount In IDR |
|---|---|---|
| | USD 60,052.520 | 100,000,000 |
| Komisi / Commission | 52.520 | 2024102076 |
| Ongkos / Charges | 25 USD + 50.05 | |
| Jumlah / Total | | |

Notes:
1) Bila tidak memiliki rekening Maybank, isi dengan No. Identitas (KTP/Passport/KIMS/KITAS/Lainnya) / Fill with Maybank account number or ID number.
2) Sandi Tujuan Transaksi diisi sesuai dengan Daftar Sandi Tujuan Transaksi yang dikeluarkan oleh Bank Indonesia / Fill with purpose code(s) issued by Central Bank.
3) Hanya diisi bila tidak ada nomor rekening / Only filled if no bank's account number.

Khusus transaksi di atas eq. USD 10.000,- dan/atau transaksi dalam mata uang asing di mana Pengirim ≠ Penerima Dana, wajib mengisi data keterangan yang diperlukan dalam Pelaporan LLD di balik halaman ini / Transaction for > Eq. USD. 10.000,- and/or foreign currency transaction that remitter is not identical with beneficiary, please complete the particulars at the back side.

DCCMOP&RM/TRF/07.2015