-------- **Original Message** --------
Subject: SMASH Technology Contract
From: Jerry Ulrich <jerryjulrich@gmail.com>
Date: Wed, February 28, 2018 11:42 am
To: Sterling Kerr <sterling@sterlingkerrlaw.com>
Cc: Michael Alexander <Michael@MichaelAlexander.me>

Here is the agreement from Feracode. I am working on price with them for the first two months. How do you want suggestions submitted.

Live This Day With Excellence And Make It An Incredible Day!

Jerry J Ulrich

Chairman Of The Board | Founder | Chief Visionary Officer - SMASH Solutions
Toll Free: 888-510-5504 | Mobile: 801-381-5111 | Skype: MrJJUlrich
Email Personal: me@JerryUlrich.com <mailto:me@JerryUlrich.com>
Email Corporate: Jerry.Ulrich@SmashSolutions.com
<mailto:Jerry.Ulrich@SmashSolutions.com>
Website Corporate: http://www.SmashSolutions.com <http://www.smashsolutions.com/>
Website Personal: http://www.JerryUlrich.com <http://www.jerryulrich.com/>
LinkedIn: http://www.LinkedIn.com/in/JerryJUlrich/
<http://www.linkedin.com/in/JerryJUlrich/>
Facebook: http://www.facebook.com/jjulrich <http://www.facebook.com/jjulrich>
Twitter: http://twitter.com/jjulrich <http://twitter.com/jjulrich> or @JJUlrich
Schedule an appointment or join online meeting by viewing: http://www.JerryUlrich.com


EXHIBIT H