-------- **Original Message** --------
Subject: Fwd: Made Corrections
From: Jerry Ulrich <jerryjulrich@gmail.com>
Date: Mon, March 12, 2018 12:52 am
To: Michael Alexander <Michael@MichaelAlexander.me>

Michael here is the agreement. Please sign and return and let me know how we move forward with budget and check to these guys.

Live This Day With Excellence And Make It An Incredible Day!

Jerry J Ulrich



EXHIBIT I