-------- **Original Message** --------
Subject: Please sign and return this copy. It is free of highlights.
From: Jerry Ulrich <jerry.ulrich@smashsolutions.com>
Date: Tue, March 13, 2018 1:35 am
To: Michael Alexander <Michael@MichaelAlexander.me>

Please sign and return this copy. It is free of highlights.

Jerry J Ulrich


EXHIBIT J