-------- Original Message --------
Subject: RE: Fwd: Made Corrections
From: <michael@michaelalexander.me>
Date: Mon, March 12, 2018 8:01 am
To: "Jerry Ulrich" <jerryjulrich@gmail.com>

JJ,

I signed the contract and have attached. It is a digital signature which Sterling said was ok. I can do a wet signature if they insist

I hereby authorize per our verbal agreement you have my permission to use $50,000 I wired to you to buy bitcoin for me to pay this first payment to the Development Team together with our shared funds from Uberfund to cover the $76,000 first installment.

You mentioned they may want bitcoin so if you need to convert go ahead. Buy low and sell high to give us a little cushion.

Call me when you are up so we can put our heads together on how we cover the next payment coming up in 30 days.

**Michael Alexander**
**Voice: 949-289-9989**



EXHIBIT K