-------- Original Message --------
Subject: Uberfund Accounting Transfer Notice - $24,840 out of $26,000
From: Jerry Ulrich <jerry.ulrich@smashsolutions.com>
Date: Sun, April 01, 2018 9:50 pm
To: Michael Alexander <Michael@MichaelAlexander.me>

This is to show a receipt of transfer from Uberfund to Paideasy. When we paid the invoice to Feracode $50,000 was used from the $60k you sent. The difference was used by pulling all cash and commissions out of our accounts to cover the $26k difference.

- Swaped BTC=1.82 @ $6936 to BCH=18.9312942 @ 659.71

- Transfered 37.5 BTC
    - 10
    - 8.5
    - 10
    - 9
- **37.5 BTC**

- Because this will go to tom and a portion back to paideasy. I moved it to paideasy and then will move it to tom and pay off the card we used to get the rest of the 26k to Feracode.

**Live This Day With Excellence And Make It An Incredible Day!**

Jerry J Ulrich

Chairman Of The Board | Founder | Chief Visionary Officer - SMASH Solutions
Toll Free: 888-510-5504 | Mobile: 801-381-5111 | Skype: MrJJUlrich
Email Personal: me@JerryUlrich.com


EXHIBIT L