-------- Original Message --------  
Subject: Possible Solutions  
From: <michael@michaelalexander.me>  
Date: Sun, November 04, 2018 6:25 am  
To: "Jerry (via" <jerryjulrich@gmail.com>, "Jerry Ulrich" <jerry.ulrich@smashsolutions.com>  
Cc: "Sterling Kerr" <psklaw@aol.com>

JJ,

Sorry for the delay in getting this sent to you, but as you know I have a family tragedy I am dealing with and I had to drop everything and fly to NC with my Mother. However, I will be back late Monday night to Vegas so we can have this meeting.

Sterling informed me he will be prepared and ready for us to meet again to finalize everything this Tuesday in Vegas November 6th. This is very important as we need resolution so we can determine the best and right course of action and we can raise money. Also we leave for home on Thursday two days later.

Both Tatiana and I have been scrambling to come up with supplemental investor funding as you are as well. I really did not want it to come down to this, but we don't have much choice now.

With all the onboarding issues and delays, the lack of "new sales volume" production to max out earnings from Uberfund and Centurion everyday; we simply can't even cover the development costs and Sam. Then there are all these other costs past, present and future to have a successful Alpha launch and deployment. All this plus to add more pain and suffering, the price of coin has been down and flat for longer than anyone expected without any signs of strengthening and a bull run. Of course we lost our cushion when we had coin banked but did not sell it at $1,700 but rather later at a loss. Now and for quite some time it is at just over $400 per coin

As I texted you on Friday, I finally have two possible solutions that I am still working on. Both require full audited accounting records, projections for the first year, and a Use of Funds schedule, etc. as each is only willing to provide temporary bridge funding to get us through the next 12 months with full repayment plus other stipulations that will be determined based upon us providing the above for review and consideration. Also our personal guarantees.

I have shared the spreadsheet as that is all I have. That was dismissed as it is incomplete and just a summary without specific details and any explanation. I did my best to fill in the blanks, but if it were not for our relationship with the investor they would not have even considered helping us.

EXHIBIT N

We need to submit supporting documentation to them to create audited financials even though we have not spent that much thus far with the exception of Ferracode. I have been requesting these items also for quite some time now. Also provide certified projections together with our business plan, etc. We are a start up with no finished product to deploy with no revenue. The past was no help as they deemed it a failure after 5 years without success.

I need to provide the following ASAP or no later than Tuesday when we meet Sterling in Vegas. Frankly, I am not sure what some of these things are and why we need them in our current development phase. Therefore, I was not much help. Please help me understand what the following expenses represent, what they do for us and why we need them especially now and more so over the past several months as you are expensing them so I may be better able to justify these items....

- Rent
- Liquid Web
- Cable
- Software & Administration
- Credit Processing
- Amazon Web Services
- Google services
- Traffic Server

Need a paragraph of explanation of each of these items, purpose and why

In addition, they want all the Smash Technology contracts with all venders we pay for all the above items, including invoices and proof of payment on all items paid for on behalf of Smash Technology. All I had was the Ferracode contract. Also need the employment agreement we have with Sam and detailed explanation of his role and responsibilities.

For myself, I would like to know are these items on the spreadsheet summary for the exclusive use and benefit of Smash Technology or are they utilized by others and your other entities. If they are shared resources then to what degree or percentage are they shared?

**Michael Alexander**
**Voice: 949-289-9989**