-------- Original Message --------
Subject: Operating Agreement ready for review
From: Sam Potter <sam.potter@smashtechnology.com>
Date: Wed, November 07, 2018 9:40 am
To: Michael Alexander <michael@michaelalexander.me>, Jerry Ulrich <jerry.ulrich@smashtechnology.com>

https://docs.google.com/document/d/1b94OIJ-IL9B9FMaznykSUDJIqpJgYLgD-bSp1RPFqjU/edit#

This is the Smash Tech Op Agreement that is ready for review and additional editing.

--



**Samuel Potter** | Chief Technology Officer
3953 Howard Hughes Parkway | Ste. 200 | Las Vegas, NV 89169

**(Cell)** 1-360-989-4748
**(EMAIL)**
sam.potter@smashtechnology.com
**www.SmashTechnology.com**

The information contained in this ELECTRONIC MAIL transmission is confidential. It may also be privileged work product of proprietary information. This information is intended for the exclusive use of the addressee(s). If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution, reading, retention, (other than to the addressee(s)), copying or taking of any action because of this information is strictly prohibited. If you have received this message in error, you may decline to the recipient or advise the sender.



EXHIBIT O