-------- Original Message --------
Subject: Private Placement Memorandum - Invitation to edit
From: "Sam Potter (via Google Docs)" <sampotter01@gmail.com>
Date: Fri, November 09, 2018 7:33 am
To: michael@michaelalexander.me
Cc: jerry.ulrich@smashtechnology.com, michael.alexander@smashtechnology.com

[Sam Potter](#) has invited you to **edit** the following document:



[Private Placement Memorandum](#)



I have reviewed and made changes to several sections PPM. There are a few pieces of information still required to complete this document which are noted in the comments of the document.

[Open in Docs](#)

Google Docs: Create and edit documents online.

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because someone shared a document with you from Google Docs.





EXHIBIT
P