-------- Original Message --------
Subject: Sterling Agenda and Communication Attempts.
From: Jerry Ulrich <me@jerryulrich.com>
Date: Mon, November 19, 2018 7:58 am
To: Michael Alexander <Michael@MichaelAlexander.me>
Cc: Sam Potter <sam.potter@smashtechnology.com>

Good Morning,

We have decided to send this without being complete with going over these items with Sterling. I still have not heard a word since he got one the plane to DC. We are going to use the tools we have to progress forward. We need to move forward on some of these items and we will work with what we have until such time we can get some communication back from Sterling. With this being said I will send you the agenda items we are waiting on but at the same time I will just move forward with the other items and Brief you on those as well as they are completed. Here is what was sent to him and our communication to date.

**Meeting Details:**

- Attendees & Notices:
    - Jerry Ulrich - me@jerryulrich.com
    - Sam Potter - sam.potter@smashtechnology.com
    - Sterling Kerr - sterling@sterlingkerrlaw.com
- Speakers, Questions & Support:
- Start Date:

    11-12-18 @ 4:00 PM (Appointment Rescheduled By Sterling To Later Tonight)

    11-12-18 @ Waiting On Time From Sterling (Appointment Rescheduled He Is Stuck In Another Meeting Will Call Tomorrow)

    11-13-18 @ Open (No Communication and No Response From Sterling To My Communications)

    11-14-18 @ Received call from sterling saying he is flying to DC today and we can chat when he lands. (No Communication)

    11-15-18 @ Open (No Communication or Response To My Text)

    11-16-18 @ Open (No Communication or Response To My Text)

    11-17-18 @ Open (No Communication or Response To My Text)

    11-18-18 @ Open (No Communication or Response To My Text)

    11-19-18 @ Open (No Communication or Response To My Text)

- Purpose Of Meeting:

    o Smash Items:
        - Status Of revised Operating Agreement?


EXHIBIT Q

- Update You On Status Of Private Placement.
  - Status of the PPM we sent you?
- When Can Bank Accounts Be Operational?
- Date Of Utah Meetings?
  - Date 1:
  - Date 2:
- Verifying ability to operate in Utah while a Nevada LLC. (customer support team)
- Your new email for Smash Technology - sterling.kerr@smashtechnology.com
- legal@smashtechnology.com
- Link to access your email: https://apps.google.com/user/hub
  - Your Account Info:
    - Username: sterling.kerr@smashtechnology.com
    - Password: um*54YQq
- Accessing Tasking System - http://www.SmashTechnology.com - Login at the bottom of the page.
- Thoughts On Berry Moniak as Controller Position.
- Sam has his LLC Info for you to add to the Smash Technology Operating Agreement
  - (Gamboa Enterprises LLC).
- Stock Ledger and Letters To Investors Outlining Current Agreements.
- Investor Update Meeting - Any Items That I Cannot Discuss Or Any Items I Need To Bring Up?
  - We are going to move forward with the documents we have until we hear from you differently.

- VIP Consulting Service
  - Current Status Of Trust Clients Sent To Your Office?
  - Current Status Of Creating Hedge Fund?
  - Creating A Game Plan For Deploying A Trust On Every Onboard For US Resident
  - Identify Working Protocol For Automatically Sending Paperwork For Trust or Hedge Fund
  - Michael Requesting Breakaway from any connection with these action items.

- Personal Items:
  - What is the best method to communicate items with you?
  - Clearing Any Pending Situations For Us To Have A Solid Working Relationship

Live This Day With Excellence And Make It An Incredible Day!

*Jerry J. Ulrich*

Founder - SMASH Solutions
Phone - Primary Mobile/Text: 801-381-5111
Phone - Toll Free: 888-510-5504
Email - Personal:  Me@JerryUlrich.com
Email - SMASH Corporate: Jerry.Ulrich@SmashSolutions.com
Website - Personal: www.JerryUlrich.com
Website - SMASH Solutions: www.SmashSolutions.com
Website - PaidEasy: www.PaidEasy.com