-------- Original Message --------
Subject: Here is the update we discussed.
From: Jerry Ulrich <me@jerryulrich.com>
Date: Mon, November 26, 2018 11:46 am
To: Michael Alexander <michael@michaelalexander.me>

Michael,


I hope things are going ok for you and your getting the opportunity to morn your passing of your mom. I am going to begin preparing this email and give you some time to handle the situations with your mom. When I send it you will see a timeline of items based on the information going on .


After returning from Vegas here are the modifications I implemented and the updates on items we discussed:


1. Feracode: (Meeting Friday, November 09, 18)
    1. Upon arriving in Salt Lake we immediately met with Feracode to arrange a payment arrangement to allow us a little time to get the cashflow from the loan, PPM or the mining.
        1. Our current balances are:
            1. Milestone 5: $29,000 <span style="color:red">(THIS IS NOW PAID)</span>
            2. Milestone 6: $79,000 (we are in milestone 6 right now)
            3. Milestone 7: $149,000
        2. They need the $29,000 Paid Drop Dead Date 11/19/18 (PAID by Jerry)
        3. They Need another $40,000 Paid Drop Dead Date or as close to it as possible 11/25/18
        4. They need the complete remaining balance as of December 15th in order to keep to launch date first couple weeks in January.
2. Accounting Details Per Your Request:
    1. We have moved all the items into Quickbooks under Smash Technology.
    2. I ordered Sam to retrieve all the technology specific accounting documents he has used to setup, manage and deploy the new software systems.
    3. I ordered Kevin to collect, organize and enter all these documents and the additional items we discussed in the meeting. He will have the Agreement, Invoice, Proof Of Payment and the items are needed
    4. Each item is printed and digitally organized. I further expressed that in the future a basic spreadsheet work and having this in a proper accounting protocols essential.
    5. The entire accounting project is committed to being done by 11/26 to 11/27.
3. The Smash Technology Team:
    1. I have notified all the Smash team members of the permanent separation from any other projects during business hours of Smash Technology. I explained the focus and the amount of work needing to be deployed over the next several months and we need to really shift into deployment gear now that the Smash software is nearing completion.
    2. I have reengaged Vivienne and have her fully tasked out with items needed to deploy the new website and deployment of the software.
    3. I have also spoken to Gery, Jim and the funding team to have them fully take over the operations of VIP items so that all Smash staff are fully separated from any work that will sidetrack their attention from the primary target of Smash deployment.
4. Stock Allocation:
    1. When I met with Doc, Kevin, Vivienne, Sam and I about the Stock Allocation they brought up the comment made when you were on the meeting with us all. The



EXHIBIT
R

comment if you recall was that whatever dilution would be equal to all. (Equal stock allocation to what they had before, not equity. Yes, everyone had to take a haircut including you and me, but not equally as far as equity. You and I are funding this. They have not put hard money in. Yours and their sales and performance in Bitclub have let us down resulting in less than expected and required performance to maximize earnings from Uberfund and Centurion. I have had to put in even more money and it looks like even more is necessary. In addition, the price of crypto has fallen significantly meaning we are losing all that upside potential when it rebounds having to liquidate now and throughout this year. That is why I bumped our 15% each to 20% and now it looks like it needs adjusted upward again) When the math was completed by them and the initial-numbers we spoke about in Sterling's office was off from this in their eyes. We need to complete the math and make sure the numbers are close to the equal amount discussed. I was wondering if you have the math you worked out on the stock numbers you brought up with Sterling?

1. I have an idea on how to handle the voting stock and the class of stock Doc, Kevin and Vivienne would have. They each want to sell a small portion of their stock. I let them know that if they are looking to sell shares we need to look at setting them up with a different layer of Stock so it does not show a member of the executive staff selling off common stock once its transitioned over to Smash Technology. (No one has voting common stock except for you, me, Sam and Sterling. We discussed this in Sterling's office prior to our last meeting. They have preferred stock and there is a restriction on all new stock and cannot be sold) I know when I spoke to Sam that both him and I are not looking to sell shares so its an easy way to explain the common stock vs the stock they can share. I feel its the only way to modify the agreement they felt they had with you when we all met about stock before. Your thoughts on this? Yes, in light of your email update on Nov 26th and the unhappy discontent you stated everyone felt and expressed, I hereby withdraw my recommendation to increase all our equity positions and stick with what we collectively and unanimously agreed to in our previous meeting.

