-------- Original Message --------
Subject: Smash Technology Books
From: Sam Potter <sam.potter@smashtechnology.com>
Date: Sun, December 09, 2018 3:18 am
To: Michael Alexander <michael.alexander@smashtechnology.com>, Michael Alexander <michael@michaelalexander.me>, Sterling Kerr <sterling@sterlingkerrlaw.com>
Cc: Jerry Ulrich <jerry.ulrich@smashtechnology.com>, kevin kern <kevin.kern@smashtechnology.com>

Hello Michael and Sterling,

Jerry asked me to send you the PDF report for the bookkeeping records now that all the expenses and invoices are included. We also want to make sure that you both have access to the QuickBooks Online account.

None of us are bookkeepers or accountants so some assumptions may have been made to get this done that an accountant might do differently. In our case, we did not have actual bank or credit card accounts to link for connection with QuickBooks as the online version expects to do. In lieu of this, we created an asset account where deposits from Michael and JJ were recorded as well as expenses that were paid by JJ through various means. These means included paying for things on various credit cards, bank wires, and such as he often had to scramble to make ends meet for Smash and pull funds from where he could.

Each invoice and payment receipts are attached to the line items in QuickBooks and can be viewed inside the accounting software.

Kevin worked many long hard hours on this and I put time in as well in helping to get the structure and consistency with data in place. JJ and Sarah also put time into this in pulling bank records, credit card statements, and more.

In summary, I have totaled the expenses and what Michael and JJ have deposited as seen below:

**TOTAL PAID EXPENSES =.............................(- $532,553.70)**
**Michael's Deposits =................ $122,350.00 "CASH"**
**Jerry's Deposits =.................... $275,695.00 TOTAL**
**DEPOSITS=............................... $398,045.00 "CASH"** -----------------------------------------------------------------------------------Total Expenses - **Total Deposits = (- $134,508.70) (more paid by Jerry)**

You should be receiving an email from Quickbooks with your user access as I have created user accounts for both Michael and Sterling.

To view the report in Quickbooks that matches the report I have attached to this email, Go to Reports | Custom Reports | and select "Smash Tech Holdings by Name"

Please let me know if you have any questions or need initial assistance navigating the information in Quickbooks.

Best Regards,



**Samuel Potter** | Chief Technology Officer
3953 Howard Hughes Pkwy | # 200 | Las Vegas, NV 89169

**(Cell)** 1-360-989-4748
**(EMAIL)** sam.potter@smashtechnology.com
www.SmashTechnology.com

