-------- Original Message --------
Subject: Proposed Agenda for Smash Technology
From: <michael@michaelalexander.me>
Date: Fri, December 14, 2018 4:35 pm
To: "Jerry Ulrich" <jerry.ulrich@smashsolutions.com>, "Sterling Kerr" <sterling@sterlingkerrlaw.com>, "Sam Potter" <sam.potter@smashsolutions.com>, "Jerry Ulrich" <me@jerryulrich.com>

JJ,

I look forward to our meeting in Vegas next week and working together to find the solutions and making better choices and decisions going forward.

You asked me to send you an Agenda for the meeting next week.

I thought you were going to send me yours so we can compare and come up with a final Agenda

Below my Agenda is a long email whereby I have tried to communicate my vision, intentions, resolve, commitment, concerns and most of all convey my heart and friendship above that of just what I needed to address as a business partner.

I think we use your email update from Monday November 26, 2018 and my response email as our outline for our private meeting before meeting Sterling.

**AGENDA**

1)   Verified, certified financials compiled by accredited accounting firm
2)   Review funding up to this point and accurate allocation
3)   Review budget previously committed to
4)   Review new budget short term & possible long term budget and guidelines
5)   Review Agreements & "Performance disappointments" i.e. Paid Easy, Bitmax, VIP Funding & Consulting, Uberfund, Centurion, Bitclub
6)   Execute Promissory Note for IP as agreed
7)   New additional funding (from where and how much?)
8)   Accurate projections (numbers keep changing???)
9)   Company "Smash Technology" is an LLC therefore no "corporate" titles
10)  Currently I am the Managing Director of Smash Technology
11)  Names for various Department heads
12)  Assignment of responsibilities and Department heads
13)  Equal units/shares to mirror old Smash Solutions allocation
14)  Final stock sheet Ledger, draft letters, NDA's
15)  NDA's and paperwork Sterling asked for
16)  Equity percentage allocation and vesting period
NOTE: No equal equity dilution between all the equity Partners (not everyone is investing both time and money)
16)  Exchange old Smash shares for new ST units with proper documentation
17)  PPM and PPM accuracy
18)  Operating Agreement
19)  Investor Update Meeting
20)  Protection & security for everyone and the new company Smash Technology
21)  Bank account
22)  Merchant account
23)  New Investors
24)  Trove Trust status



EXHIBIT U