

**Michael Alexander**
last seen today at 9:51 PM

Trying to call in. My call dropped  8:45 PM

3/12/2018

will you send me new uberfund pw  7:23 PM

I have not changed it. I will search for the old one  7:59 PM

I just emailed you the uberfund password. It may be the old one. If it is we will have to reset as this was all I could find  7:52 PM

I just found the most recent password.

Subject line says ...... correct password  8:10 PM

That is the correct one....  8:18 PM

Email is in your inbox.

Ignore first email  8:19 PM

Thank you  8:19 PM

3/13/2018

you have the new agreement.  3:39 AM

3/14/2018

By the way since we were in Iceland we now have some the additional mining equipment online and we've increased our mining Power by about 50% with still a lot more coming online  8:43 PM

3/16/2018

Genesis Mining Vs BitClub Network | JOE ABEL
We meet weekly with Bitclub Network
www.youtube.com

Watch this asap
https://youtu.be/hzo4l80y-kY

Thanks for finding this Cathie!  2:04 AM

03-15-18 Bitclub Network Global Leaders - Joe Abel Updates
Bitclub Network Global Leaders - Joe Abel
www.youtube.com

Disregard the above - Joe Abel Updates
https://youtu.be/yh425BsaadE  4:04 AM

3/17/2018

JJ, I had a text message from Wlad asking about payment? are we square with them now or not?

Also I need to set a time with you this weekend either early Saturday morning, late Saturday night, early Sunday morning or late Sunday night your time in order to schedule a zoom meeting to go over the Pro Builder and Master builder package and the payout on that. Please text me a time. I have a few leaders lined up already.

Also Tom called and wants to start putting in his money....
He said he'll have the cash on Monday so that you'll have access to it on Tuesday.

However let's talk and see if we can't figure out a way we can start putting some volume in this weekend to get him ranked up to Pro Builder ASAP and then he or you can just repay me the cash on Tuesday or when I get to the US  1:12 AM

I am up now. Can you talk  7:00 PM

Tom said he can do the 109k now.

Let's start with that....

EXHIBIT
**W**

SS000198



**Michael Alexander**
last seen today at 9:51 PM

I am up now. Can you talk    7:00 PM

Tom said he can do the 109k now.

Let's start with that....

I have been trying to reach you. Can you talk now?
I left you a message that while You are waiting on Tom's money..... start putting in his mining contracts over the weekend....

I could transfer to you some bch so that you could start putting in mining contracts for him over the weekend and then I can settle up when I get back to the US    10:37 PM

[220 kB]    10:43 PM

[242 kB]    10:44 PM

3/18/2018

Sorry brother I have been down sick. I am ready to start putting Tom in and we don't have enough for the software guys until Bitcoin climbs back up. We need Toms volume for sure    4:27 AM

Hope you are feeling better.
I was trying to get hold of you so that we could discuss me advancing some Bitcoin cash for Tom to start buying his positions until you receive his money and then I can settle up with you when I arrive back in the US next week.

Need to know asap how much BCH to start with    8:15 AM

Also we need to discuss payment to the development team

also I wanted to schedule a time this evening.... your Sunday evening your time to do a zoom presentation for leaders that I think we can recruit based on this spreadsheet that you're using to recruit tom's people with    8:16 AM

Please call me asap before I call it a night. It is getting late here    8:18 AM

You still up?    10:41 AM

No I'm not still up usually by around 1 a.m. my time anyway I'm up and finished my first meeting of the day and have a window of time open so we can catch up give me a text message if you can talk    6:44 PM

3/20/2018

Hey brother here is the amount. He is moving about 110,000 which is 111.902340 BCH. This can be sent to uber however make sure to send me the updated password. Because the last one i cannot get into the account with.    1:18 AM

OK I will resend pw and transfer some BCH.

As Centurion is only a master any more volume over $20,000 will flush.

I sent the new password for paid easy to all three of your email addresses    1:59 AM

We have about 25,000 in uberfund between btc and bch    4:00 AM

i have sent you 20 bch.... $20,000 worth which is enough for Tom to cause Centurion to cycle as a master builder 8 times.

any more volume than that will flush. I can only transfer 10 bch at a time so try to get that in as soon as you get up in the morning before the clock resets and then I'll send you another 20 so that we can put that in each day to maximize centurions income and build Toms positions    2:38 AM

SS000199



**Michael Alexander**
online

OFFICIAL UPDATE FROM JOE ABEL!

Met Joe today and I am excited!

In approximately 3 weeks an entirely new website will launch that will correct some of the issues we have experienced since the hack and it will be an all updated front end and marketing system built in!

We are running behind on the installation of new equipment due to delays on delivery of equipment already purchased but they catching up.

Take a deep breathe and exhale... be patient!  We are in good hands!

12:42 AM

5/9/2018

BitClub Network NEWS & UPDATES
Russ Medlin May 06 18 🔥
Russ Medlin giving the latest updates...
www.youtube.com

So...here is the new link of Russ
Medlin's latest update.
https://youtu.be/sKEZXQ5I5DSQ

12:13 AM

5/17/2018

Hello mu friend. I just wanted to let you know I am going to transfer this months payment for the development team and the two payments to sterling for Smash from Uber and Cent to Paid Easy and request withdrawl so I an get it all paid. If you have any issue with this let me know. I am going to try and hold them off for it to climb back up a bit. but I will keep you informed either way.

10:10 AM

5/24/2018

I will be in Singapore this Sunday to Tuesday if you have anyone you want me to meet with

8:37 AM

5/26/2018

Greetings Michael,

I would like to see if we can get a Customer Service support person to facilitate manually placing a significant number of contracts into the system. We have been running into roadblocks each time one of our members attempts to load multiple mining contracts. If we had a specific customer service support person that can place the contracts in the system manually or without glitches we could significantly enhance the number of contracts in our team and push towards mega monster status.

We could prepare a list each day of all the information someone would need to activate an account. Once the information is prepared we would send it over to the customer service individual and they can place all the positions accordingly. I believe using the system would  bypass the temporary banning message we keep getting when assisting our members in getting in the system and we would completely bypass the issues we have on the system when we timeout on longer wait times for an invoice to process. Once the customer service representative finished with the on boarding each day we can prepare a list of all accounts that were affected and notify the customer of the modifications to the mining contracts. I believe this could be turnkey in an easy solution until the system becomes more stable and we get through some of these big upgrades that are happening

6:39 AM

5/29/2018

Bitclub Network - A lot of exciting
things coming ...Quick UPDATE from
Russ 🔥 May 28 2018 🔥
www.youtube.com

Bitclub Network - A lot of exciting
things coming ...Quick UPDATE from
Russ 🔥 May 28 2018 🔥 - YouTube
https://www.youtube.com/watch?
v=aE_hsF6GEW4&feature=youtu.be

12:02 AM

What time can you meet with sterliung and I. I have spent the last hour on with him.     12:08 AM

On my way to the airport. Once I get check and thru immigration I will have a little time before your flight     12:11 AM

SS000204

Michael Alexander
online

Hey buddy I want to give you these messages to update you to the situation
5:19 PM

Steve here is what I know. I realize your talent and capability however I also know mine and the records I have broken. I have personally found that I have been successful because of kindness, humility, skill set and holding everyone to their highest potential. Michael is a gift to be sponsored by and what he is doing for the positions he has done for nobody that I know of. I invite you to open your heart to Gratitude and humility so that we can pave the way to huge success for you and your sphere of influence. You can change the lives of thousands and I don't feel you realize that we are all bending over backwards for you to get all this going. For example the main Benifits for you coming in is to Michael. I have done meetings for you and given you all the systems I have because of my relationship with Michael. You have these tools because of your connection with Michael. I just ask you look into your heart and identify what is being given to you here my friend
5:20 PM

I am Jerry it just shocked me I've taken advantage to many times in the MLM business!

Your a great guy and I prayed
with white light for you to heal you fast! I'm not hear to screw around when I commit I commit

I'm the only one STEVE GOULD said was like his brother Bill but I had heart

I guess this deal has me confused and I'm jus out of whack with reality in this Bitclub pay plan??? I don't know?

I know you said nobody gets what I got? I was negotiating the pro pack and I again didn't pay attention to details and ask questions and I'm so mad at myself nobody else!

Why would I want a bunch of $99 dollar positions total breakage to the company PURE PROFIT with no mining contracts

I asked for the pro pack keep the positions until paid back take half of all I earn until paid back and I go recruit and do my magic and kick ass

How is that not a kick ass deal for Michael? I don't get it? I own nothing until paid back

I got so many people on the fence with me and I'm like the pier piper if I believe and I go then people listen and follow

In either case it's my fault for committing before I really understood what I was agreeing to with Michael

I can be a complete idiot at times!
5:20 PM

We have all been taken advantage of in the direct sales business and lets be honest in other ways. You have been given a huge opportunity and I believe our team has a huge opportunity to work with you as well. Having Michael as your sponsor is a profound gift. You joining the team is a big gift as well. The opportunity you have in front of you can out perform any other one you have and change the lives of thousands of people. I know you are accustomed to a certain way that traditional network companies bring on leaders. However, I feel the generosity Michael has offered you is significant. Having a sponsor like Micheal you can always count on doing everything he can to support you and your success. In addition he's a man you can trust. I personal hold it as an honor to call him a friend & a business partner. You can see his willingness to support you by his willingness to buy your positions and having you work directly with me. I would say that is a huge testimonial to the kind of man he is. Now moving forward you have an opportunity to get your positions, go to work and begin generating significant commissions to support your family. Personally I have never counted on someone having to pay for me into a system because as a leader I can make it rain. And so can you. Steve you have to stop looking at your historical wins and those that took advantage and MLMs in general. I feel if you start today and whole heartedly engage at your full potential and leave the past in the past. You will create victories like never before.
5:21 PM

6/15/2018


54 kB
2:38 AM

Taking off in the new Bitclub Network private jet with Russ, Andy and all the Japanese Mega Monsters and Monster Builders for two weeks touring around Japan and Taiwan and maybe a few other countries
2:45 AM

That looks amazing my friends. I need to run a few things by you for approval. I had to pay the other payment for feracode and I had to pay for Pokket me 10k. Can I pull the half amounts out of uber and centurion to ccover these?
3:01 AM

I would also like to send another payment to sterling
3:02 AM

Sterling can wait till he is back.  He is on vacation for the next two weeks. Maybe by then the coin price will recover some.

Please send me your accounting.

We need to make time for a proper accounting which I thought we would do once I arrive next week.

So far I have made two cash payments to Feracode. The first one was $50,000 and the second one was $40,000. I purposely paid in cash as the coin price is ridiculous.

**Michael Alexander**
online

I would also like to send another payment to sterling  3:02 AM

Sterling can wait till he is back. He is on vacation for the next two weeks. Maybe by then the coin price will recover some.

Please send me your accounting.

We need to make time for a proper accounting which I thought we would do once I arrive next week.

So far I have made two cash payments to Feracode. The first one was $50,000 and the second one was $40,000. I purposely paid in cash as the coin price is ridiculous.

Have you made your second payment to Feracode?

When is Tom going to produce volume so we can get paid again.

I don't want to touch any coin in centurion until coin price goes up.

