

# INVOICE
# EKL02012018A

**EklankuMax**
Jln. Merdeka II no 6B Renon - Denpasar, Bali,
Indonesia
Phone : +6281341294646
Email : eklankuofficial@gmail.com

Jerry Ulrich:
**SMASH TECHNOLOGY**
3753 Howard Hughes Pkwy Ste 200
Las Vegas, NV 89169-0952
TAX ID: 82-4971186
888-952-8467

| | |
|---|---|
| Date: | Feb 1, 2018 |
| Payment Terms: | Payment on schedlue before due date |
| Due Date: | Feb 10, 2018 |
| **Balance Due:** | **$0.00** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **Smash Technology Software Security and Vulnerability Testing** **Smash Technology Traffic Engine Hosting, Security and Traffic Network Volume** | 1 | $1,500.00 | $1,500.00 |

| | |
|---|---|
| Subtotal: | $1,500.00 |
| Total: | $1,500.00 |
| Amount Paid: | $1,500.00 |

Terms:
Payment Method :
Bank Wire or Telegraphic Transfer
Paypal
BitCoin

**EXHIBIT 1**

12/1/2018            Liquid Web Account Management



**Liquid Web LLC**
2703 Ena Dr.
Lansing, MI 48917-8585, US
888-801-1308 Toll Free
1-517-322-3249 Int.
TAX ID: 38-3423459
EU VAT: 826478586
ZA VAT: 482028321

## Account Holder

Jerry Ulrich
Smash Technology
3753 Howard Hughes Pkwy Ste 200
Las Vegas, NV 89169-0952
TAX ID: 82-4971186
888-952-8467

## Balance Summary

| | |
|---|---|
| Pending Charges: | $0.00 |
| Unused Payments: | $0.00 |
| **Balance Due (USD):** | **$0.00** |

## Billing Information

| | |
|---|---|
| Account: | 242055 |
| Last Payment: | November 30, 2018 |
| Next Invoice: | December 3, 2018 |

**Invoice #4046626 (paid)**

Invoice Date: September 3, 2018
Due by: September 16, 2018
Service Dates: 08/03/18 - 09/03/18

Cloud VPS Server: daneel.smashsolutions.com

| | | |
|---|---|---|
| Bandwidth Overage: 1.033 GB Overage | $ 0.05 | |
| Sub Total: | | $ 0.05 |

Cloud VPS Server: hal.smashsolutions.com

| | | |
|---|---|---|
| Bandwidth Overage: 1.172 GB Overage | $ 0.06 | |
| Sub Total: | | 0.06 |

Cloud Dedicated Server: marvin.smashsolutions.com

| | | |
|---|---|---|
| Bandwidth Overage: 21.642 GB Overage | $ 1.08 | |
| Sub Total: | | 1.08 |

Cloud VPS Server: media.smashsolutions.com

| | | |
|---|---|---|
| Bandwidth Overage: 0.070 GB Overage | $ 0.00 | |
| Sub Total: | | 0.00 |

Cloud VPS Server: giskard.smashsolutions.com

| | | |
|---|---|---|
| Bandwidth Overage: 13.672 GB Overage | $ 0.68 | |
| Sub Total: | | 0.68 |

Cloud Dedicated Server: data.smashsolutions.com

| | | |
|---|---|---|
| Bandwidth Overage: 0.167 GB Overage | $ 0.01 | |
| Sub Total: | | 0.01 |

| 12/1/2018 | Liquid Web Account Management | | | | |
|---|---|---|---|---|---|
| Cloud VPS Server: ads.smashsolutions.com | | | | | |
| Bandwidth Overage: 11.703 GB Overage | | $ 0.59 | | | |
| Backup Storage: 110969.961 GB Hours | | $ 15.54 | | | |
| Sub Total: | | | 16.13 | | |
| Cloud Dedicated Server: genmachine.thegenmachine.com | | | | | |
| Bandwidth Overage: 0.838 GB Overage | | $ 0.04 | | | |
| Sub Total: | | | $ 0.04 | | |
| Total Taxes on Invoice: | | | | $ 1.22* | |
| Total Charges on Invoice: | | | | $ 19.27 | |
| Used Credit Card Payment Created on 2018-09-03 | | | $ -19.27 | | |
| Total Payments for Invoice: | | | | $ -19.27 | |
| Total Due on Invoice: | | | | | $ 0.00 |

\* Applicable sales tax has been applied per local, state, and federal regulations.

Liquid Web's Terms of Services found at https://www.liquidweb.com/about-us/policies/ are incorporated herein by reference.