```
            Wells Fargo Bank
           Transaction Receipt


  … m000??? 2                    Deposit

                                 XXXXXX0164
  …nt Number
  …119                                     1
  …er of Checks
  … Listing
                                  $40,000.00

  : Checks Amount         $40,000.00
  : Deposit               $40,000.00

  …t Availability
  …00 of your deposit is
  …ed in your available balance.

  …00.00 will be available on
  day  12/04/18




  …action #: …0071
  …?M   12/01/18
  …t Credit Date: 12/03/18




  …k for your business

  … the convenience of

  …ing appointments online at

  …lsfargo.com/appointments
```

EXHIBIT 2