

**AMERICA FIRST**
CREDIT UNION

*Members come first.*

America First Credit Union
Central Processing
Phone: 1-800-999-3961
Trans. ID: 1813418166033694
Employee ID: 8134 001-10
Date: 09/28/2018
Time: 14:21:39 MT

Member Name: JJ ULRICH
Account Number:    XXXXXX023-7

----------Wire Transfer---------
From Type:     Share Savings 1
Wire Amount:        $20,000.00
Account Fee:            $15.00
Ending Balance:     ▓▓▓▓▓▓▓▓

Daytime Number:   (801)381-5111

----------Destination----------
ABA Number:         121000248
Bank Name:     Wells Fargo Bank,
                              Na
City:            San Francisco
State:              California
----------Beneficiary----------
Beneficiary Name: FERACODE LLC
Account #:          5372430164
--------------------------------
Note: Transfer requests and changes received after 3:45 PM MST will be processed as of the following business day.
--------------------------------

Home is where the cash is - and now's a great time to maximize your equity with a low-rate loan from America First. We offer fixed & variable options, flexible terms, potential tax advantages and more. Apply today.

--------------------------------

**EXHIBIT 3**



**AMERICA FIRST**
CREDIT UNION

*Members come first.*

America First Credit Union
Central Processing
Phone: 1-800-999-3961
Trans. ID: 1813410572583114
Employee ID: 8134 001-10
Date: 10/26/2018
Time: 10:50:48 MT

Member Name: JJ ULRICH
Account Number:     XXXXXX023-7

----------Wire Transfer--------
From Type:           Checking 9
Wire Amount:        $30,000.00
Account Fee:            $15.00
Ending Balance:     [redacted]

Daytime Number:   (801)381-5111

----------Destination----------
ABA Number:         121000248
Bank Name:    Wells Fargo Bank,
                             Na
City:            San Francisco
State:              California
----------Beneficiary---------
Beneficiary Name: FERACODE LLC
Account #:         5372430164
------------------------------
Note:Transfer requests and
changes received after 3:45 PM
MST will be processed as of
the following business day.
------------------------------

Home is where the cash is - and
now's a great time to maximize
your equity with a low-rate
loan from America First. We
offer fixed & variable options,
flexible terms, potential tax
advantages and more. Apply
today.

------------------------------



**AMERICA FIRST**
CREDIT UNION

*Members come first.*

America First Credit Union
Central Processing
Phone: 1-800-999-3961
Trans. ID: 1796411191815498
Employee ID: 7964 001-3
Date: 11/02/2018
Time: 14:51:42 MT

Member Name: JJ ULRICH
Account Number:     XXXXXX023-7

---------Wire Transfer---------
From Type:           Checking 9
Wire Amount:         $20,000.00
Account Fee:             $15.00
Ending Balance:      ▮▮▮▮▮▮▮▮

Daytime Number:  (801)381-5111

----------Destination----------
ABA Number:           121000248
Bank Name:    Wells Fargo Bank,
                             Na
City:             San Francisco
State:               California
----------Beneficiary---------
Beneficiary Name: FERACODE LLC
Account #:          5372430164
-------------------------------
Note:Transfer requests and
changes received after 3:45 PM
MST will be processed as of
the following business day.
-------------------------------

Home is where the cash is - and
now's a great time to maximize
your equity with a low-rate
loan from America First. We
offer fixed & variable options,
flexible terms, potential tax
advantages and more. Apply
today.

-------------------------------



**AMERICA FIRST**
CREDIT UNION

*Members come first.*

America First Credit Union
Central Processing
Phone: 1-800-999-3961
Trans. ID: 1601812148597927
Employee ID: 6018 001-2
Date: 11/13/2018
Time: 15:37:44 MT

Member Name: JJ ULRICH
Account Number:      XXXXXX023-7

----------Wire Transfer---------
From Type:       Share Savings 1
Wire Amount:          $20,000.00
Account Fee:              $15.00
Ending Balance:        [redacted]

Daytime Number:   (801)381-5111

----------Destination----------
ABA Number:            121000248
Bank Name:    Wells Fargo Bank,
                              Na
City:             San Francisco
State:               California
----------Beneficiary---------
Beneficiary Name: FERACODE LLC
Account #:         5372430164
--------------------------------

Note:Transfer requests and
changes received after 3:45 PM
MST will be processed as of
the following business day.
--------------------------------

Home is where the cash is - and
now's a great time to maximize
your equity with a low-rate
loan from America First. We
offer fixed & variable options,
flexible terms, potential tax
advantages and more. Apply
today.

--------------------------------



## AMERICA FIRST
CREDIT UNION

*Members come first.*

America First Credit Union
Central Processing
Phone: 1-800-999-3961
Trans. ID: 1516212406905456
Employee ID: 5162 001-9
Date: 11/16/2018
Time: 15:22:29 MT

Member Name: JJ ULRICH
Account Number:    XXXXXX023-7

---------Wire Transfer---------
From Type:          Checking 9
Wire Amount:        $9,000.00
Account Fee:           $15.00
Ending Balance:    ▓▓▓▓▓▓▓▓

Daytime Number:   (801)381-5111

---------Destination----------
ABA Number:          121000248
Bank Name:    Wells Fargo Bank,
                            Na
City:           San Francisco
State:             California
----------Beneficiary---------
Beneficiary Name: FERACODE LLC
Account #:          5372430164
------------------------------
Note:Transfer requests and
changes received after 3:45 PM
MST will be processed as of
the following business day.
------------------------------

Home is where the cash is - and
now's a great time to maximize
your equity with a low-rate
loan from America First. We
offer fixed & variable options,
flexible terms, potential tax
advantages and more. Apply
today.

------------------------------