

# INVOICE
# INV-001155
PAID

**Feracode**
Web Development Sandy Utah
84094
+8015503939

**Bill To**
Smash Technology

Invoice Date: 04-20-2018
Due Date: 05-20-2018
Project: Smash

| # | Item | Qty | Rate | Amount |
|---|------|-----|------|--------|
| 1 | **1- Milestone**<br>Requisites<br>Documentation<br>Scope<br>Prototype | 1 | 76,000.00 | 76,000.00 |

| | |
|---|---|
| Sub Total | $76,000.00 |
| Total | $76,000.00 |
| Total Paid | -$76,000.00 |
| Amount Due | $0.00 |

### Transactions

| Payment # | Payment Mode | Date | Amount |
|-----------|--------------|------|--------|
| 38 | Bank | 03-23-2018 | $76,000.00 |

**EXHIBIT 4**



# INVOICE
# INV-001155
PAID

**Feracode**
Web Development Sandy Utah
84094
+8015503939

**Bill To**
Smash Technology

Invoice Date: 04-20-2018
Due Date: 05-20-2018
Project: Smash

| # | Item | Qty | Rate | Amount |
|---|------|-----|------|--------|
| 1 | 1- Milestone<br>Requisites<br>Documentation<br>Scope<br>Prototype | 1 | 76,000.00 | 76,000.00 |

| | |
|---|---|
| Sub Total | $76,000.00 |
| Total | $76,000.00 |
| Total Paid | -$76,000.00 |
| Amount Due | $0.00 |

### Transactions

| Payment # | Payment Mode | Date | Amount |
|-----------|--------------|------|--------|
| 38 | Bank | 03-23-2018 | $76,000.00 |



**INVOICE**
# INV-001155
PAID

**Feracode**
Web Development Sandy Utah
84094
8015503939

**Bill To**
Smash Technology

Invoice Date: 04-20-2018
Due Date: 05-11-2018
Project: Smash

| # | Item | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | 2 - Milestone<br>Web Services Settings<br>Development of Contacts<br>Full Prototype Alfa and Beta<br>Final Documentation Alfa and Beta | 1 | 79,000.00 | 79,000.00 |

|  |  |
|---|---|
| Sub Total | $79,000.00 |
| Total | $79,000.00 |
| Total Paid | -$79,000.00 |
| Amount Due | $0.00 |

### Transactions

| Payment # | Payment Mode | Date | Amount |
|---|---|---|---|
| 40 | Bank | 05-25-2018 | $39,973.00 |
| 41 | Bank | 06-12-2018 | $39,000.00 |
| 42 | Bank | 06-22-2018 | $27.00 |

### Note:

Here is the NEW information for the WIRE TRANSFER.

Business Checking Account - Feracode LLC

Account number:
5372430164

Routing number Wire transfers - domestic:
121000248

For International SWIFT/BIC code:
WFBIUS6S



**Feracode**
Web Development Sandy Utah
84094
-8015503939

**INVOICE**
# INV-001159
PAID

**Bill To**
Smash Technology

Invoice Date: 08-06-2018
Due Date: 10-05-2018
Project: Smash

| # | Item | Qty | Rate | Amount |
|---|------|-----|------|--------|
| 1 | **4 - Milestone**<br>Delivering Calendar and Starting tasks. 5 Sprints + Starting Website Development and Integration. | 1 | 79,000.00 | 79,000.00 |

|  |  |
|---|---|
| **Sub Total** | $79,000.00 |
| **Total** | $79,000.00 |
| **Total Paid** | -$79,000.00 |
| **Amount Due** | $0.00 |

### Transactions

| Payment # | Payment Mode | Date | Amount |
|-----------|--------------|------|--------|
| 49 | Bank | 08-27-2018 | $20,000.00 |
| 50 | Bank | 09-07-2018 | $20,000.00 |
| 51 | Bank | 09-28-2018 | $20,000.00 |
| 52 | Bank | 10-04-2018 | $19,000.00 |



