

# Invoice #2502

Apr 13, 2018

✓ PAID

| BILL TO | FROM |
|---|---|
| **Smash Technology** | **Samuel Potter** |
| 3753 Howard Hughes Parkway, Suite 200 | 14701 Nestled Cove |
| Las Vegas, Nevada 89169 | Draper, UT 89020 |
| sam.potter@smashtechnology.com | sampotter01@gmail.com l +1 3609894748 |

| INVOICE ITEMS | AMOUNT |
|---|---|
| Weekly development fee for working on Smash Tech and VIP Consulting | $1,000.00 |

| | |
|---:|---:|
| Total | $1,000.00 |
| Payment | -$1,000.00 |
| **Invoice balance** | **$0.00** |

MESSAGE
Wire to Samuel Potter, Bank of America, Acct#: 138118450278
Routing #: 125000024, Wires: 026009593
Thanks for your business.

**EXHIBIT 5**

# Invoice #2501

Apr 16, 2018

✓ PAID



BILL TO
**Smash Technology**
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
sam.potter@smashtechnology.com

FROM
**Samuel Potter**
14701 Nestled Cove
Draper, UT 89020
sampotter01@gmail.com | +1 3609894748

| INVOICE ITEMS | AMOUNT |
|---|---|
| Weekly development fee for working on Smash Tech and VIP Consulting | $1,000.00 |

| | |
|---|---|
| Total | $1,000.00 |
| Payment | -$1,000.00 |
| **Invoice balance** | **$0.00** |

MESSAGE
Wire to Samuel Potter, Bank of America, Acct#: 138118450278
Routing #: 125000024, Wires: 026009593
Thanks for your business.



# Invoice #2503

Apr 20, 2018

✅ **PAID**

| BILL TO | FROM |
|---|---|
| **Smash Technology** | **Samuel Potter** |
| 3753 Howard Hughes Parkway, Suite 200 | 14701 Nestled Cove |
| Las Vegas, Nevada 89169 | Draper, UT 89020 |
| accounting@smashtechnology.com | sampotter01@gmail.com I +1 3609894748 |

| INVOICE ITEMS | AMOUNT |
|---|---|
| Weekly development fee for working on Smash Tech and VIP Consulting | $1,000.00 |

|  |  |
|---|---|
| Total | $1,000.00 |
| Payment | -$1,000.00 |
| **Invoice balance** | **$0.00** |

MESSAGE

Wire to Samuel Potter, Bank of America, Acct#: 138118450278
Routing #: 125000024, Wires: 026009593
Thanks for your business.



# Invoice #2504

May 04, 2018

✓ PAID

BILL TO
**Smash Technology**
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
accounting@smashtechnology.com

FROM
**Samuel Potter**
14701 Nestled Cove
Draper, UT 89020
sampotter01@gmail.com | +1 3609894748

| INVOICE ITEMS | AMOUNT |
|---|---|
| Weekly development fee for working on Smash Tech and VIP Consulting - Week of Apr 27, 2018 - May 4, 2018 | $1,000.00 |
| Weekly development fee for working on Smash Tech and VIP Consulting - Week of May 5, 2018 - May 11, 2018 | $1,000.00 |

|  |  |
|---|---|
| Total | $2,000.00 |
| Payment | -$2,000.00 |
| **Invoice balance** | **$0.00** |

MESSAGE
Wire to Samuel Potter, Bank of America, Acct#: 138118450278
Routing #: 125000024, Wires: 026009593
Thanks for your business.



# Invoice #2505

May 11, 2018

✓ PAID

BILL TO
**Smash Technology**
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
accounting@smashtechnology.com

FROM
**Samuel Potter**
14701 Nestled Cove
Draper, UT 89020
sampotter01@gmail.com | +1 3609894748

| INVOICE ITEMS | AMOUNT |
|---|---|
| Bi-Monthly development fee for working on Smash Tech and VIP Consulting - From 5/11/18 through 5/25/18 | $2,000.00 |

| | |
|---|---|
| Total | $2,000.00 |
| Payment | -$2,000.00 |
| **Invoice balance** | **$0.00** |

MESSAGE
Wire to Samuel Potter, Bank of America, Acct#: 138118450278
Routing #: 125000024, Wires: 026009593
Thanks for your business.



# Invoice #2506

May 25, 2018

✅ PAID

BILL TO
**Smash Technology**
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
accounting@smashtechnology.com

FROM
**Samuel Potter**
14701 Nestled Cove
Draper, UT 89020
sampotter01@gmail.com | +1 3609894748

| INVOICE ITEMS | AMOUNT |
|---|---|
| Bi-Monthly development fee for working on Smash Tech and VIP Consulting - From 5/27/18 through 6/08/18 | $2,000.00 |

| | |
|---|---|
| Total | $2,000.00 |
| Payment | -$2,000.00 |
| **Invoice balance** | **$0.00** |

MESSAGE
Wire to Samuel Potter, Bank of America, Acct#: 138118450278
Routing #: 125000024, Wires: 026009593
Thanks for your business.



