# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>  Plaintiffs,<br>vs.<br><br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; and JOHN DOES 1-3;<br><br>  Defendants. | **ORDER APPROVING STIPULATION AND MOTION FOR EXTENSION OF DEADLINES**<br><br>Civil No. 2:19-cv-00105-DAK<br><br>Judge Tena Campbell |
| SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; and JOHN DOES 1-3;<br><br>  Counterclaim Plaintiffs,<br>vs.<br><br>SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>  Counterclaim Defendants. | |

This matter comes before the Court pursuant to the Stipulation and Motion for Extension of Deadlines, filed by counsel for Defendants Smash Solutions, LLC and Jerry Ulrich and Plaintiffs Smash Technology, LLC and Michael Alexander.  Based thereon, and for good cause appearing, the Court hereby ORDERS that the extensions of time as set forth in the Stipulation are approved.

2

IT IS SO ORDERED.

DATED this _____ day of June, 2019.

BY THE COURT:

_____
HONORABLE TENA CAMPBELL
UNITED STATES DISTRICT COURT JUDGE

APPROVED AS TO FORM:

HOLLAND & HART

 */s/ Darren G. Reid*
*(Signed w/permission of Darren G. Reid)*
DARREN G. REID
BRANDON T. CHRISTENSEN
*Attorneys for Plaintiffs*