IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; and JOHN DOES 1-3,<br><br>Defendants. | ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF DEADLINES<br><br>Case No. 2:19-cv-00105-TC<br><br>Judge Tena Campbell |

This matter comes before the Court pursuant to the Stipulation and Motion for Extension of Deadlines (ECF No. 39), filed by counsel for Defendants Smash Solutions, LLC and Jerry Ulrich and Plaintiffs Smash Technology, LLC and Michael Alexander. Based thereon, and for good cause appearing, the Court GRANTS the motion. The extensions of time set forth below are approved.

1. Defendants' response to Plaintiffs' Motion for Leave to File First Amended Complaint (ECF No. 36) is due on July 15, 2019.

2. Plaintiffs' time to respond to Defendants' first set of discovery requests is extended to July 19, 2019.

3. Defendants' Reply Memorandum in support of their Motion for Partial Summary Judgment (ECF No. 32) is due July 19, 2019.

4. Defendants' responses to Plaintiffs' first set of discovery requests are due July 26, 2019.

SO ORDERED this 26th day of June, 2019.

BY THE COURT:

*Tena Campbell*
TENA CAMPBELL
U.S. District Court Judge