Darren G. Reid (11163)
Brandon T. Christensen (16420)
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, Utah  84101
Telephone:  (801) 799-5800
Facsimile:  (801) 799-5700
dgreid@hollandhart.com
btchristensen@hollandhart.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; SMASH INNOVATIONS, LLC, a Wyoming limited liability company, and FERACODE, LLC, a Utah limited liability company;<br><br>Defendants. | **ACCEPTANCE AND WAIVER OF SERVICE OF SUMMONS**<br><br>Case No. 2:19-cv-00105-TC<br><br>Judge Tena Campbell |

Matthew C. Barneck, of the law firm of Richards Brandt Miller Nelson, counsel for Defendant Smash Innovations, LLC, hereby acknowledges and accepts waiver of service of the Summons and First Amended Complaint.  The undersigned agrees that this acceptance of waiver

of service is effective under the Federal Rules of Civil Procedure. Smash Innovations will have thirty (30) day to respond to the First Amended Complaint from the date of this acceptance.

Dated this 20th day of August, 2019.

**RICHARDS BRANDT MILLER NELSON**

/s/ Matthew C. Barneck
*(Signed by filing attorney with permission of Matthew C. Barneck)*
Matthew C. Barneck
*Attorneys for Smash Innovations, LLC*

13437144_v1