IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, and individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SMASH SOLUTIONS, LLC, et al.,<br><br>Defendants. | AMENDED ORDER<br><br>Case No. 2:19-CV-105-TC |

On August 14, 2019, the court held a hearing on three motions. The court's ruling, delivered from the bench, was memorialized in the court's Minute Entry at docket number 49. To clarify the court's ruling, this order hereby modifies that minute entry order. For the reasons set forth at the close of the August 14, 2019 hearing, the court ORDERS as follows:

1. Plaintiffs' Motion for Leave to File First Amended Complaint (ECF No. 36), is GRANTED.

2. Defendants' Partial Motion to Dismiss (ECF No. 26) is DENIED AS MOOT.

3. Defendants' Motion for Partial Summary Judgment (ECF No. 32) is DENIED. If, at the close of discovery, the Defendants believe that a renewed motion for summary judgment is warranted, they may file one.

DATED this 20th day of August, 2019.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
U.S. District Court Judge