MATTHEW C. BARNECK [5249]
ZACHARY E. PETERSON [8502]
KRISTINA H. RUEDAS [14306]
RICHARDS BRANDT MILLER NELSON
*Attorneys for Defendants and Counterclaim Plaintiffs*
  *Smash Solutions, LLC, Jerry "J.J." Ulrich, and*
  *Smash Innovations, LLC*
Wells Fargo Center, 15th Floor
299 South Main Street
P.O. Box 2465
Salt Lake City, Utah  84110-2465
Email: matthew-barneck@rbmn.com
        zachary-peterson@rbmn.com
        kristina-ruedas@rbmn.com
Telephone: (801) 531-2000
Fax No.: (801) 532-5506

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>   Plaintiffs,<br><br>vs.<br><br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; SMASH INNOVATIONS, LLC, a Wyoming limited liability company; and FERACODE, LLC, a Utah limited liability company;  and JOHN DOES 1-3;<br><br>   Defendants. | **STIPULATED MOTION TO EXTEND DATE FOR ANSWERS TO AMENDED COMPLAINT**<br><br><br>Civil No. 2:19-cv-00105-TC<br><br>Judge Tena Campbell |

| | |
|---|---|
| SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; and JOHN DOES 1-3;<br><br>    Counterclaim Plaintiffs,<br><br>vs.<br><br>SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>    Counterclaim Defendants. | |

Defendants and Counterclaim Plaintiffs, Smash Solutions, LLC, Jerry Ulrich, and Smash Innovations, LLC, by and through counsel, Matthew C. Barneck, Zachary E. Peterson, and Kristina H. Ruedas of the law firm RICHARDS BRANDT MILLER NELSON, and Plaintiff and Counterclaim Defendants, Smash Technology, LLC and Michael Alexander, by and through counsel, Darren G. Reid, and Brandon T. Christensen of the law firm HOLLAND & HARD LLP, hereby stipulate and agree to extend the date by which Smash Solutions and Jerry Ulrich are required to respond to Plaintiffs' First Amended Complaint until September 19, 2019. A proposed order accompanies this stipulated motion.

DATED this 27th day of August, 2019.

                                            HOLLAND & HARD LLP

                                            */s/ Darren G. Reid (with permission)*
                                            DARREN G. REID
                                            BRANDON T. CHRISTENSEN
                                            *Attorneys for Plaintiffs and*
                                            *Counterclaim Defendants*

DATED this 27th day of August, 2019.

                                                RICHARDS BRANDT MILLER NELSON

                                                *s/ Zachary E. Peterson*
                                          MATTHEW C. BARNECK
                                          ZACHARY E. PETERSON
                                          KRISTINA H. RUEDAS
                                          *Attorneys for Defendants and Counterclaim*
                                          *Plaintiffs Smash Solutions, LLC, Jerry "J.J."*
                                          *Ulrich, and Smash Innovations, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of August, 2019, I electronically filed the foregoing **STIPULATED MOTION TO EXTEND DATE FOR ANSWERS TO AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

> Darren G. Reid
> Brandon T. Christensen
> Holland & Hart LLP
> 222 South Main Street, Suite 2200
> Salt Lake City, UT 84101
> dgreid@hollandhart.com
> btchristensen@hollandhart.com
> *Attorneys for Plaintiffs and*
> *Counterclaim Defendants*

                                                                         */s/  Zachary E. Peterson*

G:\EDSI\DOCS\21981\0002\19I4027.DOC