MATTHEW C. BARNECK [5249]
ZACHARY E. PETERSON [8502]
KRISTINA H. RUEDAS [14306]
RICHARDS BRANDT MILLER NELSON
*Attorneys for Defendants and Counterclaim Plaintiffs*
  *Smash Solutions, LLC, Jerry "J.J." Ulrich, and*
  *Smash Innovations, LLC*
Wells Fargo Center, 15th Floor
299 South Main Street
P.O. Box 2465
Salt Lake City, Utah  84110-2465
Email: matthew-barneck@rbmn.com
       zachary-peterson@rbmn.com
       kristina-ruedas@rbmn.com
Telephone: (801) 531-2000
Fax No.: (801) 532-5506

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; SMASH INNOVATIONS, LLC, a Wyoming limited liability company; and FERACODE, LLC, a Utah limited liability company;  and JOHN DOES 1-3;<br><br>Defendants. | **ORDER ON STIPULATED MOTION TO EXTEND DATE FOR ANSWERS TO AMENDED COMPLAINT**<br><br><br>Civil No. 2:19-cv-00105-TC<br><br>Judge Tena Campbell |

| | |
|---|---|
| SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; and JOHN DOES 1-3;<br><br>    Counterclaim Plaintiffs,<br><br>vs.<br><br>SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>    Counterclaim Defendants. | |

The Court, having received the stipulated motion filed by Defendants and Counterclaim Plaintiffs, Smash Solutions, LLC, Jerry Ulrich, and Smash Innovations, LLC, and Plaintiff and Counterclaim Defendants, Smash Technology, LLC and Michael Alexander, for an extension of time to extend the date by which Defendants Smash Solutions and Jerry Ulrich are required to respond to Plaintiffs' First Amended Complaint, hereby Orders:

1. The stipulated motion (ECF No. 55) is hereby granted, and

2. Smash Solutions, LLC and Jerry Ulrich have until September 19, 2019, to file their answers to Plaintiffs' First Amended Complaint.

DATED this 28th day of August, 2019.

                                            BY THE COURT:

                                            _____
                                            Honorable Tena Campbell
                                            Judge, U. S. District Court – District of Utah

G:\EDSI\DOCS\21981\0002\19I4196.DOC