Heidi G. Goebel (10343)
Eric K. Jenkins, (10783)
GOEBEL ANDERSON PC
405 South Main Street, Suite 200
Salt Lake City, UT  84111
Telephone:  801-441-9393
HGoebel@GAPClaw.com
EJenkins@GAPClaw.com

*Attorneys for Defendant Feracode, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; SMASH INNOVATIONS, LLC, a Wyoming limited liability company, and FERACODE, LLC, a Utah limited liability company;<br><br>Feracodes. | **APPEARANCE OF COUNSEL OF HEIDI G. GOEBEL**<br><br>Case No. 2:19-cv-00105-TC<br><br>Judge Tina Campbell |

TO ALL PARTIES, COUNSEL AND THE COURT:

PLEASE TAKE NOTICE that Heidi G. Goebel, and the law firm of Goebel Anderson PC, hereby enters her appearance as counsel for Defendant, Feracode, LLC, in the above-entitled matter.  Request is made that all pleadings and notices filed in this matter be served on the undersigned.

DATED this 23rd day of September, 2019.

                                  GOEBEL ANDERSON PC

                                  */s/ Heidi G. Goebel*
                                  Heidi G. Goebel
                                  *Attorneys for Defendant Feracode, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2019, the foregoing **APPEARANCE OF COUNSEL OF HEIDI G. GOEBEL** was served on the following:

Darren G. Reid
Brandon T. Christensen
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT  84101
dgreid@hollandhart.com
btchristensen@hollandandhart.com

Matthew C. Barneck
Zachary E. Peterson
Kristina H. Ruedas
RICHARDS BRANDT MILLER NELSON
Wells Fargo Center, 15th Floor
299 South Main Street
P.O. Box 2465
Salt Lake City, UT  84110-2465
Matthew-barneck@rbmn.com
Zachary-peterson@rbmn.com
Kristina-ruedas@rbmn.com

                         */s/ Karen Harwood*