MATTHEW C. BARNECK [5249]
ZACHARY E. PETERSON [8502]
KRISTINA H. RUEDAS [14306]
RICHARDS BRANDT MILLER NELSON
*Attorneys for Smash Solutions, LLC, Jerry J. Ulrich,*
  *and Smash Innovations, LLC*
111 East Broadway, Suite 400
P.O. Box 2465
Salt Lake City, Utah  84110-2465
Email: matthew-barneck@rbmn.com
           zachary-peterson@rbmn.com
           kristina-ruedas@rbmn.com
Telephone: (801) 531-2000
Fax No.: (801) 532-5506

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>        Plaintiffs,<br><br>vs.<br><br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; SMASH INNOVATIONS, LLC, a Wyoming limited liability company; and FERACODE, LLC, a Utah limited liability company,<br><br>        Defendants. | **NOTICE OF CHANGE OF ADDRESS**<br><br><br><br>Civil No. 2:19-cv-00105-TC<br><br>Judge Tena Campbell |

SMASH SOLUTIONS, LLC, a Delaware
limited liability company; JERRY "J.J."
ULRICH, an individual; and JOHN DOES 1-3;

      Counterclaim Plaintiffs,

vs.

SMASH TECHNOLOGY, LLC, a Nevada
limited liability company; and MICHAEL
ALEXANDER, an individual;

      Counterclaim Defendants.

NOTICE IS HEREBY GIVEN that the law firm of RICHARDS BRANDT MILLER

NELSON has moved to a new location.  Effective immediately the new address is:

> 111 East Broadway, Suite 400
> P.O. Box 2465
> Salt Lake City, Utah  84110-2465
> Email: matthew-barneck@rbmn.com
>      zachary-peterson@rbmn.com
>      kristina-ruedas@rbmn.com
> Telephone: (801) 531-2000
> Fax No.: (801) 532-5506

DATED this 10th day of October, 2019.

RICHARDS BRANDT MILLER NELSON


 /s/ Matthew C. Barneck
MATTHEW C. BARNECK
ZACHARY E. PETERSON
KRISTINA H. RUEDAS
*Attorneys for Smash Solutions, LLC,*
*  Jerry J. Ulrich, and Smash Innovations, LLC*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of October, 2019, I electronically filed the foregoing **NOTICE OF CHANGE OF ADDRESS** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Darren G. Reid
Brandon T. Christensen
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
dgreid@hollandhart.com
btchristensen@hollandhart.com
*Attorneys for Plaintiffs and
Counterclaim Defendants*

Heidi G. Goebel
Eric K. Jenkins
GOEBEL ANDERSON PC
405 South Main Street, Suite 200
Salt Lake City, UT  84111
HGoebel@GAPClaw.com
EJenkins@GAPClaw.com
*Attorneys for Defendant Feracode, LLC*

/s/ Matthew C. Barneck

G:\EDSI\DOCS\21981\0002\19P1573.DOC

3