Darren G. Reid (11163)
Brandon T. Christensen (16420)
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone: (801) 799-5800
Facsimile: (801) 799-5700
dgreid@hollandhart.com
btchristensen@hollandhart.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICTCOURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>    Plaintiffs,<br><br>vs.<br><br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; and JOHN DOES 1-3;<br><br>    Defendants. | **MOTION TO WITHDRAW AS COUNSEL**<br><br>Case No. 2:19-cv-00105-TC<br><br>Judge Tena Campbell<br><br>Magistrate Judge Paul Warner |
| SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; and JOHN DOES 1-3;<br><br>    Counterclaim Plaintiffs,<br><br>vs.<br><br>SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>    Counterclaim Defendants. | |

Pursuant to DUCivR 83-1.4, counsel for Smash Technology, LLC and Michael Alexander ("Plaintiffs"), hereby submit this Motion to Withdraw as Counsel.  Plaintiffs have failed to properly communicate with counsel and to pay for outstanding legal work at issue in this case.  Plaintiffs are hereby notified that if the motion is granted and no Notice of Substitution of Counsel is filed with the Court, Plaintiffs must file a notice of appearance within twenty-one (21) days unless otherwise ordered by the Court.

Plaintiffs are hereby notified that pursuant to DUCivR 83-1.3, no corporation, association, partnership, limited liability company, or other artificial entity may appear pro se, but must be represented by an attorney who is admitted to practice in this Court.

Counsel certifies that this motion was sent to Plaintiffs and all parties.  Plaintiffs' last known contact information is 2450 St. Rose Parkway, Suite 120, Henderson, NV 89074.

DATED this 13th day of December, 2019.

**HOLLAND & HART, LLP**

/s/ Darren G. Reid
Darren G. Reid
Brandon T. Christensen
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2019, I electronically filed the foregoing **MOTION TO WITHDRAW AS COUNSEL** with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following:

> Matthew C. Barneck
> Zachary E. Peterson
> Kristina H. Ruedas
> matthew-barneck@rbmn.com
> zachary-peterson@rbmn.com
> kristina-ruedas@rbmn.com
>
> Heidi G. Goebel
> Eric K. Jenkins
> hgoebel@gapclaw.com
> ejenkins@gapclaw.com

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

> Michael Alexander
> Smash Technologies, LLC
> 2450 St. Rose Parkway, Suite 120
> Henderson, NV  89074

/s/ Christa L. Fries

13830736_v1