# IN THE UNITED STATES DISTRICTCOURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; and JOHN DOES 1-3;<br><br>Defendants. | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br><br>Case No. 2:19-cv-00105-TC-PMW<br><br>District Judge Tena Campbell<br><br>Chief Magistrate Judge Paul M. Warner |
| SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; and JOHN DOES 1-3;<br><br>Counterclaim Plaintiffs,<br><br>vs.<br><br>SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>Counterclaim Defendants. | |

Pursuant to DUCivR 83-1.4, and having reviewed Plaintiffs' counsel's Motion to Withdraw as Counsel, and for good cause appearing, the Court hereby GRANTS the Motion and ORDERS as follows:

    (i)    unless a Notice of Substitution of Counsel has been filed, within twenty-one (21) days after entry of this Order, or within the time otherwise required by the Court, the unrepresented party shall file a notice of appearance;

    (ii)    that no corporation, association, partnership, limited liability company or other artificial entity may appear pro se, but must be represented by an attorney who is admitted to practice in this court; and

    (iii)    that a party who fails to file such a Notice of Substitution of Counsel or Notice of Appearance may be subject to sanction pursuant to Federal Rule of Civil Procedure 16(f)(1), including but not limited to dismissal or default judgment.

DATED this 16th day of December, 2019.

**BY THE COURT:**

Paul M. Warner
Chief United States Magistrate Judge