Andrew G. Deiss (7184)
Wesley D. Felix (6539)
Corey D. Riley (16935)
DEISS LAW PC
10 West 100 South, Suite 425
Salt Lake City, Utah 84101
Tel: (801) 433–0226
Fax: (801) 386-9894
adeiss@deisslaw.com
wfelix@deisslaw.com
criley@deisslaw.com
*Attorneys for the Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>　　Plaintiffs,<br><br>vs.<br><br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; SMASH INNOVATIONS, LLC, a Wyoming limited liability company; FERACODE, LLC, a Utah limited liability company;<br><br>　　Defendants. | Case No. 2:19-cv-00105-TC<br><br>Judge Tena Campbell<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |
| SMASH SOLUTIONS, LLC, a Delaware limited liability company; and JERRY "J.J." ULRICH, an individual;<br><br>　　Counterclaim Plaintiffs,<br><br>vs.<br><br>SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual,<br><br>　　Counterclaim Defendants. | |

Notice is hereby given of the entry Andrew G. Deiss as counsel for Plaintiffs and Counterclaim Defendants Smash Technology, LLC and Michael Alexander in the above-entitled action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

>Andrew G. Deiss
>Wesley D. Felix
>Corey D. Riley
>DEISS LAW PC
>10 West 100 South, Suite 425
>Salt Lake City, Utah 84101
>adeiss@deisslaw.com
>wfelix@deisslaw.com
>criley@deisslaw.com

Dated: 31 December 2019

>>DEISS LAW PC
>>
>>s/ *Andrew G. Deiss*
>>Andrew G. Deiss
>>Wesley D. Felix
>>Corey D. Riley
>>*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

This NOTICE OF APPEARANCE OF COUNSEL was eFiled with the CM/ECF court system and thereby served by email on all counsel of record.

Dated: 31 December 2019

s/ <i>Corey Riley</i>