# EXHIBIT 6

| | |
|---|---|
| **From:** | Matthew C. Barneck |
| **To:** | Corey Riley |
| **Cc:** | Andrew Deiss (adeiss@deisslaw.com); Wesley D. Felix (wfelix@deisslaw.com); Zachary E. Peterson |
| **Subject:** | RE: Alexander, et al. v. Smash Solutions, et al. |
| **Date:** | Tuesday, February 11, 2020 7:40:00 PM |
| **Attachments:** | Alexander et al. v. Smash Solutions et al..msg |

Andy and Corey:

I'm checking in to follow up on our phone call about a month ago.  We need to know when the Plaintiffs can serve responses to Defendants' Second Request for Production and supplemental responses to the First RFP.  The discovery requests and meet-and-confer letters are in the attached email.  Can you tell us where things stand?  Thank you.

*Matthew C. Barneck*



**Matthew C. Barneck**
**Shareholder**
**RICHARDS BRANDT MILLER NELSON**
111 E. Broadway, Suite 400
Salt Lake City, Utah 84111
p: 801.531.2000  f: 801.532.5506
s: www.rbmn.com
e: matthew-barneck@rbmn.com

**From:** Corey Riley [mailto:criley@deisslaw.com]
**Sent:** Monday, January 6, 2020 1:03 PM
**To:** Matthew C. Barneck
**Cc:** Andrew Deiss (adeiss@deisslaw.com); Wesley D. Felix (wfelix@deisslaw.com); Zachary E. Peterson
**Subject:** Re: Alexander, et al. v. Smash Solutions, et al.

Thanks, Matt. That works for us. We'll call you then.

**COREY D. RILEY | Attorney**
10 West 100 South, Suite 425, Salt Lake City, UT 84101
Office: (801) 433-0226 | criley@deisslaw.com | deisslaw.com


On Mon, Jan 6, 2020 at 12:44 PM Matthew C. Barneck <Matthew-Barneck@rbmn.com> wrote:

> Corey:
>
> Zack and I are available after 3 pm today.  Let us know if that works for you.
>
> *Matthew C. Barneck*


**Matthew C. Barneck**
Shareholder
**RICHARDS BRANDT MILLER NELSON**
111 E. Broadway, Suite 400
Salt Lake City, Utah 84111
p: 801.531.2000  f: 801.532.5506
s: www.rbmn.com
e: matthew-barneck@rbmn.com

**From:** Corey Riley [mailto:criley@deisslaw.com]
**Sent:** Monday, January 6, 2020 10:20 AM
**To:** Matthew C. Barneck <Matthew-Barneck@rbmn.com>
**Cc:** Andrew Deiss (adeiss@deisslaw.com) <adeiss@deisslaw.com>; Wesley D. Felix (wfelix@deisslaw.com) <wfelix@deisslaw.com>; Zachary E. Peterson <Zachary-Peterson@rbmn.com>
**Subject:** Re: Alexander, et al. v. Smash Solutions, et al.

Matt,
Do you have time for a call this afternoon? Thanks.

**COREY D. RILEY | Attorney**
10 West 100 South, Suite 425, Salt Lake City, UT 84101
Office: (801) 433-0226 | criley@deisslaw.com | deisslaw.com

On Thu, Jan 2, 2020 at 2:45 PM Matthew C. Barneck <Matthew-Barneck@rbmn.com> wrote:

> Gentlemen:
>
> Now that you have appeared for the Plaintiffs, we propose a phone conference soon to discuss the status of the case.  In our view, the Plaintiffs have fact discovery obligations that are past due.  Attached are copies of some discovery requests and responses, along with two meet-and-confer letters.  There may be other issues for us to discuss as well.
>
> Please let us know if you have time to coordinate by phone this coming week.  Thank you.
>
> *Matthew C. Barneck*
>
> 
> **Matthew C. Barneck**
> Shareholder
> **RICHARDS BRANDT MILLER NELSON**
> 111 E. Broadway, Suite 400
> Salt Lake City, Utah 84111
> p: 801.531.2000  f: 801.532.5506
> s: www.rbmn.com

e: matthew-barneck@rbmn.com