# EXHIBIT 2



# RICHARDS BRANDT MILLER NELSON
*A Professional Law Corporation*

December 12, 2019

<u>Via Email: dgreid@hollandhart.com and U.S. Mail</u>

Darren G. Reid, Esq.
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101

    Re:   *Smash Technology, LLC, et al. v. Smash Solutions, LLC, et al.*
           File No. 21981-0002

Dear Darren:

    This letter is sent pursuant to Local Rule 37-1(a) to address Defendant's Second Request for Production of Documents to Plaintiff Michael Alexander, served September 19, 2019. The Second Request was served nearly three (3) months ago and to date Mr. Alexander has served no responses, nor has he sought an extension of time to serve responses.

    The Court recently entered an Amended Scheduling Order (Doc. 69) based on the parties' Stipulation. However, that Order only accomplished an extension of the pretrial schedule. Our clients still face the difficult predicament of having been brought into this litigation by Mr. Alexander and Technology, but cannot get adequate document production from the Plaintiffs. We need something more specific than an assurance that responses will be provided "before the parties conduct depositions …." (Reid Email 12/4/19.)

    Under the Local Rules, we request the opportunity to meet and confer about these issues either in person or by telephone. Please contact me about your availability to do so.

Sincerely,

RICHARDS, BRANDT MILLER NELSON

Matthew C. Barneck

MCB/kr
cc:   Zachary E. Peterson
G:\EDSI\DOCS\21981\0002\19Z6349.DOCX

Richards Brandt Miller Nelson
111 East Broadway, Suite 400
Salt Lake City, Utah 84111
PO Box 2465
Salt Lake City, Utah 84110-2465
P 801-531-2000 | F 801-532-5506
E-Mail: mail@rbmn.com
www.rbmn.com

Gary L. Johnson
George T. Naegle
Craig C. Coburn
Robert G. Wright<sup>WY</sup>
Christian W. Nelson<sup>ID</sup>
Matthew C. Barneck<sup>ID WY</sup>
Mark R. Sumsion
Brandon B. Hobbs

Zachary E. Peterson<sup>MT</sup>
David H. Tolk
Lincoln Harris<sup>KY</sup>
Rafael A. Seminario
Cortney Kochevar<sup>WY</sup>
Steven H. Bergman<sup>CA</sup>
Lori L. Hansen
Brian D. Bolinder<sup>WY</sup>

Sean C. Miller<sup>ID</sup>
Jennifer H. Mastrorocco
Barbara Melendez
Jack W. Reed
Barry G. Scholl
Kristina H. Ruedas
Cody G. Kesler
Samantha E. Wilcox<sup>ID WY</sup>

Tyler A. Dever<sup>DC</sup>
Alexandria M. Westover
Zacchary L. Sayer
John E. Keiter<sup>A</sup>
Aaron T. Cunningham
Claire Bradford Di Caro

Of Counsel:
David L. Barclay
Lynn S. Davies
Russell C. Fericks
John E. Keiter<sup>A</sup>
Michael K. Mohrman
Kari N. Dickinson
Jonathon D. Parry<sup>WA</sup>
Adam S. Affleck<sup>CA</sup>
Glenn R. Bronson<sup>A</sup>

Founders:
William S. Richards
(1929-2002)
Robert W. Brandt
(1923-2017)
Robert W. Miller
(1940-1983)
P. Keith Nelson
(1939-2013)

Also Admitted:   Arizona   California   Colorado   District of Columbia   Idaho   Kentucky   Montana   Washington   Wyoming