# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>　　　Plaintiffs,<br><br>vs.<br><br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; SMASH INNOVATIONS, LLC, a Wyoming limited liability company; and FERACODE, LLC, a Utah limited liability company,<br><br>　　　Defendants. | **ORDER GRANTING SHORT FORM DISCOVERY MOTION REGARDING SMASH DEFENDANTS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**<br><br><br>Civil No. 2:19-cv-00105-TC-PMW<br><br>Judge Tena Campbell<br><br>Magistrate Judge Paul M. Warner |
| SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; and JOHN DOES 1-3;<br><br>　　　Counterclaim Plaintiffs,<br><br>vs.<br><br>SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>　　　Counterclaim Defendants. | |

The Court, having reviewed the briefing related to Smash Defendants' Short Form Discovery Motion Regarding Smash Defendants' Second Set of Requests for Production of Documents, and for good cause appearing, hereby ORDERS Plaintiffs to respond to these discovery requests within fourteen (14) days of this Order. Pursuant to Rule 37(a)(5) of the Federal Rules of Civil Procedure, the Court also Orders the Plaintiffs to pay the Defendants' reasonable expenses including attorney fees incurred in making the Motion, in an amount to be determined by the Court.

IT IS SO ORDERED.

DATED this ___ day of March 2020.

_____
HONORABLE PAUL M. WARNER
UNITED STATES MAGISTRATE JUDGE

C:\USERS\KELLY\DESKTOP\ORDER - 2ND DISCOVERY REQUESTS.DOCX