# Exhibit 2

Andrew G. Deiss (7184)
Corey D. Riley (16935)
DEISS LAW PC
10 West 100 South, Suite 700
Salt Lake City, Utah 84101
Tel: (801) 433–0226
Fax: (801) 386-9894
adeiss@deisslaw.com
criley@deisslaw.com
*Attorneys for the Plaintiffs*

---

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual; <br><br>     Plaintiffs, <br><br> vs. <br><br> SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; SMASH INNOVATIONS, LLC, a Wyoming limited liability company; FERACODE, LLC, a Utah limited liability company; <br><br>     Defendants. | **NOTICE OF ISSUANCE OF SUBPOENA TO AMERICA FIRST CREDIT UNION** <br><br> Case No. 2:19-cv-00105 <br><br> Judge Tena Campbell <br> Magistrate Judge Paul M. Warner |
| SMASH SOLUTIONS, LLC, a Delaware limited liability company; and JERRY "J.J." ULRICH, an individual; <br><br>     Counterclaim Plaintiffs, <br><br> vs. <br><br> SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual, <br><br>     Counterclaim Defendants. | |

Pursuant to Rule 45 of the Federal Rules of Civil Procedure and DUCivR 45-1, Plaintiffs and Counterclaim Defendants Smash Technology, LLC and Michael Alexander ("Plaintiffs") will be issuing a subpoena for the production of documents to America First Credit Union.

Dated: 6 March 2020

DEISS LAW PC

s/ *Andrew G. Deiss*
Andrew G. Deiss
Corey D. Riley
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

This **NOTICE OF ISSUANCE OF SUBPOENA TO AMERICA FIRST CREDIT**

**UNION** was served via email on the following counsel of record:

Matthew C Barneck
matthew-barneck@rbmn.com

Kristina H. Ruedas
kristina-ruedas@rbmn.com

Zachary E. Peterson
zachary-peterson@rbmn.com

Eric K. Jenkins
ejenkins@gapclaw.com

Heidi G. Goebel
hgoebel@gapclaw.com


Dated: 6 March 2020

DEISS LAW PC

/s/Zach Abend

Andrew G. Deiss (7184)
Corey D. Riley (16935)
DEISS LAW PC
10 West 100 South, Suite 700
Salt Lake City, Utah 84101
Tel: (801) 433–0226
Fax: (801) 386-9894
adeiss@deisslaw.com
criley@deisslaw.com
*Attorneys for the Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>    Plaintiffs,<br><br>vs.<br><br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; SMASH INNOVATIONS, LLC, a Wyoming limited liability company; FERACODE, LLC, a Utah limited liability company;<br><br>    Defendants. | **NOTICE OF ISSUANCE OF SUBPOENA TO AMERICAN EXPRESS COMPANY**<br><br>Case No. 2:19-cv-00105<br><br>Judge Tena Campbell<br>Magistrate Judge Paul M. Warner |
| SMASH SOLUTIONS, LLC, a Delaware limited liability company; and JERRY "J.J." ULRICH, an individual;<br><br>    Counterclaim Plaintiffs,<br><br>vs.<br><br>SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual,<br><br>    Counterclaim Defendants. | |

Pursuant to Rule 45 of the Federal Rules of Civil Procedure and DUCivR 45-1, Plaintiffs and Counterclaim Defendants Smash Technology, LLC and Michael Alexander ("Plaintiffs") will be issuing a subpoena for the production of documents to American Express Company.

Dated: 9 March 2020

DEISS LAW PC

s/ *Andrew G. Deiss*
Andrew G. Deiss
Corey D. Riley
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

This **NOTICE OF ISSUANCE OF SUBPOENA TO AMERICAN EXPRESS**

**COMPANY** was served via email on the following counsel of record:

Matthew C Barneck
matthew-barneck@rbmn.com

Kristina H. Ruedas
kristina-ruedas@rbmn.com

Zachary E. Peterson
zachary-peterson@rbmn.com

Eric K. Jenkins
ejenkins@gapclaw.com

Heidi G. Goebel
hgoebel@gapclaw.com


Dated: 9 March 2020

DEISS LAW PC

/s/Zach Abend

Andrew G. Deiss (7184)
Corey D. Riley (16935)
DEISS LAW PC
10 West 100 South, Suite 700
Salt Lake City, Utah 84101
Tel: (801) 433–0226
Fax: (801) 386-9894
adeiss@deisslaw.com
criley@deisslaw.com
*Attorneys for the Plaintiffs*

