MATTHEW C. BARNECK [5249]
ZACHARY E. PETERSON [8502]
KRISTINA H. RUEDAS [14306]
RICHARDS BRANDT MILLER NELSON
  *Attorneys for Smash Solutions, LLC,*
  *Smash Innovations, LLC, and Jerry J. Ulrich*
111 East Broadway, Suite 400
P.O. Box 2465
Salt Lake City, Utah  84110-2465
Email: matthew-barneck@rbmn.com
           zachary-peterson@rbmn.com
           kristina-ruedas@rbmn.com
Telephone: (801) 531-2000
Fax No.: (801) 532-5506

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; SMASH INNOVATIONS, LLC, a Wyoming limited liability company; and FERACODE, LLC, a Utah limited liability company,<br><br>Defendants. | **REQUEST TO SUBMIT FOR DECISION ON DEFENDANTS' SHORT FORM DISCOVERY MOTIONS (DN 77, 78, & 79]**<br><br>**(Hearing Requested)**<br><br>Civil No. 2:19-cv-00105-TC-PMW<br><br>Judge Tena Campbell<br><br>Magistrate Judge Paul M. Warner |
| SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; and JOHN DOES 1-3;<br><br>Counterclaim Plaintiffs, | |

|  |  |
|---|---|
| vs.<br><br>SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>    Counterclaim Defendants. |  |

Defendants and Counterclaim Plaintiffs Smash Solutions, LLC, Jerry Ulrich, and Smash Innovations, LLC, through their counsel of record Matthew C. Barneck, Zachary E. Peterson, and Kristina H. Ruedas of RICHARDS BRANDT MILLER NELSON, respectfully submit for decision their Short Form Discovery Motions filed March 2, 2020 (Docs. 77, 78, 79).

Defendants filed their Motions on March 2, 2020.  Plaintiffs filed their Responses on March 10, 2020.  Therefore, the Motions are ready for decision.  Pursuant to Local Rules 7-1(f) and 37-1(a)(7)(B), Defendants request a hearing on their Motions.  Good cause exists for a hearing because Plaintiffs' Responses misstate the record and Defendants should be given a chance for rebuttal.  At the Court's request, Defendants can also provide further briefing on these issues.

DATED this   11th   day of March, 2020.

                                  RICHARDS BRANDT MILLER NELSON

                                    / S /   KRISTINA H. RUEDAS                  .
                                  MATTHEW C. BARNECK
                                  ZACHARY E. PETERSON
                                  KRISTINA H. RUEDAS
                                  *Attorneys for Smash Solutions, LLC,*
                                    *Smash Innovations, LLC, and Jerry J. Ulrich*

G:\EDSI\DOCS\21981\0002\1AC2228.DOC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the  11th  day of March, 2020, I electronically filed the foregoing **Request to Submit for Decision on Defendants' Short Form Discovery Motions [DN 77, 78 & 79]** (**Hearing Requested**) with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>Andrew G. Deiss
>Wesley D. Felix
>Corey D. Riley
>DEISS LAW PC
>10 West 100 South, Suite 425
>Salt Lake City, UT 84101
>adeiss@deisslaw.com
>wfelix@deisslaw.com
>criley@deisslaw.com
>*Attorneys for Plaintiffs and*
>*Counterclaim Defendants*
>
>Heidi G. Goebel
>Eric K. Jenkins
>GOEBEL ANDERSON PC
>405 South Main Street, Suite 200
>Salt Lake City, UT  84111
>HGoebel@GAPClaw.com
>EJenkins@GAPClaw.com
>*Attorneys for Defendant Feracode, LLC*

/ S /   KRISTINA H. RUEDAS

G:\EDSI\DOCS\21981\0002\1AC2228.DOC