Andrew G. Deiss (7184)
Corey D. Riley (16935)
DEISS LAW PC
10 West 100 South, Suite 700
Salt Lake City, Utah 84101
Tel: (801) 433–0226
Fax: (801) 386-9894
adeiss@deisslaw.com
criley@deisslaw.com
*Attorneys for the Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>    Plaintiffs,<br><br>vs.<br><br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; SMASH INNOVATIONS, LLC, a Wyoming limited liability company; FERACODE, LLC, a Utah limited liability company;<br><br>    Defendants. | **PLAINTIFFS SMASH TECHNOLOGY LLC AND MICHAEL ALEXANDER'S INITIAL EXPERT DISCLOSURES**<br><br>Case No. 2:19-cv-00105<br><br>Judge Tena Campbell<br>Magistrate Judge Paul M. Warner |
| SMASH SOLUTIONS, LLC, a Delaware limited liability company; and JERRY "J.J." ULRICH, an individual;<br><br>    Counterclaim Plaintiffs,<br><br>vs.<br><br>SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual,<br><br>    Counterclaim Defendants. | |

1

## IDENTITY OF EXPERTS

Plaintiffs Michael Alexander and Smash Technology LLC may use the following persons at trial to present evidence under F.R.C.P. 702, 703, or 705:

1. <u>Pamela A. Clegg, MBA, CAMS</u>
   CipherTrace, Inc.,
   68 Willow Road
   Menlo Park, CA 95025

   a. Ms. Clegg's subject(s) of expertise: cryptocurrency and blockchain analysis.

2. <u>Gavin L. Harris, CPA, CFE, MBA</u>
   Piercy Bowler Taylor & Kern
   7050 Union Park Avenue, Suite 140
   Salt Lake City, Utah 84047

   a. Mr. Harris' subject(s) of expertise: economic damages analysis and forensic accounting.

Dated: 6 May 2020

                                                DEISS LAW PC

                                                s/ *Andrew G. Deiss*
                                                Andrew G. Deiss
                                                Corey D. Riley
                                                *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that **PLAINTIFFS SMASH TECHNOLOGY LLC AND MICHAEL ALEXANDER'S INITIAL EXPERT DISCLOSURES** was eFiled with the CM/ECF court system and thereby served by email on all counsel of record.

Dated: 6 May 2020

DEISS LAW PC

s/*Zach Abend*
