MATTHEW C. BARNECK [5249]
ZACHARY E. PETERSON [8502]
KRISTINA H. RUEDAS [14306]
RICHARDS BRANDT MILLER NELSON
 *Attorneys for Smash Solutions, LLC,*
 *Smash Innovations, LLC, and Jerry J. Ulrich*
111 East Broadway, Suite 400
P.O. Box 2465
Salt Lake City, Utah  84110-2465
Email: matthew-barneck@rbmn.com
          zachary-peterson@rbmn.com
          kristina-ruedas@rbmn.com
Telephone: (801) 531-2000
Fax No.: (801) 532-5506

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>    Plaintiffs,<br><br>vs.<br><br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; SMASH INNOVATIONS, LLC, a Wyoming limited liability company; and FERACODE, LLC, a Utah limited liability company,<br><br>    Defendants. | **DEFENDANTS' RULE 26(a)(2) DESIGNATION OF EXPERT WITNESS**<br><br><br><br>Civil No. 2:19-cv-00105-TC-PMW<br><br>Judge Tena Campbell<br><br>Magistrate Judge Paul M. Warner |

| |  |
|---|---|
| SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; and JOHN DOES 1-3;<br><br>    Counterclaim Plaintiffs,<br><br>vs.<br><br>SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>    Counterclaim Defendants. | |

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Defendants and Counterclaim Plaintiffs Smash Solutions, LLC, Smash Innovations, LLC, and Jerry Ulrich, through their counsel of record Matthew C. Barneck, Zachary E. Peterson, and Kristina H. Ruedas of RICHARDS BRANDT MILLER NELSON, submit their Rule 26(a)(2) Designation of Expert Witnesses as follows:

## RETAINED EXPERTS

1.    Derk Rasmussen, Sage Forensic Accounting, 136 East South Temple, Suite 1000, Salt Lake City, Utah 84111, (801) 531-0400.  Mr. Rasmussen will testify consistent with his education and training and is expected to offer expert opinions regarding economic damage analysis and forensic accounting based upon his review of case materials, deposition testimony, discovery documentation, and opinions provided by plaintiffs' expert(s).  Mr. Rasmussen's curriculum vitae, fee schedule, and list of testimony history is attached hereto as Exhibit "A."  Mr. Rasmussen will provide a report at the time designated in the Second Amended Scheduling Order dated January 22, 2020.

## **NON-RETAINED EXPERTS**

1. Jerry J. Ulrich, who may be contacted through Richards Brandt Miller Nelson, counsel for Defendants and Counterclaim Plaintiffs. Mr. Ulrich has knowledge and may be called to testify about cryptocurrency and mining bitcoins, the agreement to develop cryptocurrency positions through a bitcoin network. In the course of his testimony, Mr. Ulrich may present evidence under Federal Rules of Evidence 702, 703, or 705, and as a non-retained expert is not required to provide a written report.

DATED this 27th day of May, 2020.

RICHARDS BRANDT MILLER NELSON


 /s/ Matthew C. Barneck
MATTHEW C. BARNECK
ZACHARY E. PETERSON
KRISTINA H. RUEDAS
*Attorneys for Smash Solutions, LLC,*
  *Smash Innovations, LLC, and Jerry J. Ulrich*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 27th day of May, 2020, I electronically filed the foregoing **DEFENDANTS' RULE 26(a)(2) DESIGNATION OF EXPERT WITNESS** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

      Andrew G. Deiss
      Wesley D. Felix
      Corey D. Riley
      DEISS LAW PC
      10 West 100 South, Suite 425
      Salt Lake City, UT 84101
      adeiss@deisslaw.com
      wfelix@deisslaw.com
      criley@deisslaw.com
      *Attorneys for Plaintiffs and*
      *Counterclaim Defendants*

      Heidi G. Goebel
      Eric K. Jenkins
      GOEBEL ANDERSON PC
      405 South Main Street, Suite 200
      Salt Lake City, UT  84111
      HGoebel@GAPClaw.com
      EJenkins@GAPClaw.com
      *Attorneys for Defendant Feracode, LLC*

      /s/  Matthew C. Barneck

G:\EDSI\DOCS\21981\0002\1AO4865.DOC