# EXHIBIT A



# Derk G. Rasmussen



Mr. Rasmussen has been involved in consulting services since 1983. He has spent a considerable portion of his consulting career in the areas of business valuation, investigative accounting, damage analysis, projection and feasibility analysis and bankruptcy/liquidation consulting.

Mr. Rasmussen has performed over two hundred business valuations on firms doing business in a wide variety of industries. He has also been involved with several large business projection/feasibility studies. These studies usually involve assessing the value and viability of new business ventures. Among the most noteworthy of these studies would be an engagement for Salt Lake County analyzing the viability of a new arena for the Utah Jazz. Additional studies would include analysis of new ski resort, golf course, transportation system, and resort hotel. Mr. Rasmussen has also been involved with the Utah Venture Capital conference and has assisted a wide variety of high-tech start-up companies with business plan presentations to venture capitalists. The presentations included projections of future revenue streams to allow venture capitalists to assess the potential return on investment, that could result by investing in the presenting company.

Mr. Rasmussen has also been involved in several international engagements. He has testified in a Portuguese criminal trial where there were allegations of stock fraud relating to two telecommunication companies. Mr. Rasmussen provided expert testimony to the Portuguese court on business valuation and forensic accounting issues. He also performed business valuation services on two companies that the Portuguese prosecutors claimed had little or no value.

Mr. Rasmussen has testified on many occasions on diverse matters including testimony before State Court, Federal Court, Bankruptcy Court and State, County and City Regulatory commissions and committees.

The following is a summary of Mr. Rasmussen's business valuation, projection/feasibility study, investigative accounting, damage analysis, and bankruptcy/liquidation experience.

UTAH OFFICE
136 E South Temple, Suite 1000
Salt Lake City, Utah 84111

Telephone 801.531.0400
Facsimile 801.328.0400

NEVADA OFFICE
3753 Howard Hughes Pkwy, Suite 200
Las Vegas, Nevada 89169

Telephone 702.433.2092
Facsimile 702.433.2792

IDAHO OFFICE
801 West Main Street, Suite 100
Boise, Idaho 83702

Telephone 208.639.5226
Facsimile 208.639.5227

**sagefa.com**



Derk G. Rasmussen
Page 2 of 5

**Business Valuations**

- Calculated the value of closely held companies in a wide variety of industries for buy-sell purposes, ESOP plans, divorce settlements, stockholder disputes, bankruptcy adversarial proceedings, governmental regulatory agencies, gift and estate tax plans, and other litigation situations.
- Performed business valuations in fraud cases to help establish intent to defraud or in defending allegations of intent to defraud.
- Informed as to the rules and processes that guide an appraisal, and has extensive experience in performing appraisals in both cooperative and contentious appraisal environments.
- Business valuations expertise and experience extends to a wide variety of industries; resort facilities, hospitality, professional services, food service, manufacturing, banking, technology, communications, to name a few.
- Performed an appraisal of major resort facilities in Utah and Idaho
- Performed an appraisal of hotels and golf courses in Utah and Kentucky.
- Performed various valuations of companies holding contracts with the U.S. Forest Service to run river tours on the Colorado River.
- Performed an appraisal of a heavy-duty truck brake company in a California Anti-Trust case that involved both lost profits and destruction of business.
- Performed a valuation of a satellite communications provider involved in a shareholder dispute. As a U.S. government subcontractor, the company provides satellite communication services for the U.S. government at locations around the globe.
- Performed over 30 different valuations on alternative energy projects of an independent energy company.
- Performed five separate appraisals for three different companies involved in the paper mill industry in a Washington legal malpractice case.
- Valued a vertically integrated California conglomerate of family-owned businesses for gift and estate tax purposes. The conglomerate's chicken and turkey farm operations consist of more than 50 entities, including ranches, hatcheries, and processing plants.
- Performed a valuation for a company involved in a shareholder dispute that provides credit unions with computer systems, products, and services. Although the company's primary focus is providing data processing systems to credit unions, its track record reflected the company's evolution from its mini-computer roots in 1975 through a number of subsequent software and focus-driven adaptations.
- Performed an appraisal of a company that provides secure financial transaction processing and billing services via the Internet, including credit card transactions, electronic checks, invoicing, monthly billing statements, recurring billing automation, private label credit cards, and micro payment transactions. This valuation was conducted in litigation over a dissenting shareholder action.
- Performed valuations on a vertically integrated grouping of three New York family-owned businesses that were involved in catching and brokering seafood, both domestically, in the United States, as well as internationally in countries such as the UK, Russia and China. Performed this valuation as a U.S. government subcontractor for the National Pollution Fund Center.
- Determined reasonable royalties in a case involving patent infringement. Retained by the alleged infringer in a claim whereby the holder claimed royalties on the use of a patented brine shrimp harvesting attachment. Demonstrated through economic analysis that the royalties claimed by the holder were not reasonable.



