Andrew G. Deiss (USB 7184)
Corey D. Riley (USB 16935)
Tawni Bugden (USB 7871)
DEISS LAW PC
10 W 100 E, Suite 700
Salt Lake City, UT 84101
Telephone: (801) 433-0226
adeiss@deisslaw.com
criley@deisslaw.com
tbugden@deisslaw.com

*Attorneys for the Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J" ULRICH, an individual; SMASH INNOVATIONS, LLC, a Wyoming limited liability company; FERACODE, LLC, a Utah limited liability company;<br><br>Defendants. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No. 2:19-cv-00105<br><br>District Judge Tena Campbell<br>Magistrate Judge Jared C. Bennett |
| SMASH SOLUTIONS, LLC, a Delaware limited liability company; and JERRY "J.J." ULRICH, an individual;<br><br>Counterclaim Plaintiffs,<br><br>vs.<br><br>SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual,<br><br>Counterclaim Defendants. | |

Notice is hereby given that Tawni Bugden hereby enters her appearance on behalf of plaintiffs SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual, as counsel of record in this matter.

DATED this 6th day of July, 2020.

>Deiss Law PC
>
>/s/ Tawni Bugden
>
>Tawni Bugden
>*Attorney for the Plaintiffs*

## Certificate of Service

I hereby certify that on this 6th day of July, 2020, I caused to be served the foregoing **NOTICE OF APPEARANCE OF COUNSEL** upon all counsel of record via the Court's e-filing system.

                                                                                         DEISS LAW PC

                                                                                         /s/ Abigail Leatherbury
                                                                                         Abigail Leatherbury