Andrew G. Deiss (7184)
Corey D. Riley (16935)
Tawni Bugden (7871)
DEISS LAW PC
10 West 100 South, Suite 700
Salt Lake City, Utah 84101
Tel: (801) 433–0226
Fax: (801) 386-9894
adeiss@deisslaw.com
criley@deisslaw.com
tbugden@deisslaw.com
*Attorneys for the Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br>     Plaintiffs,<br>vs.<br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; SMASH INNOVATIONS, LLC, a Wyoming limited liability company; FERACODE, LLC, a Utah limited liability company; Defendants. | **PROPOSED ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>Case No. 2:19-cv-00105<br><br>Judge Tena Campbell<br>Magistrate Jared C. Bennett |
| SMASH SOLUTIONS, LLC, a Delaware limited liability company; and JERRY "J.J." ULRICH, an individual;<br>     Counterclaim Plaintiffs,<br>vs.<br>SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual,<br>     Counterclaim Defendants. | |

Pursuant to Andrew G. Deiss, Corey D. Riley, and Tawni Bugden of the law firm Deiss Law PC's Motion to Withdraw as Counsel and DUCivR83-1.4, the Court ORDERS that Counsel may withdraw, and is hereby removed, as counsel for Plaintiffs Smash Technology, LLC and Michael Alexander ("Clients").

With regard to Clients' continued representation, the Court ORDERS as follows:

1. For the individual party:  Mr. Alexander or new counsel for Mr. Alexander must file a Notice of Appearance within twenty-one (21) days after entry of the Order, unless otherwise ordered by the Court.  Pursuant to Utah DUCivR 83-1.3, no corporation, association, partnership or other artificial entity may appear pro se, but must be represented by an attorney who is admitted to practice in this court.

2. For the entity Smash Technology LLC:  New counsel shall file a Notice of Appearance on behalf of any corporation, association, partnership, or other artificial entity whose attorney has withdrawn within twenty-one (21) days after the entry of this order.  Pursuant to DUCivR 83-1.3, no such entity may appear pro se, but must be represented by an attorney who is admitted to practice in this court.

A party who fails to file a Notice of Substitution of Counsel or Notice of Appearance as set forth above, may be subject to sanction pursuant to Federal Rule of Civil Procedure 16(f)(1), including but not limited to dismissal or default judgment.

With regard to scheduling, the Court ORDERS as follows:

_____ All litigation dates pursuant to the controlling scheduling order remain in effect.

_____ A scheduling conference is scheduled for _____, ____ at _____ __.m

_____ The action shall be stayed until twenty-one (21) days after entry of this order.

**NOTICE TO PARTY**

The Court will cause this Order to be sent to Clients at the address set forth in the

Motion to Withdraw as Counsel and to all other parties.

DATED this ___ day of August 2020.

**BY THE COURT:**

_____

Jared C. Bennett
United States Magistrate Judge