# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SMASH SOLUTIONS, LLC, et al.,<br><br>Defendants. | **ORDER**<br><br>**Case No. 2:19-cv-00105-TC-JCB**<br><br>**District Judge Tena Campbell**<br>**Magistrate Judge Jared C. Bennett** |

Before the court is Plaintiffs' Motion to Withdraw as Counsel.[1] For the reasons stated in the motion, and for good cause appearing, Plaintiffs' motion is GRANTED. Accordingly, Andrew G. Deiss, Corey D. Riley, and Tawni Bugden of the law firm, Diess Law, PC, may withdraw, and are hereby removed as counsel for Plaintiffs Smash Technology, LLC and Michael Alexander ("Clients").

With regard to Clients' continued representation, the Court ORDERS as follows:

1.  For the individual party: Mr. Alexander or new counsel for Mr. Alexander must file a Notice of Appearance within twenty-one (21) days after entry of the Order, unless otherwise ordered by the Court. Pursuant to Utah DUCivR 83-1.3, no corporation, association, partnership or other artificial entity may appear pro se, but must be represented by an attorney who is admitted to practice in this court.

2.  For the entity Smash Technology LLC: New counsel shall file a Notice of Appearance on behalf of any corporation, association, partnership, or other artificial entity whose

---

[1] ECF No. 95.

attorney has withdrawn within twenty-one (21) days after the entry of this order. Pursuant to DUCivR 83-1.3, no such entity may appear pro se, but must be represented by an attorney who is admitted to practice in this court.

A party who fails to file a Notice of Substitution of Counsel or Notice of Appearance as set forth above, may be subject to sanction pursuant to Federal Rule of Civil Procedure 16(f)(1), including but not limited to dismissal or default judgment.

With regard to scheduling, the Court ORDERS that the action shall be temporarily stayed until twenty-one (21) days after entry of this order.

The Court will cause this Order to be sent to Clients at the address set forth in the Motion to Withdraw as Counsel and to all other parties.

IT IS SO ORDERED.

DATED this 31st day of August 2020.

BY THE COURT:

_____
JARED C. BENNETT
United States Magistrate Judge