Heidi G. Goebel (10343)
Eric K. Jenkins, (10783)
GOEBEL ANDERSON PC
405 South Main Street, Suite 200
Salt Lake City, UT  84111
Telephone:  801-441-9393
HGoebel@GAPClaw.com
EJenkins@GAPClaw.com
*Attorneys for Defendant Feracode, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; SMASH INNOVATIONS, LLC, a Wyoming limited liability company, and FERACODE, LLC, a Utah limited liability company;<br><br>Defendants. | **JOINDER IN DEFENDANTS AND COUNTERCLAIM PLAINTIFFS' RULE 26 EXPERT DESIGNATIONS**<br><br>Case No. 2:19-cv-00105-TC<br><br>Judge Tina Campbell |

Feracode, LLC ("Feracode"), by and through counsel, hereby joins "Defendants and Counterclaim Plaintiffs' DUCivR26-1(b)(1)(A)(i) Designations," ("Designations") which were filed as docket entry 99 by Smash Solutions, LLC, Smash Innovations, LLC, and Jerry J. Ulrich. Feracode hereby adopts Defendants' "Designations" as though fully set forth herein.

Further, Feracode notes that the court has designated December 31, 2020 as the deadline for Defendants' expert reports. Feracode has previously designated Derek Rasmussen as a retained

expert to provide his opinion regarding Plaintiffs' alleged damages (docket number 87). As a defense expert, Mr. Rasmussen was designated by Feracode to address damage calculations propounded by Plaintiffs' experts.  However, Plaintiffs have never produced expert reports or damage calculations. As such, there are no damage calculations for Mr. Rasmussen to address.

Feracode cannot produce an expert report addressing Plaintiffs' damages because Plaintiffs have not produced any expert reports. Feracode reserves the right to produce an expert report from Mr. Rasmussen in the event that the Court allows Plaintiffs' to submit expert reports after the deadline has passed.

DATED this 31st day of December, 2020.

        GOEBEL ANDERSON PC

        */s/ Eric K. Jenkins*
        Heidi G. Goebel
        Eric K. Jenkins
        *Attorneys for Defendant Feracode, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2020, the foregoing **JOINDER IN DEFENDANTS AND COUNTERCLAIM PLAINTIFFS' RULE 26 EXPERT DESIGNATIONS** was served on the following:

Andrew G. Deiss
Corey D. Riley
DEISS LAW PC
10 West 100 South, Suite 700
Salt Lake City, UT  84101
adeiss@deisslaw.com
criley@deisslaw.com

Matthew C. Barneck
Zachary E. Peterson
Kristina H. Ruedas
RICHARDS BRANDT MILLER NELSON
Wells Fargo Center, 15th Floor
299 South Main Street
P.O. Box 2465
Salt Lake City, UT  84110-2465
Matthew-barneck@rbmn.com
Zachary-peterson@rbmn.com
Kristina-ruedas@rbmn.com

/s/ Eric K. Jenkins