MATTHEW C. BARNECK [5249]
ZACHARY E. PETERSON [8502]
KRISTINA H. RUEDAS [14306]
RICHARDS BRANDT MILLER NELSON
 *Attorneys for Smash Solutions, LLC,*
 *Smash Innovations, LLC, and Jerry J. Ulrich*
111 East Broadway, Suite 400
P.O. Box 2465
Salt Lake City, Utah  84110-2465
Email: matthew-barneck@rbmn.com
           zachary-peterson@rbmn.com
           kristina-ruedas@rbmn.com
Telephone: (801) 531-2000
Fax No.: (801) 532-5506

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>       Plaintiffs,<br><br>vs.<br><br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; SMASH INNOVATIONS, LLC, a Wyoming limited liability company; and FERACODE, LLC, a Utah limited liability company,<br><br>       Defendants. | **DEFENDANTS' APPENDIX OF EXHIBITS TO MOTION FOR SUMMARY JUDGMENT AND FOR SANCTIONS**<br><br><br>Civil No. 2:19-cv-00105-TC-JCB<br><br>Judge Tena Campbell<br><br>Magistrate Judge Jared C. Bennett |

|  |  |
|---|---|
| SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; and JOHN DOES 1-3;<br><br>  Counterclaim Plaintiffs,<br><br>vs.<br><br>SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>  Counterclaim Defendants. |  |

  Defendants and Counterclaim Plaintiffs Smash Solutions, LLC, Jerry Ulrich, and Smash Innovations, LLC, through their counsel of record Matthew C. Barneck, Zachary E. Peterson, and Kristina H. Ruedas of RICHARDS BRANDT MILLER NELSON, files the following Appendix of Exhibits in connection with its Motion for Summary Judgment and for Sanctions. This Appendix contains the following exhibits:

| EXHIBIT | DESCRIPTION |
|---|---|
| 1. | Email re Attorney Fees Award – 8/11/20 |
| 2. | Articles of Organization (Smash Solutions) – 9/5/12 |
| 3. | Trademark Registration – 8/5/14 |

  DATED this 26th day of February, 2021.

            RICHARDS BRANDT MILLER NELSON

             /s/ Matthew C. Barneck
            MATTHEW C. BARNECK
            ZACHARY E. PETERSON
            KRISTINA H. RUEDAS
            *Attorneys for Smash Solutions, LLC,*
             *Smash Innovations, LLC, and Jerry J. Ulrich*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of February, 2021, I electronically filed the foregoing **DEFENDANTS' APPENDIX OF EXHIBITS TO MOTION FOR SUMMARY JUDGMENT AND FOR SANCTIONS** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>Michael Alexander
>2450 St. Rose Parkway, Suite 120
>Henderson, NV 89704
>
>Smash Technology, LLC
>2450 St. Rose Parkway, Suite 120
>Henderson, NV 89704
>
>Heidi G. Goebel
>Eric K. Jenkins
>GOEBEL ANDERSON PC
>405 South Main Street, Suite 200
>Salt Lake City, UT  84111
>HGoebel@GAPClaw.com
>EJenkins@GAPClaw.com
>*Attorneys for Defendant Feracode, LLC*

/s/ Matthew C. Barneck

G:\EDSI\DOCS\21981\0002\1BX2363.DOC