# EXHIBIT 1

| | |
|---|---|
| **From:** | Tawni Bugden |
| **To:** | Zachary E. Peterson; Matthew C. Barneck; Kristina Ruedas |
| **Subject:** | Attorney fees award |
| **Date:** | Tuesday, August 11, 2020 2:04:56 PM |

Hi Zach,

It was great talking with you today. Originally, I had questions about the attorney fees but Kristina explained her calculation to me. We do not dispute the amount requested.

Please send me wiring instructions. I will do everything I can to get those paid to you before Friday.

Thanks,

Tawni

--
**Tawni Bugden | Trial Attorney**
10 West 100 South, Suite 700, Salt Lake City, UT 84101
Office: (801) 433-0226 | tbugden@deisslaw.com | deisslaw.com



This e-mail is for the sole use of the intended recipient(s). It and any e-mail attachments are confidential and/or legally privileged. If you believe that you are not an intended recipient, please notify the sender by reply e-mail and delete the message and any attachments. Any disclosure, copying, distribution or use of this information by someone other than an intended recipient is prohibited.