# EXHIBIT 2

State of Utah
Department of Commerce
Division of Corporations and Commercial Code
I hereby certified that the foregoing has been filed
and approved on this 5th day of Sep 20 12
In this office of this Division and hereby issued
This Certificate thereof.
Examiner KS  Date 9/7/12
Kathy Berg
Division Director

RECEIVED
SEP 05 2012
Utah Div. of Corp. & Comm. Code

# ARTICLES OF ORGANIZATION

## OF

## SMASH SOLUTION, L.L.C.

1. **Article One – Governing law.** The limited liability company referred to below as "the Company") is organized pursuant to the Utah Revised Limited Liability Company Act, Utah Code Annotated Section 48-2c-101 et seq. as amended.)

2. **Article Two – Name.** The name of the Company is Smash Solution LLC.

3. **Article Three – Period of Duration.** The company shall terminate 98 years from the filing of these Articles of Organization with the Division of Corporations and Commercial Code of the Utah Department of Commerce.

4. **Article Four – Business Purpose.** The Company is organized to provide an integrated, internet based, suite of personal, business and social media solutions to worldwide users.

5. **Article Five – Initial Registered Office and Agent.** The name of the Company's initial registered agent is J.J. Ulrich. The address of the registered agent is 229 South Main Street, Suite 1300, salt Lake City, UT 84111. In the event the registered agent has resigned, the agent's authority has been revoked, or the agent cannot be found or served with the exercise of reasonable diligence, the director of the Division of Corporations is appointed agent of the company for service of process.

6. **Article Six – Designated Office.** The Company's designated office shall be its registered office.

7. **Article Seven – Management.** Management of the company is reserved to its

09-05-12P04:02 RCVD

Date: 09/05/2012
Receipt Number: 4033421
Amount Paid: $70.00


8428958

Members   J J Ulrich is the sole member of the Company   His address is described above

**8   Article Eight – Member's Contracts**   No contract or other transaction between the Company and any other entity shall in any way be affected or invalidated by the fact that any of the Members of the Company have a financial interest in the other entity or are otherwise interested in, or are members. trustees, partners, shareholders, directors, or officers of, such other entity

**9   Article Nine – Amendment**   Except as otherwise provided in the Operating Agreement, any amendment of these Articles of Organization requires the unanimous consent of the Members

Under penalties of perjury the undersigned Member does hereby declare that, to the best of his knowledge and belief, the facts stated herein are true as of the 5th day of September, 2012

Dated  September 5, 2012        _____
                                                    J J Ulrich