# EXHIBIT 3

8/14/2019 — Trademark Electronic Search System (TESS)

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Aug 14 05:21:43 EDT 2019

[ TESS HOME ] [ NEW USER ] [ STRUCTURED ] [ FREE FORM ] [ BROWSE DICT ] [ SEARCH OG ] [ BOTTOM ] [ HELP ] [ PREV LIST ] [ CURR LIST ] [ NEXT LIST ]
[ FIRST DOC ] [ PREV DOC ] [ NEXT DOC ] [ LAST DOC ]

[ Logout ] Please logout when you are done to release system resources allocated for you.

[ Start ] List At: ____ OR [ Jump ] to record: ____ Record 1 out of 3

[ TSDR ] [ ASSIGN Status ] [ TTAB Status ] ( Use the "Back" button of the Internet Browser to return to TESS)

# SMASH SOLUTIONS

| | |
|---|---|
| Word Mark | SMASH SOLUTIONS |
| Goods and Services | IC 042. US 100 101. G & S: Application service provider, namely, hosting, managing, developing, analyzing, and maintaining applications, software, and web sites, of others in the fields of advertising and marketing; Application service provider, namely, hosting, managing, developing, analyzing, and maintaining applications, software and web sites of others in the fields of marketing, promotion, sales, customer information, customer relationship management, sales support and employee efficiency; Computer services, namely, acting as an application service provider in the field of knowledge management to host computer application software for the purpose of providing access to databases in the fields of marketing, promotion, sales, customer information, customer relationship management, sales support and employee efficiency; Providing a website featuring non-downloadable software used to provide access to databases in the fields of marketing, promotion, sales, customer information, customer relationship management, sales support and employee efficiency; Providing temporary use of a non-downloadable web application used to provide access to databases in the fields of marketing, promotion, sales, customer information, customer relationship management, sales support and employee efficiency. FIRST USE: 20120905. FIRST USE IN COMMERCE: 20120905 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 86026831 |
| Filing Date | August 2, 2013 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for | May 20, 2014 |

SS000809

8/14/2019 Trademark Electronic Search System (TESS)

| | |
|---|---|
| Opposition | |
| Registration Number | 4578825 |
| Registration Date | August 5, 2014 |
| Owner | (REGISTRANT) Smash Solution LLC LIMITED LIABILITY COMPANY UTAH 10757 S River Front Pkwy, Ste 275 South Jordan UTAH 84095 |
| Attorney of Record | Tim Dennison |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SOLUTIONS" APART FROM THE MARK AS SHOWN |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

SS000810