MATTHEW C. BARNECK [5249]
ZACHARY E. PETERSON [8502]
RICHARDS BRANDT MILLER NELSON
 *Attorneys for Smash Solutions, LLC,*
 *Smash Innovations, LLC, and Jerry J. Ulrich*
111 East Broadway, Suite 400
P.O. Box 2465
Salt Lake City, Utah  84110-2465
Email: matthew-barneck@rbmn.com
          zachary-peterson@rbmn.com
          Telephone: (801) 531-2000
Fax No.: (801) 532-5506

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; SMASH INNOVATIONS, LLC, a Wyoming limited liability company; and FERACODE, LLC, a Utah limited liability company,<br><br>Defendants. | **NOTICE OF WITHDRAWAL OF COUNSEL**<br><br><br><br>Civil No. 2:19-cv-00105-TC-JCB<br><br>Judge Tena Campbell<br><br>Magistrate Judge Jared C. Bennett |

| | |
|---|---|
| SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; and JOHN DOES 1-3;<br><br>　　Counterclaim Plaintiffs,<br><br>vs.<br><br>SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>　　Counterclaim Defendants. | |

Notice is hereby given that Zachary E. Peterson of RICHARDS BRANDT MILLER NELSON withdraws as counsel for Defendants and Counterclaim Plaintiffs Smash Solutions, LLC, Smash Innovations, LLC, and Jerry J. Ulrich in the above-referenced case. Matthew C. Barneck remains as counsel of record for Defendants and Counterclaim Plaintiffs.

DATED this 3rd day of March, 2021.

　　　　　　　　　　　　　　　　　　RICHARDS BRANDT MILLER NELSON


　　　　　　　　　　　　　　　　　　　　*s/ Zachary E. Peterson*
　　　　　　　　　　　　　　　　　　MATTHEW C. BARNECK
　　　　　　　　　　　　　　　　　　ZACHARY E. PETERSON
　　　　　　　　　　　　　　　　　　*Attorneys for Smash Solutions, LLC,*
　　　　　　　　　　　　　　　　　　　*Smash Innovations, LLC, and Jerry J. Ulrich*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of March, 2021, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** with the Clerk of the Court using the CM/ECF system. The persons identified below were served as indicated.

| | | |
|---|---|---|
| Michael Alexander<br>2450 St. Rose Parkway, Suite 120<br>Henderson, NV 89704 | ☑<br>☐<br>☐<br>☐ | U.S. Mail – Postage Prepaid<br>Hand Delivery<br>Electronic Filing<br>Email |
| Smash Technology, LLC<br>2450 St. Rose Parkway, Suite 120<br>Henderson, NV 89704 | ☑<br>☐<br>☐<br>☐ | U.S. Mail – Postage Prepaid<br>Hand Delivery<br>Electronic Filing<br>Email |
| Heidi G. Goebel<br>Eric K. Jenkins<br>GOEBEL ANDERSON PC<br>405 South Main Street, Suite 200<br>Salt Lake City, UT  84111<br>HGoebel@GAPClaw.com<br>EJenkins@GAPClaw.com<br>*Attorneys for Defendant Feracode, LLC* | ☐<br>☐<br>☑<br>☐ | U.S. Mail – Postage Prepaid<br>Hand Delivery<br>Electronic Filing<br>Email |

*/s/ Zachary E. Peterson*

G:\EDSI\DOCS\21981\0002\1BX7685.DOC

3