MATTHEW C. BARNECK [5249]
KRISTINA H. RUEDAS [14306]
RICHARDS BRANDT MILLER NELSON
 *Attorneys for Smash Solutions, LLC,*
 *Smash Innovations, LLC, and Jerry J. Ulrich*
111 East Broadway, Suite 400
P.O. Box 2465
Salt Lake City, Utah  84110-2465
Email: matthew-barneck@rbmn.com
         kristina-ruedas@rbmn.com
Telephone: (801) 531-2000
Fax No.: (801) 532-5506

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>    Plaintiffs,<br><br>vs.<br><br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; SMASH INNOVATIONS, LLC, a Wyoming limited liability company; and FERACODE, LLC, a Utah limited liability company,<br><br>    Defendants. | **NOTICE OF WITHDRAWAL OF COUNSEL**<br><br><br><br>Civil No. 2:19-cv-00105-TC-JCB<br><br>Judge Tena Campbell<br><br>Magistrate Judge Jared C. Bennett |

| | |
|---|---|
| SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; and JOHN DOES 1-3;<br><br>    Counterclaim Plaintiffs,<br><br>vs.<br><br>SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>    Counterclaim Defendants. | |

Notice is hereby given that Kristina H. Ruedas withdraws as counsel for Defendants and Counterclaim Plaintiffs Smash Solutions, LLC, Smash Innovations, LLC, and Jerry J. Ulrich in the above-referenced case. Matthew C. Barneck remains as counsel of record for Defendants and Counterclaim Plaintiffs.

DATED this 9th day of March, 2021.

                                        RICHARDS BRANDT MILLER NELSON


                                        __s/ Kristina H. Ruedas_____
                                        MATTHEW C. BARNECK
                                        KRISTINA H. RUEDAS
                                        *Attorneys for Smash Solutions, LLC,*
                                          *Smash Innovations, LLC, and Jerry J. Ulrich*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 9th day of March, 2021, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>Michael Alexander
>2450 St. Rose Parkway, Suite 120
>Henderson, NV 89704
>
>Smash Technology, LLC
>2450 St. Rose Parkway, Suite 120
>Henderson, NV 89704
>
>Heidi G. Goebel
>Eric K. Jenkins
>GOEBEL ANDERSON PC
>405 South Main Street, Suite 200
>Salt Lake City, UT  84111
>HGoebel@GAPClaw.com
>EJenkins@GAPClaw.com
>*Attorneys for Defendant Feracode, LLC*

/s/ Danielle Koons