MATTHEW C. BARNECK [5249]
RICHARDS BRANDT MILLER NELSON
 *Attorneys for Smash Solutions, LLC,*
 *Smash Innovations, LLC, and Jerry J. Ulrich*
111 East Broadway, Suite 400
P.O. Box 2465
Salt Lake City, Utah  84110-2465
Email: matthew-barneck@rbmn.com
Telephone: (801) 531-2000
Fax No.: (801) 532-5506

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>　　Plaintiffs,<br><br>vs.<br><br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; SMASH INNOVATIONS, LLC, a Wyoming limited liability company; and FERACODE, LLC, a Utah limited liability company,<br><br>　　Defendants. | **REQUEST TO SUBMIT FOR DECISION ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND FOR SANCTIONS (DN 101)**<br><br>Civil No. 2:19-cv-00105-TC-JCB<br><br>Judge Tena Campbell<br><br>Magistrate Judge Jared C. Bennett |
| SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; and JOHN DOES 1-3;<br><br>　　Counterclaim Plaintiffs,<br><br>vs.<br><br>SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>　　Counterclaim Defendants. | |

Defendants and Counterclaim Plaintiffs Smash Solutions, LLC, Jerry J. Ulrich, and Smash Innovations, LLC, through their counsel of record Matthew C. Barneck of RICHARDS BRANDT MILLER NELSON, respectfully submit for decision their Motion for Summary Judgment and for Sanctions filed February 26, 2021 (Doc. 101).

Defendants filed their Motion on February 26, 2021.  Pursuant to Local Rule 7-1(b)(3), the deadline for Plaintiffs to respond was 28 days after service of the Motion, which expired on March 26, 2021.  The Court's docket reflects no response has been filed and Defendants' counsel has received no communication from the Plaintiffs.  Therefore, the Motion is ready for decision.

DATED this 2nd day of April, 2021.

                        RICHARDS BRANDT MILLER NELSON

                        */s/ Matthew C. Barneck*_____
                        MATTHEW C. BARNECK
                        *Attorneys for Smash Solutions, LLC,*
                         *Smash Innovations, LLC, and Jerry J. Ulrich*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of April, 2021, I electronically filed the foregoing **REQUEST TO SUBMIT FOR DECISION ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND FOR SANCTIONS (DN 101)** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | | |
|---|---|---|
| Michael Alexander | ☑ | U.S. Mail – Postage Prepaid |
| 2450 St. Rose Parkway, Suite 120 | ☐ | Hand Delivery |
| Henderson, NV 89704 | ☐ | Electronic Filing |
| | ☐ | Email |
| | | |
| Smash Technology, LLC | ☑ | U.S. Mail – Postage Prepaid |
| 2450 St. Rose Parkway, Suite 120 | ☐ | Hand Delivery |
| Henderson, NV 89704 | ☐ | Electronic Filing |
| | ☐ | Email |
| | | |
| Heidi G. Goebel | ☐ | U.S. Mail – Postage Prepaid |
| Eric K. Jenkins | ☐ | Hand Delivery |
| GOEBEL ANDERSON PC | ☑ | Electronic Filing |
| 405 South Main Street, Suite 200 | ☐ | Email |
| Salt Lake City, UT 84111 | | |
| HGoebel@GAPClaw.com | | |
| EJenkins@GAPClaw.com | | |
| *Attorneys for Defendant Feracode, LLC* | | |

*/s/ Tamara Zimmerman*

G:\EDSI\DOCS\21981\0002\1C21740.DOC

3