IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; SMASH INNOVATIONS, LLC, a Wyoming limited liability company; and FERACODE, LLC, a Utah limited liability company,<br><br>Defendants. | ORDER ADOPTING REPORT & RECOMMENDATION<br><br>Case No. 2:19-cv-105-TC-JCB |

Defendants filed motions for summary judgment and for sanctions, and the court referred those motions to United States Magistrate Judge Jared Bennett under 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 59(b)(1). On May 7, 2021, Judge Bennett issued a Report and Recommendation (R&R) (ECF No. 108), and the parties had fourteen days to file objections to the R&R. No party filed an objection.

As required by Rule 59(b)(3), the court must apply a de novo standard of review to determine whether the recommendation is correct. Now, having considered the R&R and Defendants' motions, the court adopts the Report and Recommendation and **ORDERS** as follows:

1. The Motion for Summary Judgment and Motion for Sanctions filed by the Smash Solutions Defendants (Smash Solutions LLC, Jerry Ulrich, and Smash Innovations

1

LLC) (ECF No. 101) is GRANTED IN PART AND DENIED IN PART. Specifically, the court orders that:

   a. Smash Solutions Defendants' request for sanctions under Federal Rule of Civil Procedure 37(b)(2)(A) is granted.

   b. Smash Solutions Defendants' request for dismissal with prejudice of Plaintiffs' claims against them (Claims One through Twelve of the Amended Complaint (ECF No. 50)) is granted.

   c. Smash Solutions' request for a declaratory judgment (set forth in Smash Solutions' First Cause of Action in its Amended Counterclaim (ECF No. 59)) is denied.

   d. Smash Solutions' Second Cause of Action in its Amended Counterclaim ("Injunctive Relief") is dismissed.

2. Plaintiffs' Amended Complaint (ECF No. 50) is DISMISSED WITH PREJUDICE.

3. Defendant Feracode, LLC's Motion for Summary Judgment and for Sanctions (ECF No. 103) is GRANTED.

4. Defendant Smash Solutions, LLC's remaining counterclaims (the Third, Fourth, Fifth, and Sixth Causes of Action in ECF No. 59) and Defendant Jerry Ulrich's counterclaims (ECF No. 60) are not affected by this order and continue to be asserted against Plaintiffs.

DATED this 15th day of July, 2021.

BY THE COURT:

*Tena Campbell*
TENA CAMPBELL
U.S. District Court Judge