IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; SMASH INNOVATIONS, LLC, a Wyoming limited liability company; and FERACODE, LLC, a Utah limited liability company,<br><br>Defendants. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; and JOHN DOES 1-3;<br><br>Counterclaim Plaintiffs,<br><br>vs.<br><br>SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>Counterclaim Defendants. | Civil No. 2:19-cv-00105-TC-JCB<br><br>Judge Tena Campbell<br><br>Magistrate Judge Jared C. Bennett |

This Court, having received the Motion for Dismissal without Prejudice filed by Counterclaim Plaintiffs Smash Solutions, LLC and Jerry J. Ulrich, and for good cause appearing, hereby ORDERS that the Third, Fourth, Fifth, and Sixth causes of action in the Amended Counterclaim filed September 19, 2019 (Doc. 59), and the First and Second causes of action in

the Counterclaim filed September 19, 2019 (Doc. 60), are hereby dismissed without prejudice in accordance with Fed. R. Civ. P. 41(a)(2).

IT IS SO ORDERED:

DATED this _____ day of February, 2022.

_____
HONORABLE TENA CAMPBELL
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of February, 2022, I electronically filed the foregoing **ORDER OF DISMISSAL WITHOUT PREJUDICE** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>Michael Alexander
>2450 St. Rose Parkway, Suite 120
>Henderson, NV 89704
>
>Smash Technology, LLC
>2450 St. Rose Parkway, Suite 120
>Henderson, NV 89704
>
>Heidi G. Goebel
>Eric K. Jenkins
>GOEBEL ANDERSON PC
>405 South Main Street, Suite 200
>Salt Lake City, UT  84111
>HGoebel@GAPClaw.com
>EJenkins@GAPClaw.com
>*Attorneys for Defendant Feracode, LLC*

>*/s/ Tamara Zimmerman*

G:\EDSI\DOCS\21981\0002\1D60571.DOC