# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; SMASH INNOVATIONS, LLC, a Wyoming limited liability company; and FERACODE, LLC, a Utah limited liability company,<br><br>Defendants. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; and JOHN DOES 1-3;<br><br>Counterclaim Plaintiffs,<br><br>vs.<br><br>SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual;<br><br>Counterclaim Defendants. | Civil No. 2:19-cv-00105-TC-JCB<br><br>Judge Tena Campbell<br><br>Magistrate Judge Jared C. Bennett |

This Court, having received the Motion for Dismissal without Prejudice filed by Counterclaim Plaintiffs Smash Solutions, LLC and Jerry J. Ulrich (ECF No. 114), and for good cause appearing, grants the Motion. The court hereby ORDERS that the Third, Fourth, Fifth, and Sixth causes of action in the Amended Counterclaim filed September 19, 2019 (Doc. 59),

and the First and Second causes of action in the Counterclaim filed September 19, 2019 (Doc. 60), are hereby dismissed without prejudice in accordance with Fed. R. Civ. P. 41(a)(2).

IT IS SO ORDERED:

DATED this 24th day of February, 2022.

_____
HONORABLE TENA CAMPBELL
UNITED STATES DISTRICT COURT JUDGE