IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>SMASH SOLUTIONS, LLC, a Delaware limited liability company; JERRY "J.J." ULRICH, an individual; SMASH INNOVATIONS, LLC, a Wyoming limited liability company; and FERACODE, LLC, a Utah limited liability company,<br><br>　　　　Defendants.<br><hr>SMASH SOLUTIONS, LLC, a Delaware limited liability company; and JERRY "J.J." ULRICH, an individual,<br><br>　　　　Counterclaim Plaintiffs,<br><br>vs.<br><br>SMASH TECHNOLOGY, LLC, a Nevada limited liability company; and MICHAEL ALEXANDER, an individual,<br><br>　　　　Counterclaim Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:19-cv-105-TC-JCB |

　　　　IT IS HEREBY ORDERED AND ADJUDGED that (1) the claims of Plaintiffs Smash Technology, LLC, and Michael Alexander are dismissed with prejudice and judgment is entered in favor of Defendants Smash Solutions, LLC, Jerry Ulrich, Smash Innovations, LLC, and Feracode, LLC, on all of Plaintiffs' claims; (2) Counterclaim Plaintiff Smash Solutions, LLC's First and Second causes of action are dismissed as moot; (3) Counterclaim Plaintiff Smash

1

Solutions, LLC's Third, Fourth, Fifth, and Sixth causes of action are dismissed without prejudice; and (4) Counterclaim Plaintiff Jerry Ulrich's causes of action are dismissed without prejudice.

DATED this 24th day of February, 2022.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
U.S. District Court Judge