5. Sam Potter Modification Of Position:
    1. Sam has spoken to me about moving into the COO position of the company. (This is premature and also Smash Technology is not a corporation so we do not use corporate titles, but send me his resume. Has he ever held that position with another major company. FYI, I do have an overly qualified CTO we can all be excited about) He feels his goals and ability to achieve them would be best spent in that roll as he can still over see all the CTO priorities and than direct, train and assist the CTO when we hire one. Sam is fantastic at multiple areas of the business and he compliments the areas I need the biggest assistance with. My brain is great at creating the software functions and features. I also do well in In passionately representing the incredible software we have, working with investors and the users. Most of all I have plan to deploy this software, however, where I fall short is someone with the logistical capabilities to assist in deploying those tasks and assisting in getting the logistics handed on each big project.
    2. My thoughts is he would be very talented in multiple areas. If this is where he will thrive we should look to him in this position. I would like to hear your thoughts on it before looking at any changes

6. Barry Moniak:
    1. Met with Barry and through the conversations and questions asked during the meeting Sam informed me he did not feel comfortable that Barry could accomplish the basic accounting items needed without additional support. He is good and the multitask items as far as essential accounting items we both feel he will need an accounting asset for additional support in accounting, setup and taxes.
    2. We should interview some potential candidates and I reached out to Michael Simpson who has some candidates who are looking. If ok with you I would like to interview some with Sam and provide you several additional solutions. In the short term now everything is being managed the way you laid out in the meeting and this again is expected to be fully completed by 11/26 or 11/27 .
    3. One additional item is Barry felt like interviewing with us was confusing to him because he felt our involvement had changed <span style="color:red">(involvement has not changed, but our roles and responsibilities need to be determined)</span> and now everything was ran by you and all funding was provided by you. So he wanted to have a meeting with all of us to get clear on how reporting will work. I don't understand what your plan is with this position. Are you wanting to have him work directly for you or is he being implanted into the team? How are you explaining the transition into Smash Technology? <span style="color:red">TBD</span>
7. Sterling
    1. I made sure Sterling had all the documents he needed for investment and operating agreement. They were updated by Sam and I and sent over to him.
    2. I further prepared a complete agenda of items following up on all items discussed in the meeting. He replied numerous times with meeting times and him saying he would schedule phone calls but all were missed or rescheduled. Figuring things must be busy for him before the holidays and the urgency of getting the funding in place for us to move forward we are just patently waiting on him. Both PPM and Operating agreements have been in his hands. The agenda was also provided to you for review as well with non Smash Tech items removed.
    3. We are preparing a final stock sheet and draft letters to each client breaking down the understanding of their upcoming transfers into Smash tech for Sterling's review.
    4. Here is the current agenda items that is pending with Sterling:
    5. **Meeting Agenda - Sterling Kerr - Date & Time )**
        6. **Meeting Details:**
            - Attendees & Notices:
                - Jerry Ulrich - me@jerryulrich.com
                - Sam Potter - sam.potter@smashtechnology.com
                - Sterling Kerr - sterling@sterlingkerrlaw.com
            - Speakers, Questions & Support:
            - Start Date: Waiting On Sterling
            - Start Time: Waiting On Sterling
            - Purpose Of Meeting:
            - Smash Items:
                - Status Of Operating Agreement?
                - Status Of Of Private Placement.
                - We need a workable solution to handle sending money and paying obligations through your trust account. In order to accomplish this, we will need better access to communication with you. Some payment needs to be paid quickly and I know how busy you are so we need a plan to move these items forward
                - We need to get our bank access operational so we can begin accepting payments and setup the merchant processing systems. It is critical we have this soon so we can integrate into the system.
                - Date Of Utah Meetings?
                    - Date 1:

- Date 2:
  - Verifying ability to operate in Utah while a Nevada LLC. (customer support team)
  - Your new email for Smash Technology - sterling.kerr@smashtechnology.com & legal@smashtechnology.com - Link to access your email: https://apps.google.com/user/hub
    - Your Account Info:
      - Username: sterling.kerr@smashtechnology.com
      - Password: um*54YQq
  - Accessing Tasking System - http://www.SmashTechnology.com - Login at the bottom of the page.
  - Thoughts On Berry Moniak as Controller Position. Sam and I met with him and we have a few things we would like to discuss as options.
  - Sam has his LLC Info for you to add to the Smash Technology Operating Agreement
    - (Gamboa Enterprises LLC).
  - Stock Ledger and Letters To Investors Outlining Current Agreements.
  - Investor Update Meeting - Any Items That I Cannot Discuss Or Any Items I Need To Bring Up?
  - We have implemented a new Investor Protocol that will allow Investors to go onto a page, update all their contact info, verify their investment amount, sign the NDA and then get a full viewing and update on the Smash Software.
  - We have moved all of the spreadsheets into Quickbooks and have completed all the accounting items including the Agreement, Terms, Reason for the expense, invoice, statement and proof of payment. This project will be ready and sent to you within the next 24-48 hours.
- VIP Consulting Service
  - Current Status Of Trust Clients Sent To Your Office?
  - Current Status Of Creating Hedge Fund?
  - Creating A Game Plan For Deploying A Trust On Every Onboard For US person.
  - Michael Requesting Breakaway from any connection with these action items

    Identify Working Protocol For Automatically Sending Paperwork For Trust or Hedge Fund

- Personal Items
  - What is the best method to communicate items with you?
  - Clearing Any Pending Situations For Us To Have A Solid Working Relationship.
  - Lisa Long Collection Status - How can we move this along?

8. Funding Status:
    1. The Loan:
        0. The collection that blocked the funding that was put on in error has been removed to the credit bureaus and two of the three scores have already been fixed. It will be any day for the final score to correct and a week to fund once that is done. They think the holiday slowed some things down because we were supposed to have this corrected on the 15th. I have pressured VIP Funding to get me an advance on the funding as it is already approved or an advance on the 50 million in funding we have turned into the pipeline to fund. I will know on Monday if he can make that happen.
    2. Personal Funds:

      0.  We used all remaining funds from Sarahs Dad Passing and what we had in reserve to pay Feracode the 29k and keep the rest of the obligations as current as possible. I realize you are stuck until the accounting is done and I am pushing as hard as possible without breaking Kevin, Feracode or Sam for all the paperwork backing the systems they have needed deployed. Sam has been very helpful in this process.

3.  Sell Of My Home:
   - 0.  The home is now listed and is having viewings every few days. Depending on the sell this will mostly be applied to the loan that is outstanding. Whatever is left I can use to support Smash obligations but it is still going to be weeks I assume before it closes.

4.  Investors:
   - 0.  I have met with 16 investors new to Smash. I have some very interested people but we need the paperwork to issue them. I have sent them what I can but we are in a holding pattern. I have a few ideas to work around this but it is outside of Smash Tech so I will keep you informed if they come through but leave you out of it until something moves.
   - 1.  Investor Meeting:
       - 0.  We have been holding off waiting for paperwork from Sterling, however, this is critical to get done. We are going to deploy the meeting this upcoming week. We have completed a login for the Smash Investors to log into Smash Tech after they have signed off on the NDA and paperwork Sterling asked to have in the past.
       - 1.  The Smash Technology Software is to a place now they can have their own accounts and be able to view the upcoming release. I believe as they see this they will be willing to look at additional funding.
       - 2.  We have completed a complete walk through in the system and and a step through funnel process for security of our active investors. They will receive an email regarding the update and a link to a site that will require they fully update all contact info, investment size and verification and then they will be pushed into signing a NDA that was provided by Sterling. Every submission will be validated and then they will be sent a password and video update showing the entire system and the new process for conversion into Smash Technology will be explained. We will be able to validate who can assist us in the deployment funding needed. This means they will not have to be locked into a certain date and time for a meeting and this will expedite the viewing of the info and funding potential solutions.

5.  Your Plan B:
   - 0.  I know Tatiana is an option and we may need to use a small portion of this because as of this last Friday I could not Cover Sam and its critical for him as he is paycheck to paycheck right now. We had 9 loans that were pending to complete before the holiday and they got pushed to this upcoming week. I need to be make sure he gets covered and I know that the accounting needs to be completed so you know where you are at financially with Smash and Kevin has assured me he will be able to explain it and the difference owed in proper accounting methods by 11/26 or 11/27.
   - 1.  If Tatiana comes in I feel we need to use the PPM as any other investor would I want to be able to maintain an equal agreement between you and I Sam and Sterling. <span style="color:red">Understood and if that is a deal breaker we need to find a different solution. (Tatiana has strong feelings about this and feels she is not just another investor and is a valuable asset and substantial contributor beyond just funding. In addition, we have already invested far more than an equal share into Smash Technology. In addition, when you add to this the delinquent repayment of BTC from</span>

<span style="color:red">Uberfund that was my share that was due no later than April 2018. You have had access and the use of my share from Uberfund and my additional contribution from Centurion earnings generated from my direct enrollments as well as the coins I advanced to Tom that he repaid to you)</span>

2. I just need to know what timeline is needed to prepare for this and what you need on our end to complete it or at least draw a portion of it.