I realize you may not have that discretion and will take the hit on the coin you convert  3:30 AM

Also when is the third payment to Feracode going to come due?  3:31 AM

I am good with sterling as long as you are. I just want to keep him in good standings. Kevin is keeping the accounting on items and we can go over them when you arrive. I don't have the cash amount to cover the other side so I have to use half the amount of centurion/uberfund. I just said I would not pull anything without speaking to you first. I am also covering sam, jim, viv, kevin and the team as well and we need to discuss splitting that cost as well because the budget needs to be in place. They are working numerous hours everyday and they need to be able to cover their basic responsibilities. We have 11 of toms accounts moving through exchange now and will be onboarding tomorrow. should keep us at max for a while. We need to complete the backlog so we can start the marketing system. We need to get leads system running so we can get leads going into our shared spots so we can get Jim into more money. Also did you decide anything on Steve and the position are you still splitting that one or what is the strategy there. Also Feracodes next payment is several weeks away. Be safe over there my friend. Let me know if I am good to pull the half. Also are you transfering johns placement bch?  9:01 AM

So far Steven has not produced any income but I put a spot in for us that can override Steven if he ever produces.

We need to go over budget and what needs to be paid and where that is coming from. We can do that over the phone or in person in a few days.

Whatever you are doing with bitmap and vip is all you. I don't want or expect anything from that and want to stay seperate.

I have enough spaghetti on my fork with just taking care of my bitclub business and now the new company with smash IP.

You and I agreed we would use the income from Uberfund and Centurion to cover the development team cost as well as salaries for Vivian and Sam until we get to alpha stage and we need a bigger budget which my understanding is will more than be covered from the new company deployment.

I need a regular update rather than a notice when money needs to be dispersed. I am mostly in the dark  9:02 AM

Steven will see income this week his first orders just came back from trade. I will type out an update  9:06 AM

I need the coin in centurion untouched as that is my security for future payments to the development team which is why I have been paying cash rather than coin. I could take the coin to cover my cash payments if we need to balance the books and see what is left but I don't think there is enough for that as I have already paid an overage on my part to feracode unless you caught up your 50 percent. If my math is correct you have only paid them roughly $25,000 and I have paid them $90,000 cash from my personal account.

I have taken no coin but I think we need to balance the books  9:09 AM

I need to use the coin to balance everything

At least the coin price is inching up a little  9:20 AM

I will check the coin balance once my flight lands  9:21 AM

You have other sources you can pull from for payment the only resource I have is the 1/2 amounts that come in from our shared positions and what is going on with Paid Easy. I will send you a balancing and an update so you are brought up to speed  9:23 AM

6/18/2018



BCN Russ M June 16 2018
Russ Medlin on a video chat with 1000 members 6/16/18 You're about to discover s...
www.youtube.com

SS000207



**Michael Alexander**
online

Are you there  7:09 PM

?  8:17 PM

7/6/2018

1. New site and back office with upgraded functionality is just days away if not sooner.

2. Confirmed 1,000 PHs of power going online around July 15th. (1 PHs is the size of Office Depot full of servers)

3. Confirmed Montana data center will be up and running by August and by September we should have 2,500 PHs of power or more.

4. Bitclub Network will be at 12% to 15% of the bitcoin blockchain!! Not even Apple or IBM have 12% of their market.

5. This power will make our individual machines mine much more.

6. And another awesome mega news...This is really big and will put this company ahead of any mining company in the world.

Bitclub Network company has created the highest financial leverage compared to any other medium in the world and it's about to go into Phase2.

Phase one was $2.5 billion in three years. Phase two will be over $10 billion.

Check yor text message. FYI ..... you were to send me and Sterling the wiring details.

Have not received  4:31 PM

Loan details.....

Coin needed equal to $110,000 as loan is $100,000 plus $10,000 loan fee plus 13% interest on top of $10,000 fee.

We do not have enough to cover the loan. How much cash do you have.

I need you to send my bitcoinnas I need it to secure the loan

Hard money is a bitch  4:34 PM

Here is the information for the WIRE TRANSFER:

Business Checking Account - Feracode LLC

Account number:
5372430164

Routing number Wire transfers – domestic:
121000248

For International SWIFT/BIC code:
WFBIUS6S

Bank name Wells Fargo Bank, N.A

Bank address:
420 Montgomery city & state San Francisco, CA 94104

CHIPS Participant 0407  4:47 PM

I have been using everything i have had to cover obligations and to cover the payment I sent Las time. I never pulled that out last time. I will try and login to see what I have in sub accounts  4:49 PM

We have docs to sign and the bigger problem is we are short on coin to Collateralize the loan.

I think the best option is between you and I .... we cover the first week in cash immediately..... and borrow the rest based upon the coin that we have available.

unfortunately the $10,000 fee is a minimum fee that they charge.

over a hundred thousand would be more than 10,000 under hundred thousand still be 10,000  4:50 PM

7/13/2018

Nui & Mintage Mining Gets Texas Cease and Desist Securities Fraud Order Issued
On July 11th, the Texas Securities Board issued an emergency cease and desist notice to Nui. As per the notice, the Securities Board alleges, "(Darren) Olayan controls Mintage Mining. Mintage Minin... bitcoinexchangeguide.com

https://bitcoinexchangeguide.com/nui-mintage-mining-gets-texas-cease-and-desist-securities-fraud-order-issued/  2:54 PM

7/16/2018

↗ Forwarded

SS000211



**Michael Alexander**
online

I am not sure what happened to sterling. I think I am going to go and get some rest. I cannot even keep my eyes open.  9:27 PM

8/4/2018

When I come back from the biitclub private island leadership retreat/meeting .....
I will be in Vegas one day, Monday the 20th, before heading back home if we need to set a meeting with Sterling.

Please let me know  7:53 AM

Ok I'll arrange it. Also maybe tonight we can catch up  8:09 AM

Ok  8:10 AM

8/6/2018

Hey brother are you guys ok. I just heard about the earthquake  1:19 AM

All good. The one we were in 2 months ago in Japan was far worse. It was a neighboring island that was hit hardest. We are all good.

FYI.... Sterling said he could meet with us in Vegas on the 20th  3:35 AM

0  3:40 AM

8/8/2018

Hope you are feeling better.

Also just wanted you to know I don't want to convert anymore coin to pay the developers. Better to stretch it out as much as we can as price should jump next month. If we are forced to make another payment I will use my cash.

How much cash do we have in reserve and when is next payment

When you are up for it we need to do an accounting and I need my bit coin sent back to me asap  8:40 AM

8/9/2018

Hey My friend. I am still in the hospital but they have infection close to being under control again. All our items are still moving forward. I have about 20 hours left on smash benchmark and I will type out the rest of the update for you today but it should bring you up to speed on all items. I cannot move or access much while in the hospital as i am on a completely unsecured network. We are going to be mega monster soon. Things are about to rapidly advance. We have approaching 100 people going through financing. The system is working incredible with that process. The rest of the items are almost on the same path Several of us went down hard. Viv was sick for over a week, kevin in surgery recovery for several weeks. Sam's wife went into rehab for a month making him be single dad for a month and my infection coming back. We are way over working this team to push through until we get funding for the budget but things will soon not be an issue.  9:09 AM

8/11/2018

Are you still up. If not can we talk in the morning  1:01 AM

Hey brother. Yes we need to catch up. Seem to be so so buried but such incredible things happening. Mega Monstor is in sight.  11:25 AM

I am in meetings this am but I have later today.  11:25 AM

OK text me when you can talk  12:55 PM

Need to catch up with you before I leave in a couple hours for the leadership meeting with Russ and the rest of the executive management team and legal team n Belize.... I'll be leaving in a couple hours  5:13 PM

Last call your  next call  6:01 PM

OK standing by  6:15 PM

8/14/2018

I asked you last week not to transfer anymore coin out of Centurion and you just did.

I need it returned immediately!

I told you I am not willing to convert anymore coin at these low prices and I would pay cash.

I am flying to SLC after Belize before Vegas. Big news  7:46 AM

Michael this is what we sold in cash. I will send you the coin. I told you I had not done the transfers until Kevin could shoe me the accounting. This is what we had already done before you gave me that information.  9:07 AM

Fera code has been 20k a week We sold coin to avoid the cash having to go through all the exchange process and used what was in the accounts to fund packages.  9:07 AM



**Michael Alexander**
online

> Fera code has been 20k a week We sold coin to avoid the cash having to go through all the exchange process and used what was in the accounts to fund packages.
> 9:07 AM

The new transfers were yesterday
8:08 AM

> I realize that. 9:08 AM
> call? 9:08 AM
> or do you want me to type it out? 9:08 AM

No cell service here
8:08 AM

> Ok here it is. One Moment 9:08 AM

We are going into a meeting now. I will catch up with you later
9:09 AM

With the price drop I told I did not want to sell any more coin and take the huge loss whennii can cover mine with cash
9:10 AM

Especially bitcoin cash
9:11 AM

> the transfers that were completed yesterday and from an audit i asked Kevin to complete. This audit was from a series of transactions that we sold the coin that was in our account and Uberfund and Centurion when we use cash they came in for new transfers to pay faircode. I told Kevin I did not want anything transferred until he could show me line by line the amounts, transfer rates and costs associated to each package. this audit was completed yesterday and the transfers to bring it up to speed were done. I am trying to run everything with four people here on something that requires a lot more help. We are all working in excess of 20 hours a day seven days a week. the coin is not exchanged in the cash that was done at a higher rate point the transfer to the account to move into their accounts was done yesterday.
> 9:12 AM

> I am trying to track down an issue that happened while I was in the hospital and that's why the audit was requested
> 9:12 AM

> an additional on a weekly basis I know you do not want to sell your coin, however I don't have a choice to operate everything going on. what I would like to do a weekly transfer into your account and a weekly transfer to mine. I have to find a way to cover everything or this is all going to go under and I we are all to close to have that happen. I don't have the cash reserves you do and need to manage everything on what is meant. Paideasy money came to a stop when chuck left and I just got that side almost reengaged. My intent was never to frustrated you with any of this but keeping up with tracking everything is an enormous task.
> 9:16 AM

That is why I am coming to utah. I need us to run a tighter ship and bitclub going forward is going to require also with our bitclub business. I will fill you in. BIG changes in the works.

I hindsight I wish I had insisted we hold off a while and not rush into smash development until we were prepared
9:17 AM

For me funding is one thing but not at the costs of a fire sale
9:21 AM

> I need support to provide more structure in the organization. I am going to kill these guys on the hours they work and with their exhaustion comes mistakes. I know Bitclub has made you alot of money however I still feel that what Smash will create will even be larger. I never asked you to bring in what I first brought to the table to assist in creating a buffer but I issued out half the stock to you because of your business knowledge, support network and the ability for us to create financial impact we can cover. If we could use some of the people that are coming in to build up under paid easy it would assist with the costs to smash and the team. I am doing the best i can to manage everything.
> 9:21 AM

> I need to know if the bitclub changes are going to change the direction of the systems we have in place because we just finished all this and I am praying what your going to share is not going to make us start over on anything,
> 9:23 AM

I hope you are right but based on the past track record it is concerning for me and now I see more of the same lack of organization, over promising and not calculating all the costs, no contingency plans.

I love big plans but I need a business plan and us to stop jumping ahead and over extending and taking necessary risks
9:28 AM

Unnecessary risks whereby everything depends on things going prefctly and smoothly. We need contingency plans
9:30 AM

Our MO is going to change soon for the USA market so we can get government blessing and licenses. I will brief as soon as I am completely briefed myself. It is good but does require changes
9:33 AM

> Michael we are doing this entire process without even paying most of these guys. They are paid by shares of Smash. I have no accounting firm, I have limited resources and I navigate everything that is happening with 4 people. My 100% is into this and Smash alone is a full time system. The things we have done on vip and the funding and the packages are mind blowing additions. I know you have not seen everything, however, the work these few people do are alot for them being paid nearly nothing. We are all trying our very best to the point of complete medical breakdowns on several of us.
> 9:38 AM

It is very important we meet. Also very important we both meet before Sterling before I head home.

I can fly into SLC late on the 16th or fly into Vegas instead.

Where do you prefer you and I meet? Is SLC best for you
9:31 PM

> Which is best for you. I am here in Salt lake through the 19th and then to vegas. Are you coming back early?