# INVOICE
# INV-001163
PAID

**Feracode**
Web Development Sandy Utah
84094
+8015503939

**Bill To**
Smash Technology

Invoice Date: 06-22-2018
Due Date: 07-02-2018
Project: Smash

| # | Item | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | **3 - Milestone**<br>Contacts Part 2 (complete contacts with backend)<br>Start of Calendar<br>Web Site Mockup Revised | 1 | 79,000.00 | 79,000.00 |

| | |
|---|---|
| **Sub Total** | $79,000.00 |
| **Total** | $79,000.00 |
| **Total Paid** | -$79,000.00 |
| **Amount Due** | $0.00 |

## Transactions

| Payment # | Payment Mode | Date | Amount |
|---|---|---|---|
| 43 | Bank | 07-13-2018 | $20,000.00 |
| 44 | Bank | 07-17-2018 | $20,000.00 |
| 45 | Bank | 07-26-2018 | $20,000.00 |
| 46 | Bank | 08-06-2018 | $19,000.00 |

Case 2:19-cv-00105-TC Document 38-28 Filed 06/21/19 PageID.623 Page 6 of 10



**Feracode**
Web Development Sandy Utah
84094
-8015503939

**INVOICE**
# INV-001164

**Bill To**
Smash Technology

Invoice Date: 08-21-2018
Due Date: 09-03-2018
Project: Smash

| # | Item | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | **5 - Milestone** <br> Deliver tasks on September. Start profiles and Deliver it on October. Starts Workspace and the I-commerce website + implementing old feedback. | 1 | 79,000.00 | 79,000.00 |

|  |  |
|---|---|
| Sub Total | $79,000.00 |
| Total | $79,000.00 |
| Total Paid | -$50,000.00 |
| Amount Due | $29,000.00 |

### Transactions

| Payment # | Payment Mode | Date | Amount |
|---|---|---|---|
| 54 | Bank | 10-26-2018 | $30,000.00 |
| 56 | Bank | 11-02-2018 | $20,000.00 |



# INVOICE
# INV-001166
UNPAID

**Feracode**  
Web Development Sandy Utah  
84094  
+8015503939

**Bill To**  
Smash Technology

Invoice Date: 10-22-2018  
Due Date: 11-21-2018  
Sale Agent: Wladimir Ribeiro  
Project: Smash

| # | Item | Qty | Rate | Amount |
|---|------|-----|------|--------|
| 1 | Milestone 6 | 1 | 79,000.00 | 79,000.00 |

| | |
|---|---|
| Sub Total | $79,000.00 |
| Total | $79,000.00 |
| Amount Due | $79,000.00 |



# INVOICE
# INV-001167
UNPAID - PAY INVOICE

**Feracode**
Web Development Sandy Utah
84094
+8015503939

**Bill To**
**Smash Technology**

Invoice Date: 12-17-2018
Due Date: 01-31-2019
Project: Smash

| # | Item | Qty | Rate | Amount |
|---|------|-----|------|--------|
| 1 | **7 - Milestone (Alpha delivery)**<br>Complete Dashboard, Complete direct share, Complete Calendar, Complete Contacts, Complete Workspace, Complete profiles, Complete Cards, Complete Task. Import of contact Function and database. Testing, Deploying to live production, integrating with the website and final payment setup. | 1 | 149,000.00 | 149,000.00 |

| | |
|---|---|
| **Sub Total** | $149,000.00 |
| **Total** | $149,000.00 |
| **Amount Due** | $149,000.00 |



**Feracode**
Web Development Sandy Utah
84094
+8015503939

# INVOICE
# INV-001168
UNPAID - PAY INVOICE

**Bill To**
**Smash Technology**

Invoice Date: 02-01-2019
Due Date: 03-04-2019
Project: Smash

| # | Item | Qty | Rate | Amount |
|---|------|-----|------|--------|
| 1 | **8º Milestone (Start of Beta)**<br>Scope for Beta development. All the functionalities and time frame are specified in here for Beta. Mockup, Requirements, and Final approval of All functionalities. Creation of chat functionality. Start of the automated marketing tool. | 1 | 205,000.00 | 205,000.00 |

| | |
|---|---|
| **Sub Total** | $205,000.00 |
| **Total** | $205,000.00 |
| **Amount Due** | $205,000.00 |

Bank name Wells Fargo Bank, N.A

Bank address:
420 Montgomery city & state San Francisco, CA 94104

CHIPS Participant 0407