# Invoice #2507

Jun 08, 2018

✅ **PAID**

| | |
|---|---|
| **BILL TO** | **FROM** |
| **Smash Technology** | **Samuel Potter** |
| 3753 Howard Hughes Parkway, Suite 200 | 14701 Nestled Cove |
| Las Vegas, Nevada 89169 | Draper, UT 89020 |
| accounting@smashtechnology.com | sampotter01@gmail.com l +1 3609894748 |

| INVOICE ITEMS | AMOUNT |
|---|---|
| Bi-Monthly development fee for working on Smash Tech and VIP Consulting - From 6/8/18 through 6/28/18 | $2,000.00 |

| | |
|---|---|
| Total | $2,000.00 |
| Payment | -$2,000.00 |
| **Invoice balance** | **$0.00** |

MESSAGE
This is an update to the previously sent invoice #2507 which had the incorrect invoice and due dates on it.
Wire to Samuel Potter, Bank of America, Acct#: 138118450278
Routing #: 125000024
Thanks for your business.



# Invoice #2508

Jun 14, 2018

✓ PAID

BILL TO
**Smash Technology**
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
accounting@smashtechnology.com

FROM
**Samuel Potter**
14701 Nestled Cove
Draper, UT 89020
sampotter01@gmail.com | +1 3609894748

| INVOICE ITEMS | AMOUNT |
|---|---|
| Bi-Monthly development fee for working on Smash Tech and VIP Consulting - From 6/14/18 through 6/28/18 | $2,000.00 |

| | |
|---:|---:|
| Total | $2,000.00 |
| Payment | -$2,000.00 |
| **Invoice balance** | **$0.00** |

MESSAGE
Wire to Samuel Potter, Bank of America, Acct#: 138118450278
Routing #: 125000024
Thanks for your business.



# Invoice #2509

Jun 28, 2018

✓ PAID

BILL TO
**Smash Technology**
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
accounting@smashtechnology.com

FROM
**Samuel Potter**
14701 Nestled Cove
Draper, UT 89020
sampotter01@gmail.com | +1 3609894748

| INVOICE ITEMS | AMOUNT |
|---|---|
| Bi-Monthly development fee for working on Smash Tech and VIP Consulting - From 6/28/18 through 7/12/18 | $2,000.00 |

| | |
|---|---|
| Total | $2,000.00 |
| Payment | -$2,000.00 |
| **Invoice balance** | **$0.00** |

MESSAGE
v
Thanks for your business.



# Invoice #2510

Jul 12, 2018

✓ PAID

BILL TO
**Smash Technology**
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
accounting@smashtechnology.com

FROM
**Samuel Potter**
14701 Nestled Cove
Draper, UT 89020
sampotter01@gmail.com | +1 3609894748

| INVOICE ITEMS | AMOUNT |
|---|---|
| Bi-Monthly development fee for working on Smash Tech and VIP Consulting - From 7/12/18 through 7/27/18 | $2,000.00 |

| | |
|---:|---:|
| Total | $2,000.00 |
| Payment | -$2,000.00 |
| **Invoice balance** | **$0.00** |

MESSAGE
Wire to Samuel Potter, Bank of America, Acct#: 138118450278
Routing #: 125000024
Thanks for your business.



# Invoice #2511

Jul 27, 2018

✓ PAID

BILL TO
**Smash Technology**
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
accounting@smashtechnology.com

FROM
**Samuel Potter**
14701 Nestled Cove
Draper, UT 89020
sampotter01@gmail.com | +1 3609894748

| INVOICE ITEMS | AMOUNT |
|---|---|
| Bi-Monthly development fee for working on Smash Tech and VIP Consulting - From 7/27/18 through 8/10/18 | $2,000.00 |

|  |  |
|---|---|
| Total | $2,000.00 |
| Payment | -$2,000.00 |
| **Invoice balance** | **$0.00** |

MESSAGE
Wire to Samuel Potter, Bank of America, Acct#: 138118450278
Routing #: 125000024
Thanks for your business.

# Invoice #2512

Aug 10, 2018

✓ PAID



BILL TO
**Smash Technology**
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
accounting@smashtechnology.com

FROM
**Samuel Potter**
14701 Nestled Cove
Draper, UT 89020
sampotter01@gmail.com | +1 3609894748

| INVOICE ITEMS | AMOUNT |
|---|---|
| Bi-Monthly development fee for working on Smash Tech and VIP Consulting - From 8/10/18 through 8/24/18 | $2,000.00 |

| | |
|---|---|
| Total | $2,000.00 |
| Payment | -$2,000.00 |
| **Invoice balance** | **$0.00** |

MESSAGE
Wire to Samuel Potter, Bank of America, Acct#: 138118450278
Routing #: 125000024
Thanks for your business.