---

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual; | |
| Plaintiffs, | **NOTICE OF ISSUANCE OF SUBPOENA TO CITIBANK, NA** |
| vs. | |
| SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; SMASH INNOVATIONS, LLC, a Wyoming limited liability company; FERACODE, LLC, a Utah limited liability company; | Case No. 2:19-cv-00105 Judge Tena Campbell Magistrate Judge Paul M. Warner |
| Defendants. | |
| SMASH SOLUTIONS, LLC, a Delaware limited liability company; and JERRY "J.J." ULRICH, an individual; | |
| Counterclaim Plaintiffs, | |
| vs. | |
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual, | |
| Counterclaim Defendants. | |

Pursuant to Rule 45 of the Federal Rules of Civil Procedure and DUCivR 45-1, Plaintiffs and Counterclaim Defendants Smash Technology, LLC and Michael Alexander ("Plaintiffs") will be issuing a subpoena for the production of documents to Citibank, NA.

Dated: 9 March 2020

DEISS LAW PC

s/ *Andrew G. Deiss*
Andrew G. Deiss
Corey D. Riley
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

This **NOTICE OF ISSUANCE OF SUBPOENA TO CITIBANK, NA** was served via

email on the following counsel of record:

Matthew C Barneck
matthew-barneck@rbmn.com

Kristina H. Ruedas
kristina-ruedas@rbmn.com

Zachary E. Peterson
zachary-peterson@rbmn.com

Eric K. Jenkins
ejenkins@gapclaw.com

Heidi G. Goebel
hgoebel@gapclaw.com


Dated: 9 March 2020

DEISS LAW PC

/s/Zach Abend

Andrew G. Deiss (7184)
Corey D. Riley (16935)
DEISS LAW PC
10 West 100 South, Suite 700
Salt Lake City, Utah 84101
Tel: (801) 433–0226
Fax: (801) 386-9894
adeiss@deisslaw.com
criley@deisslaw.com
*Attorneys for the Plaintiffs*

---

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual; | |
|        Plaintiffs, | **NOTICE OF ISSUANCE OF SUBPOENA TO JP MORGAN CHASE, NA** |
| vs. | |
| SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; SMASH INNOVATIONS, LLC, a Wyoming limited liability company; FERACODE, LLC, a Utah limited liability company; | Case No. 2:19-cv-00105 <br><br> Judge Tena Campbell <br> Magistrate Judge Paul M. Warner |
|        Defendants. | |
| SMASH SOLUTIONS, LLC, a Delaware limited liability company; and JERRY "J.J." ULRICH, an individual; | |
|        Counterclaim Plaintiffs, | |
| vs. | |
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual, | |
|        Counterclaim Defendants. | |

Pursuant to Rule 45 of the Federal Rules of Civil Procedure and DUCivR 45-1, Plaintiffs and Counterclaim Defendants Smash Technology, LLC and Michael Alexander ("Plaintiffs") will be issuing a subpoena for the production of documents to JP Morgan Chase, NA.

Dated: 9 March 2020

DEISS LAW PC

s/ *Andrew G. Deiss*
Andrew G. Deiss
Corey D. Riley
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

This **NOTICE OF ISSUANCE OF SUBPOENA TO JP MORGAN CHASE, NA** was

served via email on the following counsel of record:

Matthew C Barneck
matthew-barneck@rbmn.com

Kristina H. Ruedas
kristina-ruedas@rbmn.com

Zachary E. Peterson
zachary-peterson@rbmn.com

Eric K. Jenkins
ejenkins@gapclaw.com

Heidi G. Goebel
hgoebel@gapclaw.com

Dated: 9 March 2020

DEISS LAW PC

/s/Zach Abend