Derk G. Rasmussen
Page 3 of 5

### Projections and Feasibility Studies

- Managed the preparation of detailed cash flow projections for a new downtown sports and entertainment arena and an expanded convention facility.
- Managed the preparation of detailed financial statements and cash flow projections for a new golf course, funicular transportation system, ski resort and hotel.
- Performed market demand analysis for the potential expansion of a hotel chain.
- Performed projections of future cash flows for proposed office developments.

### Forensic/Investigative Accounting

- Supervised and performed reconstruction of accounting records as a result of theft, floods, fire and other natural disasters.
- Supervised and performed investigative accounting work for criminal fraud trials and claims.
- Supervised and performed investigative accounting services on the assets of marital estates in divorce cases.
- Supervised and performed investigative accounting services on officers and directors litigation and partnership disputes.
- Supervised and performed investigative accounting services on large damage cases such as Anti-trust, Breach of Contract, Product Liability and Intellectual Property.

### Bankruptcy/Liquidations

- Involved extensively in administrating and accounting for Chapter 7 and 11 cases.
- Assisted legal counsel in many adversarial proceedings in bankruptcy court including substantive consolidation motions, fraudulent conveyance and preference actions.
- Performed projections for Chapter 11 companies' plans of reorganization.
- Performed numerous Insolvency/Solvency analyses.

### Financial Institutions

Mr. Rasmussen has provided consulting services regarding litigation and related settlements for financial institutions, including:

- Professional liability with the legal, accounting and appraiser professions.
- Breach of fiduciary duty for officers and directors.
- Bond Claims - Key employees.
- Valuations of financial Institutions.
- Contract disputes.
- Lender Liability claims.
- Bank fraud.
- Asset searches.
- Projections and feasibility analysis on debtor plans of reorganization.



Derk G. Rasmussen
Page 4 of 5

### Economic Loss Calculation

- Calculated the lost profit calculations due to business interruptions for retail, wholesale, manufacturing and service companies. Prepared reports for insurance companies and expert testimony detailing lost business profit calculations. Assisted plaintiff and defendant attorneys with analysis of numerous lost profit claims.

### Personal Injury, Wrongful Death and Wrongful Termination

- Analyzed the economic loss resulting from personal injury, wrongful death and wrongful termination cases. Prepared reports for settlement purposes and supplied expert witness testimony.

### General Litigation Services

- Analyzed and performed damage calculations on Anti-Trust cases.
- Computed damages relating to contract disputes.
- Computed damages on intellectual property cases.
- Analyzed and Computed damages on product liability cases.
- Computed damages involving losses associated with construction contracts.
- Computed damages on a wide variety of cases involving lost business profits and destruction/diminution of business value.

### Industry Experience

| | | | |
|---|---|---|---|
| *Agricultural | *Automotive | *Banking | *Nursing Homes |
| *Construction | *Computer Software | *Computer Hardware | *Cement |
| *Electronics | *Glass | *Dairy | *Energy |
| *Pharmaceuticals/ Nutraceuticals | *Insurance | *Government | *Hotel |
| *Manufacturing | *Mining | *Lumber | *Oil & Gas |
| *Printing | *Real Estate | *Metals | *Retail |
| *Restaurants | *Sales | *Refineries | *Transportation |
| *Utilities | *Wholesale | *Services | *Sports Franchises |
| *Sports Arena | *Communications | *Meat Packing | *Ski Resorts |
| *Software | *Aquaculture | *Medical Products | *Health Care |

### Educational Qualifications

Mr. Rasmussen earned a Bachelor of Science degree in Accounting and a Bachelor of Science degree in Finance from the University of Utah and a Master of Business Administration degree from Utah State University.