9. Smash Technology Software Update:
    1. As of 11/23/18 The development of Smash and the Milestones and Sprints are approximately 2.5 weeks behind schedule due to a lack of resources.
    2. We are currently on Milestone 6 of 7. Each milestone has between 5 and 6 sprints with each sprint taking approximately a week to complete (some take longer).
    3. We have a total of 32 sprints to complete to get to the end of Alpha development and we are currently working on Sprint 23/24.
    4. The sprints consist of the following (along with approx. 10 pre-sprint items):
        0. Final Architecture
        1. Dev Review
        2. Requirements
        3. Domain Access
        4. Final Scope Alpha
        5. Logo & Artwork
        6. Menu Headers & Tabs
        7. Tags, History, and Views layout
        8. Media, Briefings, and  Weather APIs
        9.  Multi-function icon and previous sprint cleanup
        10. Workspace drag-n-drop and beginning Responsive
        11. database connections and CRUD implementation
        12. Backend initial integration & Media API briefing sorting
        13. Implementing Calendar and 4 views / Contacts
        14. Feedback inclusion, contacts updates, and calendar responsiveness
        15. Calendar & Bookings updates
        16. Calendar Events & Notifications architecture
        17. Initial Tasks development
        18. CRUD for Tasking and feedback implementation
        19. Maps and Users initial implementation
        20. Users and Input Validation
        21. Themes, Logout & Conditional tasking
        22. Tasking feedback and completeness management
        23. User Profile Infrastructure
        24. Profile Integrations
        25. Workspace architecture
        26. Workspace connections
        27. Dashboard Architecture
        28. Dashboard Drag & Drop
        29. Dashboard Connectivity
        30. Website Architecture
        31. Beginning Merchant Account Implementation
    5. What we have yet to complete includes:
        0. Completion of Dashboard Connectivity and functionality
        1. Workspace completion and connectivity
        2. Final Merchant Account Implementation
        3. Sharing and Grouping connections
        4. Website completion and content
        5. User Account Management integration
        6. Load balance testing
        7. Functional Testing

8. Final Code Reviews
9. General Testing and Debugging
10. Mobile Device Testing and Feedback

6. We are scheduled to complete the final sprints and be finishing up on testing on approximately the 10th of January.
7. Feracode will require getting their additional resources in place which includes additional testers and stress testing personnel to complete Alpha.

10. Our Personal Items Status:

1. Setting Up A Working Weekly Meeting With Us:
   0. I really think we should meet and get more connected in the day to day items going on. Most of the info covered in this email have been discussed in our meetings and typing it up does take considerable time to completely catch you up. I think it could be really helpful to make sure we meet weekly and we can cover a lot of these items and get your feedback and experience into the operational items we are facing each week. I just want to make sure our relationship is strong and your feeling confident with items happening in the company and we deploy your experience into the operational items we are dealing with. This weekly meeting I feel will bring a much more clear communication into place.

2. Clearing A Few Items Regarding The Accounting Issue:
   0. Michael I realize this accounting issue has made your confidence drop in me. I just want you to consider this for a moment. You have brilliance in so many areas and accounting may be one of them, however, when we go through all the technical communications on databases, servers, code banks and the technical side of Smash, you have made statements that you leave that in our hands because we understand it. This is how I feel on the accounting side. I can learn it but its not my brilliance and is one of the areas I rely on support with. I however don't have a budget approved for this area until recently so I worked with the unpaid assets that I did have who found the time to attempt to make it work through spreadsheets and I know that did not meet your requests now that I more understand what you need. As a partner and a friend I want to make sure you have what you need and I am always going to attempt to achieve that with the resources available to me. In addition as I run into these obstacles I learn to resolve items I may not have known how todo in the past. That is one of the reasons we all have our area of experience and our ability to learn more as we move forward as a team. As I know you will learn all the technical side of Smash as we move forward, however, we will still always have our developers, Sam and myself to work through the technical side of things just as I know your support on the business and accounting side will always be there for us.