**Michael Alexander**
online

Yes. Just been waiting  12/24 PM

ok we are ready  12:24 PM

8/19/2018

Can i bring these guys over to the condo  3:30 PM

Yes we are heading there now  3:30 PM

OK please give my name to the gate  3:31 PM

Is my name at the guard gate.

In transit. Can you meet us in the lobby and bring us up.. be there in 5 minutes

I have 3 guests  4:04 PM

8/21/2018

JJ, I thought you were going to call Refugio???

He and his partner haave been waiting for your call back an hour after you told him you were going to call him back

He's wondering what's going on ..... bad first impression

Can you call him now  9:51 PM

I'm on the plane ready to take off but when you get a chance shoot me a text or an email just giving me report if you would on how the conversation went with Refugio as well as with John and Dr Cash

Please don't forget to send me the spreadsheet on our expenses for smash  10:52 PM

Both meeting were fantastic. John had alot of concerns because of a previous experience from a very unprofessional group. I resolved it by placing him on with Ken Phillips directly. He is moving forward now. Refugio I had no idea was a judge and an attorney. He was very pleased with the answers of how we resolve his legal compliance concerns. We are meeting with their teams and them tomorrow. Kevin went to the hospital and I will get the reports to you so you have them when he is out. Have a safe flight and please make sure to send me the spreadsheet and info to get into the spot you want these guys in.  11:23 PM

8/22/2018

We need to discuss Toms situation with Elton.  5:48 AM

I am transferring an existing spot with volume to Refugio. It is already sponsored by our shared spot. I am waiting o. Him to send me his username and email address  3:26 PM

The situation with tom is resolved on elton. We are breifing him shortly. Tom saw it and said it should be handled easily.  3:39 PM

Refugio I can place in the spot so the software loads for you.  3:40 PM

I have an existing spot that needs the username and email updated. If you speak him please a username and a backup in case his first choice is not available and a new email address  3:42 PM

ok  3:43 PM

Ask him to give you or me a text with 2 username choices and his new email address  3:43 PM

Good news with Elton. All resolved? Was there a mistake?  3:44 PM

Is Kevin. Ok?  3:44 PM

Do we need to chat  4:07 PM

I only have 90 minutes before my flight takes off again  4:07 PM

he owes 40k  4:08 PM

Kevin is referred to his specialist foot is not good.  4:21 PM

Wow it went from you owing him to him owing you  4:21 PM

We knew he owed us.  4:21 PM

Did not want to take it till we had the reports done  4:22 PM

Want to call me or me call you  4:22 PM

I noticed that. His foot is lopsided when he walks  4:22 PM

Either  4:22 PM

went to your voicemail  4:25 PM

ok you ready for elton  4:40 PM

SS000218



**Michael Alexander**
online

It is only 10:30 am for me on Sunday. I have all day  9:26 PM

09-01-18 Bitclub Network- Russ-
South Africa Meeting
We have a small window of opportunity to
www.youtube.com

Bitclub Network Incredible Update -
From Russ

We have a small window of opportunity
to mine a fortune!

Everybody should listen to this New
Russ video posted today-

AWESOME INFORMATION!!!!!!!!!!

TAKE TIME AND LISTEN!!!

https://youtu.be/NgWFhu4xhbw

We don't have to wait for
translations... all in English-  1:52 PM

From Saturday Sept. 1st  11:55 PM

9/2/2018

Hey my friend I have not forgotten you. I am dealing with a very serious situation that happened with my foot. I am handling each appointment and follow up we discussed. I am just waiting for the docs to get my foot stable and I will be available to talk  4:18 AM

119 kB

This is what happened  4:21 AM

9/3/2018

Are you ok?

There are a lot of fires that need to be put out.

When are we going to go over everything  2:18 AM

Kevin lands back here tomorrow and I will be out of surgery early am. Can you give me the top few fires? I can talk I just don't have all the account items-with me.  3:18 AM

First of all Miles and his wife are very upset with the way Vivian has handled them and their onboarding with a failure to communicate among a long list of other things.

Tom still his issues and his top priorities which he spent over an hour on the phone with me going over yesterday.

John and his Finance people feel like they've been ignored .... apparently meetings that were scheduled were missed....

I need an update on the other John and his partner dr. Cash as well as Refujio so that I know how to handle them.

Finally myself ..... I'm still waiting on the spreadsheets so that I can see the full accounting on everything  6:41 AM

Did not know you were in the hospital for surgery.... how serious is everything?  6:42 AM

I have a bunch of updates coming your way. I will get them to you shortly  6:13 PM

9/4/2018

Thank you.

SS000221



**Michael Alexander**
online

Did not know you were in the hospital for surgery.... how serious is everything?  8:42 AM

I have a bunch of updates coming your way. I will get them to you shortly  8:12 PM

9/4/2018

Thank you.

The one thing I need more than anything is for you to take care of yourself and get WELL  12:18 AM

My friend I am not sure if this infection will ever leave my life. However I will not be a victim to it either. My health is fighting back as I have made alot of life choices to eat healthier and get this wait off. They think this happened because of the swelling decrease and significant decrease in weight caused loose skin and bacteria to grow under the skin. They are looking to amputate my 2nd toe which he thought would need to go because it was broken in 3 places when the accident happended years ago. He thinks the scare tissue is the creation of the problem. So I know as my health improves I may deal with some issues. I am still running all my meetings from the hospital and I am not going to let this fall us behind.  4:15 AM

When can you talk and I can brief you on everything. You being on computer may assist if your around one.  4:15 AM

Sounds like you are in good spirits which is critical to beating this thing.

I will be at a computer later but will get home late so my morning your evening may be best.

I can text you once I arrive home

Sounds like you are either up late Or up early as it is 5 am your time,, right  4:47 AM

EXCITING NEWS FOR OUR BITCOIN MINING CLUB MEMBERS!

Bitcoin Mining Power - We are excited to have 1,400 PH now running stable! In the last 24 hrs we are 5.5% on the blockchain!  This puts us in the top 10 mining pools in the world and we are hooking up more power on a daily basis. Our goal is 2,000 PH within the next 30 days!

NOW is the time to expand and get ready for the windfall because either the price is going higher or the difficulty will drop as miners will not be profitable and both are wins for us because of our model.  8:20 AM


↓ 46 kB

I got in late. Up now and starting a new day. How are you?  7:28 PM

Hey my fri nd I am just meeting with Elton here in a few. I will be available right after that  7:44 PM

Ok  8:27 PM

I have a break in meetings are you available?  10:19 PM

I am out of the house now heading to a lunch meeting. I will text when I get back in case you are still up  10:26 PM

I am going to provide a bunch of the updates via text then for now so we can at least have you semi brought up to speed. I will type them out.  10:27 PM

Thanks  10:27 PM

9/5/2018

I am back home if you are up early  6:13 AM

Yes I am and it would be easier to go over these updates verbally anyways. Here is a start though and we can chat when your reAdy  6:31 AM

Greetings my friend. I am doing better and I am out of the hospital and recovering. I was handing all my meetings and follow ups while i was in the hospital. This infection will come back from time to time. i know your wanting an update on Key items and I want to show you how to access all the things going on so you can see updates real time.

Item 1: Accounting  Report: We are really close with the numbers. Jim is finishing the final audits on the round robins and we will have the numbers complete. These were Shared with me and as I reviewed them they were not complete. I wanted them audited so I asked Jim to complete them. He is near done and says he is almost done. The situation with Elton has really shown us the significant corrections needed. And although at the end of all this work we were within 400.00 of accurate, it took us a lot of time to get to that point. Moving forward this is all fixed and implanted

Item 2: Each of your VIP contacts we should discuss verbally because its too much to type. Each of them are being communicated with and moving things though each step.

Item 3: Sterling. I have Sterling moving through the loan process and he is just needed a final payment

SS000222



**Michael Alexander**
online

Yes I am and it would be easier to go over these updates verbally anyways. Here is a start though and we can chat when your reAdy    8:31 AM

Greetings my friend. I am doing better and I am out of the hospital and recovering. I was handing all my meetings and follow ups while i was in the hospital. This infection will come back from time to time. I know your wanting an update on Key items and I want to show you how to access all the things going on so you can see updates real time.

Item 1: Accounting  Report: We are really close with the numbers. Jim is finishing the final audits on the round robins and we will have the numbers complete. These were Shared with me and as I reviewed them they were not complete. I wanted them audited so I asked Jim to complete them. He is near done and says he is almost done. The situation with Elton has really shown us the significant corrections needed. And although at the end of all this work we were within 400.00 of accurate, it took us a lot of time to get to that point. Moving forward this is all fixed and implanted

Item 2: Each of your VIP contacts we should discuss verbally because its too much to type. Each of them are being communicated with and moving things though each step.

Item 3: Sterling. I have Sterling moving through the loan process and he is just needed a final payment to finish a few items on Smash. He knows I almost have that payment completed With the funding items i have working. I also let him know I have a payment that will soon need to be sent down to Feracode so we can get them paid.

Item 4: The fundings are closing every few days at this point and money is beginning to close on a consistent bases and we are starting to hit full daily cycles on daily bases again. I know this is not ideal but I am working with Tom to engage him but the mining earnings are causing a really big concern with him.    8:31 AM

Good news. Let me know when you are ready    6:45 AM

I'm ready are you able to meet online to walk you through some of these people?    6:47 AM

Should I go too your room.. I need 5 minutes    6:59 AM

I am ready. Meet you in your room    7:07 AM

I am in your room    7:10 AM

Yes headed there now    7:10 AM

David is calling you now    8:41 PM

He was tied up today but got your text    8:41 PM

Great thank u    8:41 PM

9/6/2018

Are you still up    12:23 AM

yes    12:41 AM

Are you up for a call    12:41 AM

It can wait till you are up    12:42 AM

Yes let me have just a moment to get my headset.    12:42 AM

no I am good    12:43 AM

I am up actually    12:43 AM

Shall we meet in your room    12:43 AM

ok    12:43 AM

on my way now    12:43 AM

9/7/2018

Need to talk as soon as possible when you are up

I have a buyer for approximately 25000 crypto BTC

It has proofed up over 150 million in the bank.

One such a big deal deal please add at least 1% in the deal for me.

I explained we have too eat the elephant in small bites and he understands    2:15 AM

I am up. Do you know and trust this guy?    8:03 AM

Yes    8:13 AM

Can you talk    8:13 AM

yes    8:13 AM

yes    8:13 AM



**Michael Alexander**
last seen today at 10:11 PM

I did speak to Kevin when you said he could not access centurion. Tatiana did change the password. She will be back from the mall shortly
9:57 PM

I realize both those items I was under the impression that Centurion and Uberfund are shared spots and you added a spot above John as a partnered spot. The last account is a triple shared position with you, I and Jim. If this is not what is accurate please let me know. When we spoke a while ago we talked about starting to split the funds at the weekend the total made in each account and transfer whatever half amount is to eachother. I know you did not want to use crypto for payments any longer but that is the only way I can pay for my side of these costs. If tatianna or you do not want anything moving from any of these accounts I just need to know and they will not be touched as they were not touched the entire time when you asked for them not to be touched. The withdrawals made from them are accounted for and yes you need the reports from those but I am not going to have you sent inaccuate or not complete data. With Kevins injuries and then my own it caused a major delay in getting them done but that is what we are doing now. We are doing the job that would be assigned to a much larger team with 4-5 people. That will cause delays in requests but you will get them and they will be itemized and accurate and most importantly accurate. Up until today several really critical peices were not accurate because kevin felt they were wrong. Jim went through and showed him how to access the correct data and sam filled in the rest today. Not this is almost all caught up it needs to be completed weekly so it does not get behind again. However you need to tell me if my understanding is off on the positions so I can make whatever modifications are needed.
10:03 PM

Yes uberfund and centurion are shared spots until Centurion is built.  Then we agreed you would have full Ownership of uberfund and I would have full Ownership of Centurion which has not yet occurred
10:15 PM

We do have a spot above centurion that we agreed we would share with jim. The spot above. John you and I share unless we decide to share with Jim but I see only you and myself building that spot so I think you and I share that spot
10:18 PM

The spot above centurion we share with Jim is under uberfund
10:20 PM

I forgot what you. Called it but it is 4 initials I think
10:20 PM

I am going to take some of the burden off you and hire when I return an accounting firm or maybe an individual for the new smash technology company so we can both know day by day where we stand and operate as we move close to the alpha launch
10:25 PM

Yes I agree on the one spot for Jim the one above John is not needed to share at this point unless alot of work starts having to be done there with the bitmax systems now that jim is paid per onboard as well as the shared spot. I think its call MJJ or something but Jim knows what it is. The support will really assist but it still needs to be accurate now until they arrive.
10:28 PM

So as of right now are we still splitting the funds that come into  Centurion and Uberfund, because that is why we did the withdrawals out of them for feracode payments and the operting expenses. The shared position is called TMBM.
10:30 PM

The spot above john iis not earning anything yet. I just checked and at todays valuue it has only $30 in the back office. That will soon change as john's popcorn starts popping.