# Invoice #2514

Aug 24, 2018

✓ PAID

BILL TO
**Smash Technology**
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
accounting@smashtechnology.com

FROM
**Samuel Potter**
14701 Nestled Cove
Draper, UT 89020
sampotter01@gmail.com | +1 3609894748

| INVOICE ITEMS | AMOUNT |
|---|---|
| Bi-Monthly development fee for working on Smash Tech and VIP Consulting - From 8/24/18 through 9/7/18 | $2,000.00 |

| | |
|---|---|
| Total | $2,000.00 |
| Payment | -$2,000.00 |
| **Invoice balance** | **$0.00** |

MESSAGE
Thanks for your business.



# Invoice #2515

Sep 07, 2018

✅ **PAID**

BILL TO
**Smash Technology**
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
accounting@smashtechnology.com

FROM
**Samuel Potter**
14701 Nestled Cove
Draper, UT 89020
sampotter01@gmail.com | +1 3609894748

| INVOICE ITEMS | AMOUNT |
| --- | --- |
| Bi-Monthly development fee for working on Smash Tech and VIP Consulting - From 9/7/18 through 9/21/18 | $2,000.00 |

| | |
| --- | --- |
| Total | $2,000.00 |
| Payment | -$2,000.00 |
| **Invoice balance** | **$0.00** |

MESSAGE
Thanks for your business.



# Invoice #2516

Sep 21, 2018

✓ PAID

BILL TO
**Smash Technology**
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
accounting@smashtechnology.com

FROM
**Samuel Potter**
14701 Nestled Cove
Draper, UT 89020
sampotter01@gmail.com | +1 3609894748

| INVOICE ITEMS | AMOUNT |
|---|---|
| Bi-Monthly development fee for working on Smash Tech and VIP Consulting - From 9/21/18 through 10/5/18 | $2,000.00 |

|  |  |
|---|---|
| Total | $2,000.00 |
| Payment | -$2,000.00 |
| **Invoice balance** | **$0.00** |

MESSAGE
Thanks for your business.



# Invoice #2517

Oct 05, 2018

✓ PAID

**BILL TO**
**Smash Technology**
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
accounting@smashtechnology.com

**FROM**
**Samuel Potter**
14701 Nestled Cove
Draper, UT 89020
sampotter01@gmail.com | +1 3609894748

| INVOICE ITEMS | AMOUNT |
|---|---|
| Bi-Monthly development fee for working on Smash Tech and VIP Consulting - From 10/5/18 through 10/19/18 | $2,000.00 |

| | |
|---:|---:|
| Total | $2,000.00 |
| Payment | -$2,000.00 |
| **Invoice balance** | **$0.00** |

MESSAGE
Thanks for your business.



# Invoice #2518

Oct 19, 2018

✓ PAID

**BILL TO**
**Smash Technology**
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
accounting@smashtechnology.com

**FROM**
**Samuel Potter**
14701 Nestled Cove
Draper, UT 89020
sampotter01@gmail.com | +1 3609894748

| INVOICE ITEMS | AMOUNT |
|---|---|
| Bi-Monthly development fee for working on Smash Tech and VIP Consulting - From 10/19/18 through 11/2/18 | $2,000.00 |

| | |
|---|---|
| Total | $2,000.00 |
| Payment | -$2,000.00 |
| **Invoice balance** | **$0.00** |

MESSAGE
Thanks for your business.



# Invoice #2519

Nov 02, 2018

✓ PAID

**BILL TO**
**Smash Technology**
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
accounting@smashtechnology.com

**FROM**
**Samuel Potter**
14701 Nestled Cove
Draper, UT 89020
sampotter01@gmail.com | +1 3609894748

| INVOICE ITEMS | AMOUNT |
|---|---|
| Bi-Monthly development fee for working on Smash Tech and VIP Consulting - From 11/2/18 through 11/16/18 | $2,000.00 |

|   |   |
|---|---|
| Total | $2,000.00 |
| Payment | -$2,000.00 |
| **Invoice balance** | **$0.00** |

MESSAGE
Thanks for your business.



# Invoice #2528

Nov 16, 2018

✓ PAID

BILL TO
**Smash Technology**
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
accounting@smashtechnology.com

FROM
**Samuel Potter**
14701 Nestled Cove
Draper, UT 89020
sampotter01@gmail.com | +1 3609894748

| INVOICE ITEMS | AMOUNT |
|---|---|
| Bi-Monthly development fee for working on Smash Tech and VIP Consulting - From 11/2/18 through 11/16/18 | $2,000.00 |

| | |
|---:|---:|
| Total | $2,000.00 |
| Payment | -$2,000.00 |
| **Invoice balance** | **$0.00** |

MESSAGE
Thanks for your business.



# Invoice #2527

Nov 30, 2018

BILL TO
**Smash Technology**
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
accounting@smashtechnology.com

FROM
**Samuel Potter**
14701 Nestled Cove
Draper, UT 89020
sampotter01@gmail.com | +1 3609894748

| INVOICE ITEMS | AMOUNT |
|---|---|
| Bi-Monthly development fee for working on Smash Tech and VIP Consulting - From 11/16/18 through 11/30/18 | $2,000.00 |

# $2,000.00
PAYMENT DUE **NOV 30, 2018**

MESSAGE
Thanks for your business.