Derk G. Rasmussen
Page 5 of 5

---

**Professional Affiliations/Activities**

- Certified Public Accountant, licensed in Idaho and Utah (CPA)
- Member of the American Institute of Certified Public Accountants
- Member of the Utah Association of Certified Public Accountants
- Member of the Association of Certified Fraud Examiners (CFE)
- Accredited Senior Appraiser of the American Society of Appraisers (ASA)
- Accredited in Business Valuation (ABV) from the American Institute of Certified Public Accountants
- Certified in Financial Forensics (CFF) by the American Institute of Certified Public Accountants

**Publications and Courses Taught**

- Author of a continuing legal education course on Understanding Business Valuations
- Author of a continuing legal education course on Damage Claims Analysis
- Author of a continuing legal education course on Discovering Hidden Assets
- Author of a continuing legal education course on Forensic Accountant Expert Witness Qualifications and Selection
- Author of a continuing legal education course on Business Valuation as a component of Economic Loss
- Author of The Science and Art of Business Valuation, THE JOURNAL ENTRY (November 2001)
- Author of Enron Demonstrates Weaknesses in the Attestation Process, THE CPA JOURNAL (September 2002)
- Author of Truth or Dare: Assessing the Reliability of Financial Statements in a Post-Enron World, UTAH BAR JOURNAL (October 2002)
- Author of Fair Value in Utah, THE JOURNAL ENTRY (August 2003)
- Author of Expert Witness Qualifications and Selection, THE JOURNAL OF FINANCIAL CRIME (December 2004)
- A Unified Approach to Calculating Economic Damages, TEXAS PARALEGAL JOURNAL (Summer 2005)

# Derk G. Rasmussen
**CPA, ABV, CFE, ASA, CFF**
*Summary of Expert Witness Testimony*

| Case Name | Law Firm | Client/Attorney | Plnt | Def | Court |
|---|---|---|---|---|---|
| Ace Investors, LLC v. Margery Rubin as Trustee, et al. | Parsons Behle & Latimer | Gary E. Doctorman, Esq. | * | | United States District Court, District of Utah, Central Division |
| Adams v. Dell | Durham Jones & Pinegar | J. Mark Gibb | | * | United States Distric Court, District of Utah, Central Division |
| Advanced Comfort Technology, Inc. v. Edizone LC | Berman & Savage, P.C. | E. Scott Savage | | * | 3rd Judicial District Court, Salt Lake County |
| Advanced Brain Technologies v. Integrated Listening | Kirton & McConkie | Benson Hathaway, Jr. | * | | Arbitration |
| AGTC v. Headwaters, Inc. | Berman Tomsic & Savage, P.C. | E. Scott Savage | * | | Arbitration |
| Security Alarm Financing v. Alarm Protection Tech. | Stole Rives LLP, Marshall Olson & Hull, P.C. | Kevin Cuddy, Esq. | | * | District of Alaska at Anchorage |
| Allen Hospitality v. Babilis et al. | Kruse Landa & Maycock | Steven Loosle | * | | Bankruptcy Court, Central Utah |
| Andalex Resources v. D.A. Stuart Company | Richards, Brandt, Miller & Nelson | Gary L. Johnson | * | | Deposition |
| Anderson v. Anderson | Greg S. Erickson Attorney at Law | Greg S. Erickson | * | | 2nd Judicial District Court, Davis County |
| ASCU v. Wolf Mountain Resorts | Kirton & McConkie | Dale Wahlquist | | * | Deposition |
| Astle v. Astle | Attorney at Law | Robert A. Echard | | * | 2nd Judicial District Court, Davis County |
| Athay v. Rich County | Stirba & Associates | Peter Stirba, Esq. | | * | Bannock County Court, Idaho |
| Athletic Performance Institute, LLC, et al. v. Key Bank | Durham Jones & Pinegar | Stephen R. Marshall, Esq. | | * | Third Judical District Court, Salt Lake County |
| Bangerter v. Bangerter | Law Office of Frederick N. Green | Frederick N. Green | | * | 3rd Judicial District Court, Salt Lake County |
| Bank of Iron County v. Tebbs Smith | Giauque Crockett & Bendiger | Roger Sandack | | * | 3rd Judicial District Court, Salt Lake County |
| Bliss v. Bliss | Combs Law Office | William L. Combs | | * | Uintah District County Court |
| Bodell v. Bodell | Law Office of Frederick N. Green | Frederick N. Green | | * | Deposition |
| Bowen v. Bowen | Barton Law Office, LLC | Kara L. Barton | | * | 3rd Judicial District Court, Salt Lake County |
| Bowlen Business Systems v. Continental Ins. | Burg & Eldredge | Peter Burg | | * | Arbitration |
| Bradley Goldstein v. Armstrong & Sigel et al. | Luce, Forward, Hamilton & Scripps LLP | Peter Berlin | * | | Los Angeles County Court |
| Brigham Young University vs. Colgate-Palmolive Co. | Parr, Brown, Gee & Loveless | Rob Clarke | * | | Deposition |
| Brown v. Brown | Campbell Maack & Seesions | Clark Sessions | | * | 3rd Judicial District Court, Salt Lake County |
| Buchanan v. Buchanan | Green & Berry | Frederick N. Green | * | | 3rd Judicial District Court, Salt Lake County |
| Burdette v. Burdette | Parker McKeon & McConkie | McKeon | | * | 3rd Judicial District Court, Salt Lake County |
| Buxton v. Buxton | Hoskins Legal Solutions | Catherine Hoskins | | * | 2nd District Court, Ogden Utah |
| Castleton's v. Zions Bank | Ray Quinney & Nebeker | Steven Gunn | * | | Bankruptcy Court, Central Utah |