3. Multiple Working Projects:
   0. In regards to you feeling that I have too much on my plate with other distractions. I know through our friendship you have grown to see my strengths, weaknesses, commitments, but most of all I hope you have seen that I have put everything into Smash and the only reason I do Bitclub and the support items to assist building it is the financial support to build Smash. Michael I would never put anything but my family and god before building Smash. I have given everything and sacrificed nearly my life to build this. I know you feel frustrated at some of the items in Smash Solutions and Some items in the current operations. Things will be easier when we have proper staff who are compensated and we have the revenue generating profits for the company.
   1. As of right now I have moved almost all the priority of PaidEasy

4. Bitclub Network:
   0. I know you feel the changes that have we have been making to our system are unnecessary and we are just continuing to modify the system because its not perfect, however, that is not the case. Automation, verification, security and reporting is essential to create a smooth flow

through the system without requiring a huge time commitment from anyone. My main priority is Smash and the road to deploying and funding smash long term is making sure its well funded. It took more time than expected, however, we have a complete system now and we have stacked the sales funnel with now approaching 250 applications with the average funding level of 250k. That is $62,500,000 in the funding pipeline. These don't include leads or people who are just fact finding. These are full applications, documentation and are in various stages of funding. We have 12 that should complete in the next two weeks and that will assist with commissions to our accounts. I have tried to be completely transparent with you regarding my financial position and I know you have bent over backwards to support and be patient as we have walked the line setting this all up. I really want to make you proud of what we have done and I know this system will make your upper positions a lot of money, <span style="color:red">(not really as I already have excess binary volume and more volume does not make me more money)</span> our shared positions, your personal positions and as we grow your legs you have sacrificed people in though the marketing I will make good on my word to be a significant player in BCN without it having to take a huge amount of time to do so. I know the massive potential of what we have built and I still believe what we create in Smash will be bigger than what BCN has created. I am doing the very best to give everything I have to make this a reality. I believe we will rapidly advance through the Mega Monster position now that we have completed this system and as these loans

continue to finish.

5.  Harvey's Pending BCN Issues:
    0.  We have a complete pause on his biggest team. He is not happy with trying to resolve this. Is there anything I can do to assist in getting this resolved. It is really important we get the items in his support request really needs to be resolved in order to get this moving forward in his team again.
        0.  Club Coin Wallet Issue With Harvey. We need to get the coin moved back to the people he is holding it for.
        1.  Commissions Not Being Released On Brigham Barlows team. He is at a complete stop at this point.
6.  New Agreement Outline and Draft:
    0.  When in Vegas I know we discussed outlining the new agreement that we need to combine the positions that are in place. I need to know any expectations you would like added in the agreement. I want to make sure they are added into the document and need to know am I creating 1 agreement that outlines all the items needing into a single agreement or do you want an agreement for each of the positions and situations that we discussed? <span style="color:red">"Best laid plans sometimes go astray". We are both aware things have not gone as represented to me and therefore expected. We are coming up far short with Uberfund and Centurion earnings due to failed performance on the part of Paid Easy, Bitmax, VIP, etc.. Therefore it has adversely affected the funding piece for Smash Technology. Likewise your personal income like most of us in Bitclub is much less this year than it was last year and that is further made much worse with the extreme bear market for coins. I have been patient, long suffering and gracious to a fault up to this point. However, Plan A is not working. We need to weigh and reevaluate everything and determine the best course of action to move forward on all fronts. This may result in unfortunate delays. Agreements that are no longer practical, viable or fair and equitable due to present circumstances and/or default can be renegotiated when there is mutual consent. I feel when there is mutual respect and trust solutions can be found.</span>

7.  Your Relocation:

    0.  I understand your relocation is planned for December. Have you given any thoughts to location, housing and so on? Is there any assistance you need with making this happen? Are you planning on renting, buying or are you open to maybe setting up here? The basement is a full house with large kitchen, theater, work out room and we can move around whatever is needed. Sam usually stays in the room you guys normally stay in so the change would not be difficult and with us using every reserve I have to cover Smash this place just got very tight until I resolvethe rest of the funding. I have 16 investors currently looking at the investment possibility I just don't know how fast some of them may move. Anyways I am just thinking of ways to support all costs through the launch of Smash. I try to never collect any type of income from Smash because I had the financial reserves to support everything through the first quarter of the year but that reserve is gone. Anyways just a thought and some possibilites. Let me know what your thoughts are.