For the record it is not that we don't want uberfund and centurion to Fund the new smash. We do! It is obviously commingled up short as I never expected to have to take my savings and transfer the money.

We just need and want reports. We have had this conversation many times.

When I requested the coins in centurion not be withdrawn the start of August until we had an accounting and budget in place and then the account was cleared out August 13th, I caught hell from. Tatiana which is why I have stepped up my requests and I insistence on a full accounting
10:35 PM

I understand the 2nd payment in august was already done but it had not been withdrawn because he was behind. You will see this in the resports. I brought that point up but I should have sent it in writing so there was no confusion.
10:37 PM

Tatianna should know the people doing these reports don't even get paid so they have to juggle whatever we can come up with in what I make in Paid Easy and what we can cover in vip fees
10:38 PM

Perhaps a conversation is better than all these texts so that we don't have any misunderstandings
10:41 PM

I can step out and we can talk but I know it all leads back to these being done. There should be no excuse for these not being done. So even if we talk it will come down to we need these reports done. If she is fine with my word nothing will be moved and he will only use it to break out the numbers he needs for this report then let me know or we can do it in screen shots if she feels more comfortable with it.
10:43 PM

⊘ This message was deleted
10:54 PM

We both trust you. Which is why we were shocked when we asked no more coin be taken from centurion as the price had dropped from 1700 to around 700 and we wanted to pay cash rather than suffer more losses. Then a week after we made that request the coin gets cleared out

Take care of your meetings and we catch up tomorrow
10:55 PM

I will have him account for the changes in price and I will make it up so there is no feeling of a loss. Its just time to get to everything. In order to finish these we will need the accounting log in centurion. So let me know which method works to get the info. The decision to transfer what just a matter of time to complete the task nothing about the price.
10:57 PM

9/9/2018

To finish this I need that access or screenshots of all wallet details.
3:56 PM

**Michael Alexander**
last seen today at 10:11 PM

I will have him account for the changes in price and I will make it up so there is no feeling of a loss. Its just time to get to everything. In order to finish these we will need the accounting log in centurion. So let me know which method works to get the info. The decision to transfer what just a matter of time to complete the task nothing about the price. 10:57 PM

9/9/2018

To finish this I need that access or screenshots of all wallet details. 3:56 PM

ok we are done with the rest as soon as we can get those numbers we should have the rest calculated. Please send it to me as soon as you can so we can knock this out and have this done. 5:51 PM

I was just informed that Wes and his partner are ready to go. They are just waiting your response on their last email
Did you receive
Please have Kevin reach out too me so I can give him access to centurion 8:49 PM

Kevin is reaching out to you now. I got the white label in process with Wes so we can test his process. I did get his email and I will get him the logo he is wanting 9:04 PM

Please express my apology to Tatianna for breaking this trust of hers. We are not wrong on the numbers we were delayed on pulling them. The bottom line is I would never do anything to destroy trust or integrity with you. Once she looks at the numbers after we can get access to the info she can tell me whatever number she feels that we owe and I will pay her personally out of the proceeds from my house. I hope when smash launches and the financial liquidity it creates will have everyone happy of the outcome. Smash has been very expensive to build and we would not be where we are at today without all the ip and that we had to get to this point. All these packages and systems we have created will also create a huge financial windfall for everyone because of the size of packages coming because of the systems we created. I have worked my guys above and beyond anything I could have ever asked of them and done so at nearly no pay. We have really done as much as possible to create a win for everyone and stay caught up. Please let me know when you can get us the info needed to finish the accounting so this is put to rest. 10:15 PM

I understand and appreciate what everyone is doing.

I have explained this to her. Thank you 10:22 PM

Kevin has everything he needs now 10:23 PM

9/10/2018

We are processing the 76 pages and we should be done by morning. 12:28 AM

I spent a long time on the phone today with Steve Moran
He's very excited and ready to get started immediately
He wants to schedule a time to go over how to best pitch the accredited investors and he's going to start contacting some in his own circle of influence

Also wants to know when he can start working some of those leads you talked to him about 4:54 AM

I will prepare some leads for him today to call. The auto lead system was tested but not rolled out until after we have the rest of the problems fixed and all the remaining positions placed. 10:27 AM

OK thanks

Do we have a call today with sterling at 5 his time. I got an appt. Reminder text from you 7:29 PM

this is the weekly targeted call we have but it has not been attended to for a while now 7:42 PM

Ok. That is what I was thinking. We should get renewed commitments 8:05 PM

He is paid so the rest of the steps should be finished soon. When you renew the numbers tonight you will get a status of where things are and we can go from that point. 8:06 PM

OK thanks 8:07 PM

9/11/2018

We almost finished everything but I could not hold them awake anymore. I needed the accounting for the servers and other expenses outlined on the accounting. I will finish as soon as they are awake. 4:37 AM

Are you aware no volume has been coming in under centurion 4:25 AM

Final Audit for Mich...
XLSX • 81 kB 9:49 PM

Here is the accounting details. 9:50 PM

9/15/2018

Hey brother I have not heard back from you after sending the accounting. Are you doing ok? 2:20 PM

It is been a busy and hectic week trying to resolve some of the legal issues with the government over here on the property we're trying to close on however I was expecting you to follow up with me I guess I should have reached out to you

SS000226

**Michael Alexander**
last seen today at 10:11 PM

good I am glad to hear. I got everything from Jim and will be sending the rest of your stuff today. Thanks for letting me know

6:12 AM

👍
6:12 AM

While we have been going through this I have put off ferracode for as long as I can. I need to sell some of the coin in our accounts to pay them. This benchmark is not due and 39k from last benchmark is still due. I have been making the payments I can with all the money I have access to. The loan is not in yet or I would use that to pay them until the rest of your concerns are addressed. I don't want to move anything without speaking to you and I no longer have access to centurion anyways so I need to know what you want done. I am heading into a meeting with them shortly to try and work something out with them but I know their payroll is sue today for their team. I am going to try and get some more for them personally through some other methods however wanted to make sure you are aware.

6:38 AM

Yes I agree this is serious and a priority
This is why I have been requesting this for quite some time and why I wanted to be certain we managed everything and wisely counted and calculated all the costs.

I am not sure how many coins are left in Uberfund. Fortunately BCH is going up and expected to take a big leap in October and especially through the end of the year. In light of this ..... especially considering the huge loss we took not selling BCH at $1700.

From the spreadsheet the coin you have converted has paid ferracode invoices..... all but $10,000

I assume the $10, 000 was paid half by you and half from the $90,000 I wired to you

That would leave $85,000 from me and $85,000 from you minus other authorized smash technology expenses which i assume you are sending me.

I am not sure what you have been waiting on from Jim other than profits we have made from trading my bitcoin which I trust has been a lot

My concern is apparently we are not generating enough to cover smash technology costs. Centurion is earning zero and has not earned for sometime. Both uberfund and centurion are coming up short and that is what we agreed to commit to fund smash technology. I did not expect either of us to have to provide additional personal funds

I gave up 100% of the income from Tom and his team to help us when I placed him under centurion. I expected us to build centurion by your lead and marketing program not from one or any of my major leaders
I needed Tom and had placed him on my weaker side which I would have been able to double dip on.

I am flying back to Las Vegas to meet with Sterling to try and figure out how we fund smash technology as our current strategy is not working. I think we all have to put our heads together and figure out a mutually agreeable and viable solution ASAP

7:59 AM

10/6/2018

BIG BCN Update Coming October 15th

We have many projects that our team has been working on during this past year and we are FINALLY in a position to begin rolling them out.

Rather than list these here we wanted to give you a heads up about a BIG UPDATE coming out on October 15th that will provide a lot of details on each one.

For a quick teaser we have 3 new products that we plan to launch this year! This includes our new BC Club, CoinPay with the CP Market Place, and a huge update/upgrade on ClubCoin that we know everyone will be excited about.

This update will be posted in English, Korean, and Japanese so stay tuned and get your teams ready for a massive opportunity in 2019 and beyond!

6:28 PM

10/23/2018

Michael Alexander's security code changed. Click for more info.

10/27/2018

Michael Alexander's security code changed. Click for more info.

Michael Alexander's security code changed. Click for more info.

11/1/2018

Michael Alexander's security code changed. Click for more info.

Michael Alexander's security code changed. Click for more info.

11/5/2018

What time is our meeting tomorrow and Sam has his son so how do you want to work. I can drive down tonight and drive back after meeting tomorrow. We have a lot todo before the investor meeting

11:47 AM

I have not heard the time we're meeting tomorrow morning but I've texted Sterling to ask him I'm still finalizing arrangements for my mother but have a late flight out tonight so I'll get into Vegas around

SS000231

**Michael Alexander**
last seen today at 10:11 PM

What time is our meeting tomorrow and Sam has his son so how do you want that to work. I can drive down tonight and drive back after meeting tomorrow. We have a lot todo before the investor meeting
11:47 AM

I have not heard the time we're meeting tomorrow morning but I've texted Sterling to ask him I'm still finalizing arrangements for my mother but have a late flight out tonight so I'll get into Vegas around midnight so I can either meet you tonight if you're coming down or first thing in the morning if you're going to get up early and drive down
1:40 PM

i guess it all depends on what time we are meeting and with sams son with him how do you want to handle that since you wanted him to come down as well? They pushed back Smash development because of missed payments they cannot hire the people to keep it on track.
1:46 PM

what are your plans after tomorrow
1:54 PM

I fly home Thursday
1:55 PM

overseas? When do you come back?
1:55 PM

I am waiting on a time
1:56 PM

My return depends but please let's discuss it tomorrow I'm still trying to deal with arrangements for my mothers services
2:00 PM

It is not a good time right now
2:00 PM

Do you want to stay and handle the items you need with your mom and I will get what we need from sterling. We can meet via phone instead of in vegas. Respond when you get into a better place to communicate. I just need to know on travel time.
2:01 PM

No I'm taking care of everything I just need some time and space to wrap up some loose ends
tomorrow is a critical meeting if we're going to be moving forward
2:03 PM

We can't keep delaying and putting things off there's decisions that we need to discuss and make so that we can continue to move this project forward
2:03 PM

I understand. No one plans on when their mother passes though. The investor meeting and paperwork is on track for this week though so I was just offering an alternate solution to how the meeting happened to save you time to be with your mom and family
2:05 PM

11am tomorrow at sterlings

Are you going to come down tonight or will I just see you in the morning
4:45 PM

I'm still here in North Carolina but we will be heading to the airport in about an hour to catch our flight I think we land around midnight
4:46 PM