# Derk G. Rasmussen
**CPA, ABV, CFE, ASA, CFF**
*Summary of Expert Witness Testimony*

| Case Name | Law Firm | Client/Attorney | Plnt | Def | Court |
|---|---|---|---|---|---|
| Cenral Pallet of Utah, et al. v. Union Pacific Road, et al. | Savage, Yeates & Waldron, P.C. | E. Scott Savage, Esq. | | * | Third Judical District Court, Salt Lake County |
| CFC v. ICO Management, LLC | KIRTON McCONKIE | Benson L. Hathaway, Jr. | | * | Fourth Judicial District Court, Provo District |
| Chaney v. Chaney | James H. Faust Attorney at Law | James H. Faust | | * | 3rd Judicial District Court, Salt Lake County |
| Claassen v. Claassen | Green & Berry | Frederick N. Green | * | | Fourth Judicial District Court, Wasatch County |
| ClearOne Communication, Inc. v. Chiang, et al. | Christensen & Jensen, P.C. | Karra J. Porter | | * | Deposition |
| Cook v. Colonial General Insurance Agency, Inc. | Dunn & Dunn, PC | Tim Dalton Dunn | | * | Deposition |
| Colony Insurance Company v. The Human Ensemble | Christensen & Jensen | Dale Lambert, Esq. | | * | Deposition |
| Commercial Newspaper Service, Inc. v. American Family Insurance | Cummings Law Office | Craig Meadows, Esq. | * | | 4th Judicial District, State of Idaho, Ada County |
| Copper State Thrift v. Coopers & Lybrand | Allen Nelson Hardy & Evans | Jeff Jones | * | | 3rd Judicial District Court, Salt Lake County |
| Coverstar v. Cooley | Richards, Brandt, Miller & Nelson | Gary L. Johnson | | * | Deposition |
| Curtis G. Taylor v. Grand Valley Bank | Parr, Brown, Gee & Loveless | Bruce Maak | * | | Deposition |
| Daniels v. Daniels | Littlefield & Peterson | Ann L. Wassermann | * | | 3rd Judicial District Court, Salt Lake County |
| Darhoff v. Dahle | Law Office of Thomas A. Bernaner | Tom Bernaner | * | | Superior Court - State of CA - County of Orange |
| David M. Lyman v. Lyman Bros. & Mathew J. Lyman | Parr, Waddoups, Brown, Gee & Loveless | Robert S. Clark | | * | Binding Arbitration |
| Decker v. IHC | David K. Isom & Associates | David Isom | * | | U.S. District Court |
| Derive Power LLC, et al., v. EZ Lynk, SEZC, et al. | Schultz & Associates | Russ Schultz | | * | Deposition |
| Derive Power LLC, et al., v. EZ Lynk, SEZC, et al. | Schultz & Associates | Russ Schultz | | * | U.S. District Court |
| Diamond Benefits | Dominguez & Associates, P.C. | Antonio Dominguez | | * | Federal Court District of Arizona |
| DigEcor, Inc. v. e.Digital Corporation | Durham Jones & Pinegar | David W. Tufts, Esq. | * | | Federal Court District of Utah |
| Diversified Striping, Inc. v. Joe Kraus | Crook & Taylor Law PLLC | Jeremiah R. Taylor | * | | 3rd Judicial District Court, Salt Lake County |
| Donald E. Wallace v. South Farm, LLC et al. | Holland & Hart LLP | Darren Reid | | * | Fourth Judicial District Court, Wasatch County |
| DV Development v. Bodell | Peterson & Reed | Jack Reed | | * | 3rd Judicial District Court, Salt Lake County |
| Easter E. Jenkins v. Workers Compensation Fund of UT | Workers Compensation Fund | Barbara Sharp | | * | Workers Compensation Fund Hearing |
| ELM, Inc. | In-house Legal Counsel | Quinn Kofford | * | | 4th Judicial District Court, Utah County |
| Estate of Wallace Woodbury v. Callister Nebeker & Nebeker | Christensen & Jensen | Rebecca L. Hill | | * | Deposition |
| Everett Associates | Newton, Kastner & Remmel | Chip Cox | | * | Federal Court District of California |