8.  Financial Situation:

    0.  I have used all the financial assets we had in reserve to keep Feracode and Smash obligations current. We had enough resources with the money Sarah's dad left us to get through the first of the year but we have now used that for the obligations of Smash. We will make some commissions with all these loans going into Bitclub however they will take a few weeks to get them all into Bitclub and funded from the banking groups. If anything falls late it will stop my loan and I am right now needing to live on credit cards until one of the funding options complete above. I am not in the same financial situation your in my friend and I just need you to know I am doing the very best I can. I as well want all the numbers to be accurate and accounted for, I just ask for your continued patience and support if needed.

I hope this bringing you up to speed with everything we are working on and I know updates don't mean a thing until you have the accounting. I just want you to know that my priority, commitment and 100% focus is on deploying Smash. It is a constant time commitment and if VIP or BCN is in that time commitment it is only to serve deploying Smash. I value your friendship and I value our partnership. I need to feel safe and comfortable bringing any issue with you no matter the topic and your advice, experience and guidance is the reason I wanted you as a partner. When statements are made about you being an ATM or not realizing the significance of the Smash Solutions historic problems. I really feel I attempted to make sure you had the complete scope of issues, my personal status and from what I recall there was a belief that the backlash to Smash was going to be far more significant than what it has been. <span style="color:red">(I feel we should all count our blessings that nothing significant has befallen us as of the present. However, the greatest danger still lies in front of us. Once Smash Technology becomes successful the unhappy, disgruntled and those who feel wronged will most likely try to come after primarily those of you who dealt with them in the old Smash Solutions and possibly myself and the new company)</span> When I hear from Sterling that this is all your money and Smash would have never made it without you getting involved It feels as if what I have brought to the table is insignificant and not valued. If I offered someone half the company like the Florida group wanted I would have had the money to build Smash. <span style="color:red">(I certainly never intended to make you feel this way and we should discuss this. That being said lets travel back in time. From your emails you acknowledged and from our experiences we both know Smash Solutions was in trouble with no revenue to pay even its most insignificant overhead and with servers about to be shut off for no payment and no funds to pay; out of business I would say. In addition, all attempts by us both to secure funding failed including the group I brought from Florida. Going forward the earnings from both of my Bitclub positions have been funding the new company. In addition, I have sent two money wires. Granted I agreed to share the income from Uberfund, but you took most of the earnings from Uberfund in 2017 and</span>

you have not paid me my half, which was to be paid to me no later than April 2018. Further, based upon the expectations you created in my mind, I expected more volume/performance from you and your team. I entered into our project and gave my commitment based upon those expectations. There is also the coins you have from the advance I gave Tom to fund his position that he has repaid. I request these be returned) I offered the partnership with you because I feel that we can create a multi-billion dollar exit in Smash and I wanted to really express my appreciation for the support you gave me in BCN. In addition your business experience and the ability to assist in the deployment.  I wish I could explain the significance of the engineering plan and IP that was created to build this incredible software at the speed we are building it. When I hear from Barry that your now financing everything and running everything and it causes me some concern because I feel we have brought a lot to the table and I do feel people have spent far greater amounts of money because of the systems we created in BCN. Tom's group is a good example. Most were looking at tri pack setups and ended up doing from $60k to several hundred thousand dollars. They made this decision because of the Bitmax setup and the amount they can earn using the system. I know the Uberfund and Centurion revenue has not been what it needs to be. I do feel that if we can get the mining earnings showing correct amounts this will reengage Tom and his team. I really need to know when they will update that info because many people are very concerned and getting them a real update would really assist me in moving them forward.

I pray you take everything in this email with the understanding of my pure intent to be a solid partner, friend and leader within your group. I may need assistance from time to time and I am still growing and learning along the way. You have many years of additional experience than me and I want you to know I am working on my growth daily. I will continue doing so as much as I can. I attempt to not ask for support on items so I am not a nuisance to you, however, I know that some of the issues have really frustrated you and I am working as quickly as possible to resolve them. We have a massive software to launch and a very significant financial windfall to achieve. I continue to be grateful for your partnership and friendship. Please let me know your thoughts on this or we can jump on a conference and discuss all this if you prefer. I know the most urgent items are Sam, FeraCode and making sure I can survive the next few weeks as these other items rebuild a financial reserve. I appreciate you and look forward to your reply.


Live This Day With Excellence And Make It An Incredible Day!

**Jerry J Ulrich**