I will probably run down in the am. since its not till 11
4:47 PM

Ok
5:12 PM

11/7/2018



Bitclub Network NEWS Oct 2018 🔥
Russ Medlin Talks Bitcoin 🔥
BCN Team Global Leaders - JohnandCathie
www.youtube.com

Bitclub Network NEWS Oct 2018 🔥
Russ Medlin Talks Bitcoin 🔥
https://youtu.be/Xv7jdoLUCHk
2:20 PM

11/20/2018

↪ Forwarded

11-18-18 BCN Russ Interview Iceland
-
11-18-18 Russ Medlin interview in Iceland to
www.youtube.com

https://youtu.be/LuY~-dUnnxk
2:33 AM

SS000232



**Michael Alexander**
last seen today at 10:11 PM

Forwarded

11-18-18 BCN Russ Interview Iceland
-
11-18-18 Russ Medlin Interview In Iceland In
Iceland
www.youtube.com

https://youtu.be/LuY--dUnnxk

2:38 AM

11/23/2018

We need to go over some items. I don't know what todo with sterling. I have tried dozens of attempts at this point we are critical and sam is now in critical space as well. I made another 29k payment to feracode which got them through this week but we need to use an alternate solutions or send out the ppm we did. I hope you had a happy thanksgiving and look forward to catching up with you. 9:53 PM

Yes please update me as I have not yet received any news from you. We need our plan B implemented but waiting on you as not sure what plan B we need to implement. Did you get your loan? 7:24 PM

Thank you for your reply. I have tried to keep you seperated from Smash Solutions items and Smash Technology items. I don't know how to update you fully and not inform you on both items. Sterling has missed every meeting, phone call request and I phone call commitments. I have sent requested agendas so it fully laid out and every topic clearly laid out. You requested us to move Smash Technology through the PPM and Operating Agreement. I will send over everything I have and you can put on the book shelf what you don't want to be involved with. I will type it up now and you will have it tonight. 8:30 PM

Ok thank you.
Sterling did say that with his being out of the office last week and then this being a holiday week he was not going to be available. 9:40 PM

Thats all he would have had to say to me. 9:45 PM

He keeps scheduling or committing a time and then its broke. Part of the objective was being able to get the investors the paperwork so the loan was not the only course of money. I will fully update you in the email I will finish tonight. I just need to add the items that I left out but at this point can only update you on until I can meet with sterling to finalize the items needed on Smash Technology. 9:51 PM

He will not finalize anything else or cannot on Smash technology until he has all the financial records. He is still waiting which he was suppose to have at our last meeting. Before raising anymore my new we need certified financials which I committed to pay for but waiting on you for invoices, vendor contracts and payment documentation 9:55 PM

Not my new lol spellcheck
Should have said more money 9:56 PM

He will not finalize anything else or cannot on Smash technology until he has all the financial records. He is still waiting which he was suppose to have at our last meeting. Before raising anymore my new we need certified financials which I committed to pay for but waiting on you for invoices, vendor contracts and payment documentation 9:57 PM

11/25/2018

Just wanted to give you a quick update. I was done with your update yesterday morning, however I asked sam to give me an update on the Smash progress via email so I can get you the entire update in one email. He said I will have it in another hour. His daughter and son in law has been here so it has taken him longer than expected to get this info. I will send this the moment I have it and again that should be in the next 2 hours. 8:38 AM

11/26/2018

Did you get the update. Also have some news when you can talk 8:34 PM

11/29/2018

Forwarded

271 MB

Michael Alexander
last seen today at 10:11 PM

> Did you get the update. Also have some news when you can talk    8:34 PM ✓

11/29/2018



> Are you doing ok? I have not heard from you or a reply back on my email. Kevin said one document from you and he was done did that get to him. Did you see the deadline date for developer payment tomorrow?    4:36 PM ✓

> I need to see if we can use the funds that came into that other account in Johns. We have put over 100k into that position and another 200k is loading into it. I don't have the username and passwords to check it.    4:37 PM ✓

You will have to contact John. I don't know what he has going on?    4:38 PM

> I saw all his group Joe Reid, Gary, John, Maurice and about 20 others here in salt lake this week. They were here looking at that trading bot we looked at long time ago. I know what is going on in there group we have been building his team under Tim Turbyville and put close to 100k in this last week and doing over 100k this week. There should be commissions in those accounts However I need the info to log in and check it or something.    4:44 PM ✓

That volume is banking in the position above John but needs a corresponding leg with volume to generate commissions    4:58 PM

Foolish to keep being conned by those trading bots    4:59 PM

> Ok I thought John had one leg built there already. This volume we have been putting in I thought was on his pay leg.    4:59 PM ✓

> There is alot to share with you about that meeting but we can talk when you can.    5:00 PM ✓

No it is on his team leg I have been supporting.

Very busy today but this weekend is good    5:24 PM

I brought Gary and Tim in under John    5:25 PM

> oh. Did you review my document? I paid the 29k to feracode and got same caught up. I do not have enough to cover the 40k they need tomorrow. I am working on some options but I am not sure if they will be done by morning. I finally spoke with Sterling and he approved releasing the PPM so I have 16 people looking at it but I don't know if they will write a check by tomorrow since we just got them the paperwork after I spoke to sterling. If they are delayed tomorrow we will not be able to launch until february. I will keep you informed but I don't know a solution yet.    8:29 PM ✓

> anyways I am jumping into another investor demo so I will chat with you after.    8:31 PM ✓

> just so you know on Johns team we finished 4 financing deals this week on him they will start going into bitclub as soon as the btc comes in next week.    5:33 PM ✓

> I think its about 500k in those spots.    5:33 PM ✓

Ok great. Finally got back today and have internet and phone. I will start reviewing. Have not spoken to Sterling    5:35 PM

> I feel we had a great meeting over an hour long. All points covered with successful outcome. I hope he shares the same with you.    5:36 PM ✓

Good to hear that    5:54 PM

> As you saw in the update all the accounting items were completed and I think Kevin needed one item from you before sending everything down to Sterlings office in printed format. Did you get that to him by chance? Also in the message Feracode has a drop dead payment due tomorrow by end of day. I don't have it yet to send so I am not sure if your in a position to support with it but as I put in the update it can delay us several additional weeks to miss it. I have three potential items but I am not sure if they will be in tomorrow. The investor conversations are looking good but because sterling just approved these items they are currently reviewing them. Please let me know if your able to assist on your side with any of it. Also let me know when you finish the update or I will await your general reply on it. Thanks again for reaching out today. I will also let you know if I get it covered as soon as I know in the am.    8:12 PM ✓

11/30/2018

Michael Alexander's security code changed. Click for more info.

SS000234



**Michael Alexander**
last seen today at 10:11 PM

As you saw in the update all the accounting items were completed and I think Kevin needed one item from you before sending everything down to Sterlings office in printed format. Did you get that to him by chance? Also in the message Feracode has a drop dead payment due tomorrow by end of day. I don't have it yet to send so I am not sure if your in a position to support with it but as I put in the update it can delay us several additional weeks from using it. I have three potential items but I am not sure if they will be in tomorrow. The investor conversations are looking good but because sterling just approved these items they are currently reviewing them. Please let me know if your able to assist on your side with any of it. Also let me know when you finish the update or I will await your general reply on it. Thanks again for reaching out today. I will also let you know if I get it covered as soon as I know in the am.
9:12 PM

11/30/2018

Michael Alexander's security code changed. Click for more info.

Michael Alexander's security code changed. Click for more info.

I just wanted you to know I got the 40k handled and Sam is handled now as well. IF you can get kevin the document he needs he can send everything over to you and sterling.
4:39 PM

Good morning from Sydney

I will be reviewing your update today as I was traveling yesterday.

I am still waiting to hear from Sterling

I don't want to sound unappreciative, but I have been requesting the financials for months and have made multiple trips back to the USA to resolve all this to no avail.

Finally, by September, I started insisting and finally got an excel spreadsheet summary and as today still no financial documentation.

Requesting vendor contracts, invoices and payment documentation should not have taken months and months as the vendors could have provided copies if you lost it. With the documentation, I could have easily had Tatiana whose degrees are in accounting and finance easily create proper books and records or I could have hired an accounting firm.

In either case we would know how much, where and when funds were received and what, when and for what specific purpose items were paid for with proper payment documentation

That is why I drew a line.

My requests are normal and reasonable and those items should have been easy to access and forward to Sterling or present to me months ago.

Also withdrawing BCH coins from Centurion when I specifically requested you not from Centurion until I had the financial records as I could easily have wired more money and you did it anyway. The price of BCH had dropped dramatically from the $1700 if you recall when I said to Sell with over 100 coins in reserve equal to roughly $200,000 prior to us having a finanacial squeeze with coins dropping so much in value

Even now after I wired you money twice before to the same account as you directed and copied you on the wire receipts you cannot produce receipts.

From your text we have urgent business to attend to with Ferracode, but for me this matter is way past urgent and must be resolved first

I explained to Kevin my copies are back home and now I have to make a special trip back home to retrieve before flying back to the USA which we were planning to do from Sydney

Proper management especially in accounting and the financial aspects of any business is one of the highest priorities and critical in the genesis of a new business

After our last meeting in Vegas with Sterling we addressed the time line criticalness to an alpha launch in Jan. The financials were to be the number one priority the following week and way more than a month has come and gone and still we don't have it

In light of all the foregoing we need to stop, take inventory and regroup as I cannot get what I need and deserve from you

Sam is now texting me he has not been paid and wants, needs and deserves to be paid

I suggest sending everything immediately to Sterling and I will forward the wire receipts when I get back home.

I am surprised your bank statement don't reflect that or your bank want provide documentation

I cancelled our flights to the USA from Sydney and booked us flights back to Bali to recover the receipts you can't find or get from your bank.
5:22 PM

two main items Sam is now paid he was due to be paid today and he was paid and so was feracode. No I did not know where it was coming from as of this morning however I worked it out. The next item there is one receipt missing and I have every email sent to me and every whatsapp. I don't have it to give to him. I will reply to the rest of this message and send it over shortly. I never asked you to change your flight and did not know you did so. I am only getting messages venting at me so I until I get some other form of communication I will reply to the messages you send and continue working out the issues and updating you as I have been doing. I am typing your other response items now. Let me state this again the accounting is DONE in quickbooks and has been done. I just barely met with Sterling to verify everything with him. Also I have dozens of missed calls, meetings and finally got to speak to sterling about the books and requirements to the setup of the books for weeks. So the MONTH DELAY IS NOT MY FAULT. Sterling was busy and could not take meeting. Sam and Kevin WHO IS UNPAID did exactly



**Michael Alexander**
last seen today at 10:11 PM

Good morning from Sydney

I will be reviewing your update today as I was traveling yesterday.

I am still waiting to hear from Sterling

I don't want to sound unappreciative, but I have been requesting the financials for months and have made multiple trips back to the USA to resolve all this to no avail.

Finally by September, I started insisting and finally got an excel spreadsheet summary and as today still no financial documentation.

Requesting vendor contracts, invoices and payment documentation should not have taken months and months as the vendors could have provided copies if you lost it. With the documentation, I could have easily had Tatiana whose degrees are in accounting and finance easily create proper books and records or I could have hired an accounting firm.

In either case we would know how much, where and when funds were received and what, when and for what specific purpose items were paid for with proper payment documentation

That is why I drew a line.

My requests are normal and reasonable and those items should have been easy to access and forward to Sterling or present to me months ago.