# Derk G. Rasmussen

**CPA, ABV, CFE, ASA, CFF**

*Summary of Expert Witness Testimony*

| Case Name | Law Firm | Client/Attorney | Plnt | Def | Court |
|---|---|---|---|---|---|
| Fan v. Lozada | Law Offices of Asa Kelley | Asa E. Kelley | * | | 3rd Judicial District Court, Salt Lake County |
| Fanelli v. Reams | Fabian & Clendenin | John Ray | * | | 3rd Judicial District Court, Salt Lake County |
| Ferderber v. Delao and West Valley City | Day, Shell & Liljenquist, PC | Mark T. Ethington | * | | Deposition |
| First Security Bank N.A. v. Met Johnson | Ray Quinney & Nebeker | Craig Carlile | * | | Bankruptcy Court, Central Utah |
| Five F. L.L.C. v. Heritage Savings Bank | Stirba & Hathaway | Benson L. Hathaway, Jr. | * | | 5th Judicial District Court, Washington County |
| Fowers Fruit Ranch, LLC v. Bio Tech Nutrients, LLC | Richards, Brandt, Miller & Nelson | Zachery E. Peterson | | * | Federal Court District of Utah |
| Frank Yu v. Pacific Diamond Plaza, LP | Hale Lane Peek Dennison and Howard | Patrick J. Reilly | * | | Deposition |
| Frias A Cab | Snell & Wilmer LLP | Neal Tomlinson | * | | Rate Hearing Nevada Taxi Board |
| Frias Rate Analysis | Snell & Wilmer LLP | Neal Tomlinson | * | | Application before the Nevada Taxi Board |
| G.L. Dragon, LLC v. Area Wide Electric et al. | Reade & Associates | R. Christopher Reade | * | | Deposition |
| Garth O. Green Enterprises, Inc., et al., v. Randall Harward, et al. | Kirton McConkie | Richard Reese/James Burton, Esq. | * | | Deposition |
| Gary G. Heninger | Day, Shell & Liljenquist, PC | Phillip B. Shell | * | | Deposition |
| Garrick v. Garrick | Green & Berry | Frederick N. Green | * | | 4th Judicial District Court, Utah County |
| Gerwe v. Gerwe | Hoskins Legal | Catherine Hoskins | * | | 2nd Judicial District Court, Davis County |
| Geyser v. Summit | Ray, Quinney & Nebeker | Mark M. Bettilyon | | * | U.S. District Court |
| Gillmor Livestock Corp. v. Luke & Bonnie Gillmor | Anderson & Karrenberg | John P. Mullen | * | | 3rd Judicial District Court, Salt Lake County |
| Gimme Shelter vs. Incline Terrace | Christensen & Jensen | Nate Alder | * | | Deposition |
| Gold Cross Rate Hearings | - | None | * | | State Emergency Medical Board |
| Goodwyn v. Wallop FLP and Canyon Ranch | Darrah, Darrah & Brown, P.C. | Joey Darrah, Esq. | | * | 4th Judicial District Court, Sheridan, Wyoming |
| Gravel Company v. SL County | Salt Lake County Attorney | Paul Maughn | | | 3rd Judicial District Court, Salt Lake County |
| Great American Insurance v. Huber, Erickson & Bowman | Plant Christensen & Kanell | Theodore E. Kanell | | * | Deposition |
| Greenburg v. Greenburg | Norman Dolan & Associates | Norman Dolan | * | | Los Angeles County Divorce Court |
| Hagen v. Schmidt Trucking | Dunn & Dunn, PC | Clifford C. Ross | | * | Federal Court District of Utah |
| Halliday v. Halliday | Littlefield & Peterson | Ann L. Wassermann | * | | 3rd Judicial District Court, Salt Lake County |
| Heart and Lung Institute v. Dr. Gary P. Symkoviak | Kirton & McConkie | Benson Hathaway, Jr. | | * | Arbitration |
| Heath v. Heath | Law Office of Frederick N. Green | Frederick N. Green | * | | Deposition |
| Heber Power and Light | | Joseph T. Dunbeck, Jr. | * | | |
| Howcroft v. Mountain Bell | In-house Legal Counsel | Floyd Jensen | | * | 3rd Judicial District Court, Salt Lake County |