Also withdrawing BCH coins from Centurion when I specifically requested you not from Centurion until I had the financial records as I could easily have wired more money and you did it anyway. The price of BCH had dropped dramatically from the $1700 if you recall when I said to Sell with over 100 coins in reserve equal to roughly $200,000 prior to us having a financial squeeze with coins dropping so much in value

Even now after I wired you money twice before to the same account as you directed and copied you on the wire receipts you cannot produce receipts.

From your text we have urgent business to attend to with Ferracode, but for me this matter is way past urgent and must be resolved first

I explained to Kevin my copies are back home and now I have to make a special trip back home to retrieve before flying back to the USA which we were planning to do from Sydney

Proper management especially in accounting and the financial aspects of any business is one of the highest priorities and critical in the genesis of a new business

After our last meeting in Vegas with Sterling we addressed the time line criticalness to an alpha launch in Jan. The financials were to be the number one priority the following week and way more than a month has come and gone and still we don't have it

In light of all the foregoing we need to stop, take inventory and regroup as I cannot get what I need and deserve from you

Sam is now texting me he has not been paid and wants, needs and deserves to be paid

I suggest sending everything immediately to Sterling and I will forward the wire receipts when I get back home.

I am surprised your bank statement don't reflect that or your bank want provide documentation

I cancelled our flights to the USA  from Sydney and booked us flights back to Bali to recover the receipts you can't find or get from your bank.                                                                5:22 PM

two main items Sam is now paid he was due to be paid today and he was paid and so was feracode. No I did not know where it was coming from as of this morning however I worked it out. The next item there is one receipt missing and I have every email sent to me and every whatsapp. I don't have it to give to him. I will reply to the rest of this message and send it over shortly. I never asked you to change your flight and did not know you did not. I am only getting messages venting at me so i until I get some other form of communication I will reply to the messages you send and continue working out the issues and updating you as I have been doing. I am typing your other response items now. Let me state this again the accounting is DONE in quickbooks. I just barely met with Sterling to verify everything with him. Also I have dozens of missed calls, meetings and finally got to speak to sterling about the books and requirements to the setup of the books for weeks. So the MONTH DELAY IS NOT MY FAULT. Sterling was busy and could not take meeting. Sam and Kevin WHO IS UNPAID did exactly what was requested following the meeting with sterling and was done in a few days after the meeting.
                                                                                                                                           5:21 PM

I want to keep this brief so as to not be misunderstood

My point is I never asked Kevin or Sam to become the book keeper especially after you stated they have neither the time or skills. I have stated I can pay a professional to do that or use Tatiana or someone with those skills in Sterlings office.

I just need the documentation which could or should have been provided when I started requesting so I can have an audited and verified set of books. I don't understand why you can't or have not provided this after such a long time and repeated requests

The reason I cancelled my flight and I am returning is because I feel the documentation and this matter is that important and the if you don't have it or your bank will not provide, I will fly home to get it. It is already done now and I will be flying back home next week. I would rather have flown back to the states as I need to be there to move everything forward

It should not have come to this and put either of us in this stressful situation                    7:24 PM

12/3/2018

**Michael Alexander**
last seen today at 10:11 PM

As I mentioned I am meeting with the head of support when I get back to the states. I will be home this weekend and we will grab what we need and book a flight back to the states

We are all ok with cycles however 8 months of wrong mine earnings showing, the communications not coming out, no word from them when we drop petahash and you know all these things so I am preaching to someone who knows these things. They just need a little of the things they say to get done and when they have support issues we can fix them. Also sterling asked for everything digitally because its hundreds of pages he is getting me a ftp to send it to. The accounting has been done for a week fully put into quickbooks, chart of accounts done, invoices, payment proof and all documentation of agreements and reasons for the requirement for Smash Technology shows. I have a basic summary of amounts if you want them or it can go through him if you wish. I also think after your last few messages you should review the email coming to you so you can see if you still want to work with me after you review it. I don't know if you will ever regain any respect you had for what I have done to get this all done with a couple people but I only have the last payment to handle and I am sure I will figure that out as well but you stating you did not want a job in this I don't want to create one and anticipated a business operational partner that could assist in a-lot of these areas however we have worked through them and I want you financially taken care of for what you have done but based on how your messages come across and your communications with Sam, Berry and Sterling I just want to give you my feelings on these items. At that point we will see what you want todo. I will need some more time to finish it but I am working on it now.

Granted the delay waiting on the third party to deliver the new platform with upgrades for the back office so the new API can connect and give accurate real time reporting is beyond frustrating for everyone. However I try to focus on everything else that has been delivered and what is positive

As for Smash there is no need and no point overreacting when all I have ever asked for is transparency and accountability

I never wanted to communicate via text and email. I made numerous trips back to the states to sort all this out face to face and you never had what I was requesting or was to busy to prioritize what I was requesting

We need this past, present and future. A set down meeting and communication with full transparency, disclosure and documentation is required to sort everything out move forward

From my past and present contributions and recent communication through this you must have missed my commitment and conviction to see this project through and do whatever it takes to make it a success including my move back to the states and rolling up my sleeves and getting this project on track. I am not a quitter and although it is not my first choice to go to an office everyday and do even the most menial tasks I will if that is what it takes. I will book my flight to fly in next week

Sterlings mother passed away so I have not yet spoken to him but will this week and set a schedule

See you soon

PS. Don't worry about respect and trust as those things are earned and we have a past, present and future together to work on, build or when needed rebuild. I am a relationship leader and don't throw the baby out with the bath water. We just need fresh clean water so let's work on getting this ship upright as I said in my last text

12/6/2018

I mentioned in our meeting in Vegas back in October I want to start joining all the Smash Technology calls especially with the developers but I am not getting the notices given me a heads so I can plan my schedule

Please be sure to be sure I am still in all the groups

I am back in the USA indefinitely to support the project full time arriving next week

12/7/2018

Are you still interested in buying machines from users as you stated in the past. We have many that are ready to return their servers to corporate or turn bitclub over to the authorities. They are beyond mad at this point. We have people that have put in pro builder positions 3 months ago and they only have produced as of yesterday $360 including mining earnings and commissions. I have dozens ready to explode and I am not going to continue to make excussesa for Bitclub. How do you want to handle this?

With the current price of coin, I am holding, waiting and trying to weather the storm as best we can along with everyone else with long term vision. I recommend others do the same as the sun will come back out

However each individual has to make their own choices.

If they want refunds they can cancel and get refunds, they will take a big loss and your commissions or every upline that got paid commissions will be charged back those commissions

Some have and others will go to authorities but that will not benefit them. They ignored and violated bitclubs policy who is graciously refunding their money anyway. However it could result in issues for promoters in the USA

Better to find a solution

I am not sure how to create a solution when 60k they put in makes 300 in 3 months. But I will inform them of the reply.

That is one of the reasons I did not like or trust the calculator and bitmax system as you created expectations. However it was never that much initially anyway correct? It was the compounding over time is what I heard

SS000239

**Michael Alexander**
last seen today at 10:11 PM

> I am not sure how to create a solution when 60k they put in makes 300 in 3 months. But I will inform them of the reply. *7:12 PM*

That is one of the reasons I did not like or trust the calculator and bitmax system as you created expectations. However it was never that much initially anyway correct? It was the compounding over time is what I heard

Is that $300 total or on each position they earned it on *7:42 PM*

We can discuss it further to seek out solutions but don't dig yourself a deeper hole *7:44 PM*

> total on all positions *7:45 PM*

> When the expectation is 1–3 bitcoin a year our return on their is less than what you say on the webinars. *7:46 PM*

Once the price of coin goes back up together with difficulty levels falling dramatically as we have seen which has bankrupted many startups and shut down most others we should be in a great position in 2019 and those that hang in will be glad they did as we have seen in the past when coin price fell and then rose from the ashes again

As far as the past and what we have seen and realized does not guarantee the future which we state to everyone as no one controls the market and circumstances out of their control. Even Jim took past earnings as his baseline to build his calculator which he has had to keep changing as the outcomes are not set in stone

FYI, I no longer and have not for a long time say that anymore. When I recruit this past year I say 1 to possibly 3 in the term of the contract which is 1000 days

Better to manage expectations which is still phenomenal considering. The upside or icing on the cake is what the price of coin will likely be in 3 years *7:56 PM*

> I will modify the statements and terms to that. *7:59 PM*

We have seen difficulty go up and more miners in the market, price of coin go down among other things this past year but most are gone now and things should get back to normal soon *8:02 PM*

We still need the API connected to the new platform once it is delivered and installed so we can audit and update everyone's accounts *8:03 PM*

> thats all people are asking for *8:04 PM*

Wish I had a magic wand *8:04 PM*

**12/8/2018**

> Just so you have a summary of the accounting items. Here they are. I don't know when sterling will be able to go over them with you in detail however the final payment to feracode on December 18th for 188,000 they will not be able to continue programming. So I figure you should have the general amounts and I can send over the reports to you as well or you can wait for sterling to review. Total
> Expenses:      - $581,553.70
> Michael Deposits:   $122,350.00
> Jerry's Deposits:   $270,395.00
> Total Deposits:........$392,745.00
> Additional Expenses - deposits $188,808.70 (Total By Jerry $459,203.70)
> Michael difference after accounting review.   $336,853.70 *11:01 AM*

This does not make any sense without the breakdown and the numbers are way off from your last accounting summary

Send me the spreadsheet so I can try to make some sense of it *7:17 PM*

> I have pdf and Quickbooks access. All reports are now in it. Which do you want me to send *8:21 PM*

Both *8:35 PM*

> Sam is sending you shortly *8:01 PM*

**12/9/2018**

> Did you get the info from Sam. I had the final invoices from Sam corrected on Feracode's Payments. So the numbers above are corrected in the email he sent you. *5:44 PM*

I have been traveling and need to check email *11:48 PM*

**12/10/2018**

> Are you joining the calls this morning. *11:05 AM*

> Just so you know we have a different process on all this now. *11:16 AM*

> We now have 3 lenders we use. *11:17 AM*

> So he is now just one of three *11:17 AM*

*Forwarded*

**Michael Alexander**
last seen today at 10:11 PM

> So he is now just one of three  11:17 PM



*Forwarded*

BitClub Network Webinar - Dec. 9th 2018
BitClub Network Webinar - Dec. 9th 2018
www.youtube.com

https://youtu.be/zyx1pP9L1ck  4:35 PM

> Michael are you in a position to support on the final payment to Feracode? Thank you for the update as well. If you want to talk let me know. Also have you had a chance to review the information sam sent?  7:04 PM

**12/11/2018**

Of course I can cover it, but first we have things to address. What Sam sent is still not what I have been requesting. How many times and for how long have I and Sterling been requesting hard physical documentation so I can hire an accounting firm to audit and provide a verified and certified financials.