# Derk G. Rasmussen
**CPA, ABV, CFE, ASA, CFF**
*Summary of Expert Witness Testimony*

| Case Name | Law Firm | Client/Attorney | Plnt | Def | Court |
|---|---|---|---|---|---|
| Howerton v. Ford Motor | Fabian & Clendenin | John Ray | | * | 3rd Judicial District Court, Salt Lake County |
| In the matter of the Discipline of Abraham C. Bates | Kipp and Christian | Michael F. Skolnick Esq. | | * | Third Judical District Court, Salt Lake County |
| Ivory v. Ivory | Green & Berry | Frederick N. Green | | * | 3rd Judicial District Court, Salt Lake County |
| James Hefferon v. Robert S. Sylvester | Attorney At Law | Robert Stansfield | | * | 3rd Judicial District Court, Salt Lake County |
| Johnson v. Johnson | Attorney At Law | Frederick N. Green | * | | Deposition |
| Kenneth Klaas et. al. v. Vestin Mortgage Inc., et. al. | Woodbury & Kesler, PC | Reid W. Lambert | * | | Deposition |
| Keiter v. Keiter | Law Office of Frederick N. Green | Frederick N. Green | * | | 3rd Judicial District Court, Summit County |
| Kim Coleman v. Marlies Burns, et. al. | Richards, Brandt, Miller & Nelson | Gary L. Johnson | * | | Federal Court District of Utah |
| Knowles v. Knowles | Hoskins Legal Solutions | Catherine J. Hoskins | * | | 2nd Judicial District Court, Davis County |
| Knowlton v. Knowlton | Littlefield & Peterson | Ann L. Wassermann | * | | 3rd Judicial District Court, Salt Lake County |
| Kutschera, et. al v. USANA | Shugart Thomson & Kilroy, PC | | | * | Arbitration |
| Larsen v. Larsen | Kruse, Landa & Maycock | Ellen Maycock | | * | 3rd Judicial District Court, Salt Lake County |
| Lisa Emily Bond v. Mark Edwards Bond | Hoskins Legal Solutions | Catherine J. Hoskins | | | 2nd Judial District Court, Salt Lake County |
| Lonnie Crockett v. J. Daniel Stevens | *Appointed to Special Master | 2nd Judicial District Court | | | 2nd Judicial District Court, Davis County |
| Louis Ortiz v. Geneva Rock | Attorney at Law | Matt Biljanic | * | | 3rd Judicial District Court, Salt Lake County |
| Marical Inc. v. Cooke Aquaculture | Hamilton Brook Smith & Reynolds, P.C. | Marical, Inc. | * | | United States Distric Court, District of Maine |
| Marroquin v. Marroquin | James Woodall, Carr Woodall PLCC | Robert P. Faust | | * | 3rd Judicial District Court, Salt Lake County |
| Martin v. Penrod | Suitter Axland & Hanson | Chales P. Sampson | * | | 3rd Judicial District Court, Salt Lake County |
| McGillis Investment Co. v. First Interstate Financial UT | Berman & Savage, P.C. | Scott Savage | | * | 3rd Judicial District Court, Salt Lake County |
| McGuire v. McGuire | Law Office of Frederick N. Green | Frederick N. Green | * | | 3rd Judicial District Court, Salt Lake County |
| McKelvey v. Hamilton | Stirba & Hathaway | Benson L. Hathaway, Jr. | * | | 2nd Judicial District Court, Salt Lake County |
| MFE Inc. et al. v. Property Mangement Business Solutions | Cohen Kennedy Dowd & Quigley, P.C. | John Shamblin, Esq. | * | | American Arbitration Association, Salt Lake City, Utah |
| Midvale City v. Haltom | Stirba & Hathaway | Benson L. Hathaway, Jr. | * | | 3rd Judicial District Court, Salt Lake County |
| Mintz v. Mintz | Laser Law | Gail E. Laser, Esq. | * | | 3rd Judicial District Court, Summit County |
| Mortensen v. Mortensen | Attorney At Law | Herschel Bullen | * | | 3rd Judicial District Court, Salt Lake County |
| My Peak Wireless v. Cellco Partnership (Verizon) | Parr Brown and Associates | Jonathan O. Hafen | | * | Arbitration |
| Naimie v. Cytozyme Lab, Inc. | Neilson & Senior | Gary Weston | * | | U.S. District Court |