We need or at least I need this as I have requested. Any investor including myself should ask for and require this. I always have. GAAP Financial Statements are the standard. I do not want to invest or ask anyone else to invest without it. I have several options available for funding but they all require this and failure to provide is continuing to delay us  12:32 AM

Summaries with numbers on a piece of paper is not going to work  12:33 AM

> They are attached to every transaction in quickbooks, And don't give me crap about the printed materials. We have them all I have asked sterling how he wants them ?/HE DOES NOT WANT THE PAPER. He wants it digitally. They printed for you when you get her. Or send me your address and i will over night them. Or click on a transaction in quickbooks and you will see the documentation attached to it.  5:50 AM

> They are also sitting in your drive under folders with all documentation in them.  5:51 AM

> look in your smash tech executive accounting folder  5:52 AM

> And we have spoken to an accounting firm and multiple individuals THEY REQUIRE A BANK ACCOUNT to certify anything and want that setup. However after 26 attempts to get this done I am done takeing the dam heat for  this shit NOT HAPPENING.  5:53 AM

> I am sorry but this is crazy we are here busting are butts to give you guys the stuff you want and in the way you want it. When the communication, the support and the follow through on items we need are non existent.  6:00 AM

> From sterling: Digital is fine... JJ, I'm not pushing on this... I'm just trying to catch up myself  6:01 AM

> I ask for a ftp to send it to a week ago and not a word since.  6:01 AM

For tax purposes for my protection as well as yours and everyone else and a verified, certified record the accounting firms needs what I have been requesting for months

Sterling we both know is way to busy and the clock keeps ticking  7:08 PM

Sterling would have been an option months ago but to much time has passed now and i am trying to expedite for us  7:09 PM

For tax purposes for my protection as well as yours and everyone else and a verified, certified record the accounting firms needs what I have been requesting for months

I need the actual invoices and vendor contracts along with payment documentation.... not copies or numbers you put on a piece of paper

Sterling we both know is way to busy and the clock keeps ticking

Sterling would have been an option months ago but to much time has passed now and i am trying to expedite for us  7:51 PM

> Michael everything is the way you requested if you access it.  7:52 PM

> Plus it is all printed for you as you requested but sterling does not want the paper files.  7:53 PM

> So tell me where to send them and I will overnight them to you  7:53 PM

> and your little comment about the numbers on a piece of paper is because you have not looked at all the documentation that is not only attached to every line item in quickbooks, but we went further. We organized the whole setup in files for you in Smash Technology folders that you have and have always had access to. However, we went even further and printed the hundreds of pages of documentation for you. I went even further and went to accounting firm that we have been talking to and they said this is over prepared, however, they cannot do anything without a bank account.  7:57 PM

> So you tell me EXACTLY what you want that you do not have. I want it laid out by bullet point so WE STOP getting this wrong.  7:58 PM

SS000241



**Michael Alexander**
last seen today at 10:11 PM

So you tell me EXACTLY what you want that you do not have. I want it laid out by bullet point so WE STOP getting this wrong.
7:58 PM

**Google Maps**
Find local businesses, view maps and get driving directions in Google Maps.
www.google.com

How can uploaded copies be the same thing as what I have been requesting...... Tangible real documentation for proper verified certified financials. Copies is not the same thing as the actual invoices, vendor contracts, payment documentation, etc.

Had I had been given this on any number of my trips back to the states dating back months and months ago; we would have it and without all the frustration and delays

Until we hire a full time CFO and comptroler ...... hiring an accredited accounting firm is the next best thing which protects us all from in the short and especially the long term.

Essential to build a successful company and never worry about the tax man

I just landed, however tomorrow I am driving down to Orange County

You can overnight to my attention at the Hyatt Regency, Garden Grove

11999 Harbor Blvd, Garden Grove, CA 92840

https://maps.google.com/maps?data=IoQKGwjnIa60gESEgkRQnHW-tfcgBGZQouTGHZFT8CbmPko&um=1&ie=UTF-8&fb=1&gl=us&entry=s&sa=X&geocode=KRFCcdb619yAMZICi5MYdkVM&daddr=11999+Harbor+Blvd,+Garden+Grove,+CA+92840&gmm=CgIgAQ%3D%3D&ved=0ahUKEwi4osmNp5nfAhUHGDQIHf9WCdkQwaABCAc
8:06 PM

Forwarded
BitClub Network Webinar – Dec. 9th 2018
BitClub Network Webinar – Dec. 9th 2018
www.youtube.com
https://youtu.be/zyx1pP9Ltck
8:12 PM

Latest BitClub Network update from  Russ a couple days ago
8:15 PM

Give me a moment I will reply shortly. I am on a meeting with an investor.
8:19 PM

You may have received from me before I left Bali, but I just landed back in the USA
8:20 PM

Welcome back
8:20 PM

If you want to chat we can or we can stay texting up to you.
8:20 PM

8:21 PM

Jet lagged. Going to bed
8:21 PM

Tomorrow is better
8:21 PM

12/12/2018

When are you open to talking
7:58 PM

I have been waiting on your call today. Somewhat rested now.

However it may now have to wait until tomorrow as we are heading downstairs to meet friends and then out to dinner unless we get back early tonight
7:58 PM

I will be up late so its up to you. We can do tomorrow if you like.
7:59 PM

12/17/2018

Forwarded

**Michael Alexander**
last seen today at 10:11 PM

I will be up late so its up to you. We can do tomorrow if you like.   7:59 PM ✓✓

12/17/2018



↱ Forwarded

BitClub updates with Genn Lai founder of Diamond Tree and BitClubNetwork co founder Joe Frank
www.youtube.com

This just in, video with Joe Abel..... listen up!! 👏 Big things coming....NOW is the ti🙂me  when you get rich! 💰🔥💵💰🔥

https://youtu.be/0mMpacu_Duc

11:12 AM

I need you to be aware this weeks meetings need to be moved. The priority is Feracode and the payments to them. You and sterling need to finish what you need on the accounting and the operating agreements. You have all the paperwork you have requested, however, at this point the conversations we need to have is important however we have been forced into alternate methods of deploying smash due to the lack of getting certain items in place. Finishing the obligations to is my only priority right now. I will be in the area and if there is time between meetings we can make that work but at this point I need to finish priority one and you guys need to finish the items you guys need to have so the past can be put to bed and you guys can engage in active priorities.   4:39 PM ✓✓

We just landed in LAX. Catching the final leg to Las Vegas in a couple hours. What time do you arrive in Vegas?

I arranged my schedule to meet you in Vegas this week to go over everything in the agenda per our agreement? That is the understanding you left me with...

I am with my family next week on the east coast for the holidays and Sterling is with his

That means if we don't sort this out this week it will not get sorted out till the new year

Sterling cant finish the operating agreement or the PPM until we sort out everything which will hold up taking money in from investors. I told you I can cover Ferracode which is why I prioritized these meetings this week before the holidays

Am I missing something?

I understand funding is one of the priorities as I am under contract with ferracode. That is one of the reasons I started asking for the financials so long ago so we could have certified financials for the PPM as a backup plan

We can't take investor money until this is sorted out   5:01 PM

I am sorry you have made arrangements that need to be modified, however, we can meet if there is time between meetings. Sterling is Missing in action and I am not going to hunt him down anymore. He is very busy I understand. This is the first I have heard that he needs anything OTHER than time to finish the operating agreement. I am sure it will take you time to finish the operating agreement. I am also sure you will need time to sift through the hundreds of pages of documentation you requested. We have made available the daily calls and all meetings for you to attend. I am working through the obligations with Feracode. Yes you are the person over Smash Technology however everything they are building is still tied up with Smash Solutions. I have attempted over 36 times now and he has the time to communicate with you but not me. So there is alot to handle but DELAYING THE LAUNCH is not an option. I am accountable to the people that have made this happen and I know you have alot going on with the other items your working on but my PRIORITY is only smash and funding it. This is my job and I am doing that as first priority right now. I have requested active involvement and support and the main priority you have is the accounting which you have. My job is launching the software. We will get on the same page when you finish what you need todo and between these other meetings. In regards to Las Vegas me and a group of people are down here for meetings already. I need to finish getting Feracode paid and they are assisting me in doing so. Once we get our situation worked out or we can get you caught up with everything that has been happening I think you will have a better understand. We could not wait any longer to get sterling to reply or you to be involved with daily activity. The agreement with feracode has not changed and had to stay on pace. I am sorry this meeting had to be moved but the final payment for alpha is my only priority right now. I will have it resolved and there beta payment in february shortly. Is Jasons place available for you to stay at with Sam down here and this group are meeting with we are full at the condo. I will can also check and see i our turnberry has the extra unit available so we can get you in the same building so we can meet between meetings? What would you prefer?   5:22 PM ✓✓

I have booked a hotel so no worries. Sterling did get back to me last week and as we have already discussed he wants this wrapped up as well. No more meetings like the past. He wants us on the same page in order to give him clear, concise direction and clarity in order to finish all the documents

From my past communication you should be aware this is my priority too ... which is why I am here and will stay for as long as it takes. I can easily rent my place for 12 to 15,000 a month and move here and go back to visit until this project is successful and we have hiredvqualified, competent experienced people in all the areas they are needed to keep it successful and building.

Are you getting personal funding as legally ST can't take in investor funds until we handle all the

SS000243



**Michael Alexander**
last seen today at 10:11 PM

I am sorry you have made arrangements that need to be modified, however, we can meet if there is time between meetings. Sterling is Missing in action and I am not going to hunt him down anymore. He is very busy I understand. This is the first I have heard that he needs anything OTHER than time to finish the operating agreement. I am sure it will take you time to finish the operating agreement. I am also sure you will need time to sift through the hundreds of pages of documentation you requested. We have made available the daily calls and all meetings for you to attend. I am working through the obligations with Feracode. Yes you are the person over Smash Technology however everything they are building is still tied up with Smash Solutions. I have attempted over 36 times now and he has the time to communicate with you but not me. So there is alot to handle but DELAYING THE LAUNCH is not an option. I am accountable to the people that have made this happen and I know you have alot going on with the other items your working on but my PRIORITY is only smash and funding it. This is my job and I am doing that as first priority right now. I have requested active involvement and support and the main priority you have is the accounting which you have. My job is launching the software. We will get on the same page when you finish what you need todo and between these other meetings. In regards to Las Vegas me and a group of people are down here for meetings already. I need to finish getting Feracode paid and they are assisting me in doing so. Once we get our situation worked out or we can get you caught up with everything that has been happening I think you will have a better understand. We could not wait any longer to get sterling to reply or you to be involved with daily activity. The agreement with feracode has not changed and had to stay on pace. I am sorry this meeting had to be moved but the final payment for alpha is my only priority right now. I will have it resolved and there beta payment in february shortly. Is Jasons place available for you to stay at with Sam down here and this group we are meeting with we are full at the condo. I will also check and see i our turnberry has the extra unit available so we can get you in the same building so we can meet between meetings? What would you prefer?

5:22 PM

I have booked a hotel so no worries. Sterling did get back to me last week and as we have already discussed he wants this wrapped up as well. No more meetings like the past. He wants us on the same page in order to give him clear, concise direction and clarity in order to finish all the documents

From my past communication you should be aware this is my priority too ... which is why I am here and will stay for as long as it takes. I can easily rent my place for 12 to 15,000 a month and move here and go back to visit until this project is successful and we have hiredvqualified, competent experienced people in all the areas they are needed to keep it successful and building.

Are you getting personal funding as legally ST can't take in investor funds until we handle all the paperwork and have certified financials

6:36 PM

12/18/2018

Michael... After all the back and forth About Smash Technology, I am not moving forward another step until you guys CLEARLY identify specifically what  you need to meet your commitments.

We are now three weeks from launch and there is NO Bank Account, NO purchase agreement for the Intellectual Property, No operations budgets, and MINIMAL involvement in ANY strategic planning on your part. . When you guys clearly identify  what you need we will finalize Smash Technology items.

I am closing funding deals everyday without your support, while leveraging every financial asset and relationship i have, because you have focused on a financial audit that cannot even be completed without a bank account. . I have emphasized the fact that  I did not have the $20k a week needed by Feracode and no assistance came. I told you I did not have the funding for their larger payments that were due, and that critical request was ignored. . I've had to resolve these emergencies myself WHILE covering the development, BCN, and a host of other priorities related to finishing the software and launching all the departments and systems needed for deployment. I have offered updates in every way possible, to the best of our understanding,  and they are all wrong... We have given you access to everything and it's a not enough... I have attended every meeting you have asked of me without reciprocation on your part. We have opened up every meeting daily and weekly to you and you have attended one and one half. I have bent over backwards, upside down and sideways to provide what you need and I have done the same and even more so with Sterling.