# Derk G. Rasmussen

**CPA, ABV, CFE, ASA, CFF**

*Summary of Expert Witness Testimony*

| Case Name | Law Firm | Client/Attorney | Plnt | Def | Court |
|---|---|---|---|---|---|
| Nancy's Product, Inc. v. Fred Meyer | Hoffman Hart & Wagner | Gordon L. Wellborn | | * | Superior Court State of Washington, County of Yakima |
| Nelson v. Nelson | Kirton & McConkie | David M. Wahlquist | | * | Deposition |
| North v. Bridgestone | Snell & Wilmer | Kamie Brown | * | | Deposition |
| Patterson-UTI Drilling Company, LLC, et al. v. Tri-State Trucking, LLC | Christensen & Jensen, PC | Stephen D. Kelson, Esq. | | * | United States District Court, District of Utah, Central Division |
| Patrick Huntoon and Delores Huntoon v. Jeffrey Sweet | ESPLIN-WEIGHT | Eric S Lind | * | | Sixth Judicial District Court, State of Utah |
| Portuguese Government v. Lowry | - | Dr. Matose | | * | Portuguese Court |
| Project Engineering Consultants v. Delcan Corporation & Parsons Corporation | Fetzer Simonsen Booth and Jenkins, P.C. | Clark B. Fetzer & John W. Mann | * | | District of Utah, Central Division |
| Quinn's Junction Partnership v. Summit County | Greg S. Ericksen Law Offices | Greg S. Ericksen | * | | Deposition |
| Ralph Franklin & Sons Logging v. The United States | United States Department of Justice | Marla Conneely | | * | Federal Claims Court |
| Richard White v. Nucor Corporation | Alaniz Schraeder Linker Farris Mayes | John P. Phillips, Esq | | * | Deposition |
| Roger Segal Trustee v. Brian McGavin | Ray, Quinney & Nebeker | Steven Waterman | | * | Bankruptcy Court, Central Utah |
| Romney v. Romney | Green & Berry | Frederick N. Green | * | | 3rd Judicial District Court, Salt Lake County |
| Ronald J. Gardner v. USA; Delta Air Lines | Kirton McConkie | James T. Burton | * | | Federal Court District of Utah |
| Russell A. Nelson v. Hills Construction, Inc. | Marshall Olson & Hull | Steve Marshall | | * | 3rd Judicial District Court, Salt Lake County |
| S. Maltese v. Fila Sports, Inc. | Smith McCullough, P.C. | Hal Bruno | * | | Arbitration |
| Salt Lake County v. Safeco | Richards Brandt Miller & Nelson | Gary Johnson | | * | 3rd Judicial District Court, Salt Lake County |
| Sanders v. San Francisco Bay Brand | Stirba & Hathaway | Peter Stirba | | * | U.S. District Court |
| Sanderson v. Sanderson | Kirton McConkie | Camille Waldron Buhman | | * | 3rd Judial District Court, Salt Lake County |
| Scotts Timber V. USA | Department of Justice | Joan Stentiford Swyers, Esq. | | * | Federal Court of Claims, Washington DC |
| Segal v. Pratt | Burbidge & Mitchell | Stephen Mitchell | | * | U.S. District Court |
| Sheet Metal Works, Inc. v Katharina Fay Amalie Montrone | Stole Rives LLP | D. Matthew Moscon | * | | 3rd Judicial District Court, West Jordan |
| Shemin v. UGM | Connor, Blake & Griffin | Craig Griffin | * | | Deposition |
| Simmons v. Simmons | Kruse, Landa & Maycock | Ellen Maycock | * | | 3rd Judicial District Court, Salt Lake County |
| Sinclair Oil v. Quick Stop | Richards Bird & Kump | David J. Bird | * | | 3rd Judicial District Court, Salt Lake County |
| Smile Inc. Asia Pte. Ltd. v. BriteSmile, Inc. et al. | Durham Jones & Pinegar | David E. Tufts | | * | Deposition |
| Smith v. Grand Canyon | Stirba & Hathaway | Benson L. Hathaway, Jr. | * | | 7th Judicial District Court, Grand County |