Sterling makes time for you but I get NO response! I have placed calls, texts, meeting requests and have placed agendas on all of them and again no support, no completion of anything except what we provide to him. There is no support in our partnership  outside of you identifying everything you believe I have done wrong or under performed based on  your statements. The bottom line is, you're going to respond with  "you needed an accounting" and you have had access for over a month, and you have never even logged in to view it.

When your punch list of  what I have done wrong is completed again, let me know and I will see if  I can resolve it.  Once you and I  are on the same page we can move to  active and urgent priorities. My team has continually stepped up and made  this happen regardless of  the countless challenges we continually face. It's past time for the agreements to be honored on your side.  Bottom line, SMASH Technology is a company with NOTHING completed...  No purchase of intellectual property, (that you guys believe has  no value and continually remind me of the poor job we have done, that smash was defunct etc.) However I have bridled my tongue up to now but I will no longer. Let's discuss the facts Michael.. You say Smash would not have continued without you and the BCN accounts you partnered with. If I would have offered the same amount of stock for what you have provided financially EVERY...
Read more

10:15 AM

Trying to coordinate schedules for the next few days. What is your current schedule and plan for the next several days.

7:30 PM

12/19/2018

🚫 You deleted this message
9:48 AM

Can you let me know your schedule? I have meetings in St. George that i need to schedule, before making a trip down to San Fransisco California. Are you still in Vegas?
9:50 AM

I waited for you all day yesterday

This morning I scheduled meetings and some for this afternoon

SS000244



**Michael Alexander**
last seen today at 10:11 PM

Can you let me know your schedule? I have meetings in St. George that I need to schedule, before making a trip down to San Fransisco California. Are you still in Vegas?   9:50 AM

I waited for you all day yesterday

This morning I scheduled meetings and some for this afternoon

I am working on a response to your text yesterday. I need to think through a few more items and once I can get online when I get a break I will reply   11:22 AM

OK   11:23 AM

And meetings happened yesterday and work went on all day as well. So you could have attended the morning meeting as it happens everyday. Incase either of us is busy we need to still be working with the team everyday.   11:28 AM

Calling sterling to me is silly. You could have called me and worked out a time to meet. I don't understand why you just did not call me. Wasting sterlings time on items we have to deal with makes no sense to me.   12:25 PM

You requested I set a meeting with Sterling for this afternoon. I asked him to contact to confirm the meeting or not.

From yesterday's text and your cancelling our meetings I assume the meeting you would also cancel. He texted me already you did not want to meet today   1:29 PM

I said the payment was due today for final payment to feracode. It was my first priority and I also stated we needed to meet so we did not have another meeting like last time in front of sterling. I told him I could meet after our meeting but it would look like last meeting because we have stuff to work out.   1:47 PM

Ferracode is my priority.

I have the funds to pay them and keep paying them. I told you this.

I would like to meet them to renew my commitment

You know I am here yet again to meet with you and arrived last week only to have to fly back home for the wedding that Tatiana's family insisted we attend. That is why I immediately flew back to Las Vegas after the wedding with virtually no sleep those 3 days to keep my appointment with you on Tuesday 12/17/18 and with Sterling today   2:28 PM

They are paid   3:45 PM

i can meet after this appointment   3:45 PM

Sterling wants to meet after we work out our stuff   3:46 PM

12/20/2018

⤴ Forwarded

12-19-18 ❤️ Andy Nakashima & Russ Medlin Japan Meeting BCN❤️
Live Update From Russ Medlin and Andy
www.youtube.com

https://youtu.be/dJ-KUPruCpM   2:58 PM

12/23/2018

How Will the May 2020 Bitcoin Block Halving Impact the Market? – Crypto.IQ | Bitcoin and Investment News from Inside Experts You Can Trust
Bitcoin is designed to have a maximum supply of 21 million Bitcoin, and this maximum supply is achieved by halving the cryptoiq.co.

https://cryptoiq.co/how-will-the-may-2020-bitcoin-block-halving-impact-the-market/?fbclid=IwAR0hNCqCfJy5jnXWSeCa1fiS0sl_3OZpTdVy3gvdgoLkxuxYDp15q_FgZCA   1:45 PM

⤴ Forwarded

Wallstreet is manipulating Bitcoin price to buy it cheap
Taken from "Glenn Beck Discusses The Great www.youtube.com

Here is another good video I saw last week Which makes total sense where

SS000245



**Michael Alexander**
last seen today at 10:11 PM

How Will the May 2020 Bitcoin Block Halving Impact the Market? – Crypto.IQ | Bitcoin and Investment News from Inside Experts You Can Trust
Bitcoin is designed to have a maximum supply of 21 million Bitcoin, and this maximum supply is achieved by halving the cryptoiq.co

https://cryptoiq.co/how-will-the-may-2020-bitcoin-block-halving-impact-the-market/?fbclid=IwAR0hNCqCfiy5jnXWSeCa1flS0sl_3OZpTdVy3gvdgoLkxuxYDp15q_FgZCA    1:45 PM

Forwarded

Wallstreet is manipulating Bitcoin price to buy it cheap
Taken from "Glenn Beck Discusses The Great
www.youtube.com

Here is another good video i saw last week Which makes total sense where bitcoin is going https://youtu.be/KcgA-hMAozI    2:12 PM

A must watch, must share video    2:15 PM

12/26/2018

I hope you had an amazing holiday and this message finds you in good health. I am in process of your response email however I am getting calls saying your attempting to connect with the developers. Is there something you need as I and sam are the point people for those conversations. They are needing to focus on their tasks progressing towards launch.    12:15 AM

12/28/2018

Well my friend. I am not sure how we get back to verbal communication again. We need to work through a go forward plan. I need to know what your plan is. When will you be back from the holidays?    6:41 PM

I thought I told you if you could not meet me last week I was going to be with family this week

My dad is 85 going on 86 and my son is living here now

Plus this week is our wedding anniversary

I did not respond to your last text as you accused me of trying to connect with the developers which even if I was what would be the problem?

I mentioned to you last week I want to meet them .... not talk to them but certainly not this week

If plan on flying down to Brazil in JAN but figured we would go together    4:47 PM

I never accused you of doing anything wrong. But before you fly down there I would recommend we work through the items we need to because there are some items that have been modified since I was not able to get things setup with sterling and the last communication did not go so well with him. In order to prevent delays in launching we were forced to take other actions and we need to discuss them. So after your back from the holidays we should meet and discuss.    4:52 PM

Agreed    4:52 PM

Let me know when your back and we can arrange meetings.    4:53 PM

I fly back to Vegas on the 3rd

Closing some big btc deals    4:54 PM

Anytime after the third let me know when your ready to talk. Until then have a save new years with your family.    4:58 PM

Anytime    5:02 PM

Well once you arrive and your available on or after the third I will be standing by. I pray your trip is successful and you get some time with your family.    6:01 PM

12/29/2018

Tatiana wanted to ask if your guy can help her get into one of her gmail accounts

She has tried for a week with no success    2:03 PM

Gmail confirmed the account is still active

She goes through the steps but in the end the last step fails    2:04 PM

Is she trying todo it on a vpn?    2:05 PM

I will have to ask    2:06 PM

SS000246



**Michael Alexander**
last seen today at 10:11 PM

is she trying todo it on a vpn? 2:05 PM

I will have to ask 2:06 PM

She said no 2:07 PM

did she try password recovery poption? 2:07 PM

She tried everything 2:08 PM

yes I can assist. She can come onto my room when you have tie. 2:08 PM

*time 2:08 PM

She has died me that with expert to no avail

She needs a hacker 2:09 PM

Tried that 2:08 PM

When will she have time to go onto a zoom 2:09 PM

She has been working with google rep but even he cannot do it 2:10 PM

If we cannot resolve it, We can call google if they cannot resolve it I will contact jack as last resort. 2:10 PM

She has been down every path for a week. She is down to a last resort

She found a hacker that claims he can do it but told her better to trust someone we know

It is a rarely used and old account

She has others so she can get by without it I suppose 2:12 PM

When she has time we can see if we can work it out. Some of the steps she may have already tried but we may need to step back through them to make sure we have it for validation purposes/ .If she does have a hacker that will jump past all tpse staps 2:13 PM

Maybe later

She is frustrated and tired of wasting time going thru everything herself and with two other experts for a week now

Maybe next week she will calm down 2:23 PM

ok I am sorry she is having to experience that over the holiday. I am here anytime she wants to jump on or we can wait till after the third when you guys are back available 2:38 PM

Thanks. I told her to breathe. She does not want to give up her account which I don't understand as she has so many 2:49 PM

no problem 2:51 PM

1/3/2019

You said you would be back today so when can we have a verbal conversation because we have to conclude some items and determine how you want to proceed. We were forced to make some drastic modifications. When can you talk with us. 11:06 AM

Yes I am back. Spent the holidays with my family and my son

I can meet you first thing in the morning.

I will check into the Hilton Garden Inn at the slc airport 11:12 AM

When do you arrive? 11:23 AM

I have a dr. appointment in the am and I am not sure how long that will last. 11:26 AM

We can meet after your Dr. appt. 11:58 AM

1/4/2019

What is your schedule today 12:16 PM

My day has been left open for you

What is your eta 12:27 PM

Just finishing with dr Sam is 30 min out and I am the same. Where are you at and where do you want to meet 12:28 PM

I am at the Hilton Garden Inn by the airport

The same Holton we met Tom and Gina at in the big conference room

SS000247



**Michael Alexander**
last seen today at 10:11 PM

> or we can wait till after the third when you guys are back available  2:48 PM

Thanks. I told her to breathe. She does not want to give up her account which I don't understand as she has so many
2:49 PM

> no problem  2:51 PM

**1/3/2019**

> You said you would be back today so when can we have a verbal conversation because we have to conclude some items and determine how you want to proceed. We were forced to make some drastic modifications. When can you talk with us.  11:06 AM

Yes I am back. Spent the holidays with my family and my son

I can meet you first thing in the morning.

I will check into the Hilton Garden Inn at the slc airport  11:12 AM

> When do you arrive?  11:23 AM

> I have a dr. appointment in the am and I am not sure how long that will last.  11:24 AM

We can meet after your Dr. appt.  11:58 AM

**1/4/2019**

> What is your schedule today  12:18 PM

My day has been left open for you

What is your eta  12:27 PM

> Just finishing with dr Sam is 30 min out and I am the same. Where are you at and where do you want to meet  12:28 PM

I am at the Hilton Garden Inn by the airport

The same Holton we met Tom and Gina at in the big conference room  12:30 PM

Hilton  12:30 PM

> Ok  12:36 PM

> We are here  1:38 PM

Ok coming down  1:38 PM

**1/5/2019**

> We are here down next to bar  8:36 AM

**1/11/2019**

> I just had Kevin come in and he wants to talk to you ASAP and I will need to discuss what you just said to Harvey. But to avoid Kevin getting upset he would like a call. I have no ability to do anything tomorrow until I get the feedback on where these guys are at. They need your point of view to give me that so I can meet tomorrow properly aware of where these guys sit  12:19 AM

**1/16/2019**

> When can you return the parking pass.  12:59 PM

> Also did Gina tell you the charges for reprogramming them because of the situation?  1:01 PM

**1/19/2019**

> You stated in your email you want a private call when would you like todo that? A Verbal call will work alot better than the time it will take to type everything out.  7:43 PM

**1/25/2019**

> Still haven't heard back about when you want to have a private conversation. Are you currently in Las Vegas or USA? Also did you return the parking pass to Turnberry?  9:11 PM

Left with the guard house

Can you respond to my last email before we talk  9:57 PM

**1/26/2019**

> I will take the time to write out a reoly as soon as I can. I have a few pending critical issues to finish before launch. Thats why a conversation talking through the items saves a-lot of time. But I appreciate and will respond to your request as soon as I can. When did you turn in the key they do not have history of it?  11:48 AM

SS000248