# Derk G. Rasmussen

**CPA, ABV, CFE, ASA, CFF**

*Summary of Expert Witness Testimony*

| Case Name | Law Firm | Client/Attorney | Plnt | Def | Court |
|---|---|---|---|---|---|
| Sorensen v. Help-U-Sell | Workman Nydegger & Jensen | Brent Lorimer | * | | Arbitration |
| Spillman Technologies v. Ralph Wadsworth Const. | Durham Jones & Pinegar | Eric Olson | * | | 3rd Judicial District Court, Salt Lake County |
| State of Utah v. Georgia Hendrickson | Snow, Christensen & Martineau | Richard A. VanWagoner | | * | 3rd Judicial District Court, Salt Lake County |
| Stevens v. Martinsen | Day & Barney | Jay V. Barney | * | | 3rd Judicial District Court, Salt Lake County |
| Suma v. Anderson | Snow, Christensen & Martineau | Richard VanWagoner | | * | 3rd Judicial District Court, Utah County |
| Swains, Inc. v Ong | Snow, Christensen & Martineau | Richard VanWagoner | | * | 3rd Judicial District Court, Salt Lake County |
| Swartz v. Swartz | Crippen & Cline | David C. Blum | | * | 2nd Judicial District Court, Salt Lake County |
| T. Dorfman, Inc., et al. v. Melaleuca, Inc., et al. | Wood Jenkins, LLC | Chad F. Clement, Esq. | * | | United States District court, District of Utah, Northern Division |
| The Breckenridge Fund, LLC v. Fonix Corporation | Durham Jones & Pinegar | David Tufts | | | Federal Court District of Utah |
| The City of Ione v. Portlock International Ltd. | Parr Waddoups Brown Gee & Loveless | Robert S. Clark | | | Binding Arbitration |
| The Personnel Department v. Professional Staff Leasing | Attorney At Law | Stanley Goldschmidt | | * | Federal Court District of Colorado |
| Thomas v. Thomas | Green & Berry | Frederick N. Green | | * | 3rd Judicial District Court, Salt Lake County |
| Thomas v. Thomas | Green & Berry | Frederick N. Green | * | | 4th Judicial District Court, Utah County |
| Thomas Rowe v. DPI Special Foods, Inc. | Parsons Behle & Latimer | John Zarian | | * | Federal Court District of Utah |
| Thorne v. Manion | Law Offices of Michael Hagemeyer | Michael Hagemeyer | * | | Las Vegas Distric Court |
| Tom Connelly v. Diamond T. | Ray Quinney & Nebeker | Tony Schofield | * | | Bankruptcy Court, Central Utah |
| Topol v. Topol | Avansino Melarkey Knobel & McMullen | John McMulligan | * | | Reno District Court |
| Trask v. Trask | Green & Berry | Frederick N. Green | * | | 3rd Judicial District Court, Salt Lake County |
| Triad Energy v. Allied Signal | Snell & Wilmer | Barbara Dawson | | * | Bankruptcy Court, Central Utah |
| Trugreen Companies, L.L.C. v. Scotts Lawn Service | Durham Jones & Pinegar | J. Mark Gibb | * | | Federal Court District of Utah |
| United Medical Services Co. v. United States | United States Department of Justic | Kyle Chadwick | | * | Deposition |
| USA v. K-Sea Transportation Corp., and EW Holding Company | US Department of Justice | Lloyd Randolph | * | | Deposition |
| UPIC, Inc. | Tyre, Kamins, Katz & Granof | Williams Holcomb | * | | Binding Arbitration |
| Utah Telecommunication Open Infrastructure Agency v. USA | Kirton and McConkie | Eric Olson, Esq. | * | | United States Court of Federal Claims |
| Vetas v. Bult | Tesch Law Offices | Gail E. Laser, Esq. | * | | 3rd Judicial District Court, Salt Lake County |
| Wasatch Transportation Inc. v. Forester River, Inc. | Christensen & Jensen, P.C. | Sarah E. Spencer, Esq. | | * | Federal Courth District of Utah |

# Derk G. Rasmussen
**CPA, ABV, CFE, ASA, CFF**
*Summary of Expert Witness Testimony*

| Case Name | Law Firm | Client/Attorney | Plnt | Def | Court |
|---|---|---|---|---|---|
| Weissman v. Weissman | Laser Law | Gail E. Laser, Esq. | * | | Third Judical District Court, Salt Lake County |
| Lodge at Westgate Park City Resort and Spa Condominium Association, Inc., v. Westgate Resorts and CFI Resorts Management | Christensen & Jensen, P.C. | Phillip S. Ferguson | | * | 3rd Judicial District Court, Salt Lake County |
| White Star Timber v. United States of America | US Department of Justice | Kyle Chadwick | | * | Court of Federal Claims, Portland Oregon |
| Wissbord v. Wissbrod | Gustin, Christian, Skordas & Caston | Harry Caston | | * | 3rd Judicial District Court, Salt Lake County |



Current Rates

| | |
|---|---|
| Shareholder | $275 - 375 |
| Manager | $125 - 225 |
| Senior Staff | $100 - 160 |
| Professional Staff | $75 - 125 |
| Paraprofessionals | $50 - 100 |